## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY HOSPITALS HEALTH SYSTEM, INC., et al. | ) ) ) | CASE NO. 1:09-cv-01192 |
| Plaintiffs, | ) ) | JUDGE BOYKO |
| v. | ) ) ) | **APPENDIX TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| BUILDING & CONSTRUCTION LABORERS LOCAL UNION NO. 310 | ) ) ) | |
| Defendant. | ) | |

| **EXHIBIT** | **DESCRIPTION** | **BATES RANGE** |
|---|---|---|
| 1 | Demand for Arbitration | R000001-R000002 |
| 2 | Answering Statement and Motion to Dismiss | R000003-R000025 |
| 3 | Respondent's Arbitration Brief | R000026-R000080 |
| 4 | Claimant's Brief in Opposition to Motion to Dismiss | R000081-R000224 |
| 5 | 4/21/09 Arbitration Transcript and Joint Exhibit 1 | R000225-R000380 |
| 6 | Arbitration Transcript 6/9/09 with exhibits | R000381-R000758 |
| 7 | Arbitration Transcript 7/2/09 with exhibits | R000759-R000955 |
| 8 | Opinion and Award 5/5/09 | R000956-R000962 |
| 9 | Opinion and Award 8/31/09 | R000963-R000981 |
| 10 | Respondent's Arbitration Brief 8/14/09 | R000982-R001411 |
| 11 | Post-Arbitration Brief of Claimant | R001412-R001434 |
| 12 | January 9, 2008 Letter regarding the PLA | R001435-R001437 |

Respectfully submitted,

/s/ David A. Campbell
David A. Campbell (0066494)
Charles F. Billington III (0083143)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Phone (216) 479-6100
Fax: (216) 479-6060
dacampbell@vorys.com
cfbillington@vorys.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was sent via the Court's electronic filing system to all parties of record with the Court on the date of filing. Notice of this filing will be served to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David A. Campbell
David A. Campbell (0066494)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724
Phone (216) 479-6100
Fax: (216) 479-6060
dacampbell@vorys.com

*One of the Attorneys for Plaintiffs*