# Appendix Exhibit 5

# 4/21/09 Arbitration Transcript and Joint Exhibit 1

## R000225-R000380

BEFORE THE AMERICAN ARBITRATION ASSOCIATION

- - -

In the matter of the          )

arbitration involving:        )

                              )

BUILDING AND CONSTRUCTION     )

LABORERS LOCAL UNION NO. 310,)

                              ) Case Number:

        Claimant,            ) 53 300 E 00098 09

and                           )

UNIVERSITY HOSPITALS HEALTH   )

SYSTEMS, INC., et al.,        )

        Respondents.

- - -


    BE IT REMEMBERED, that upon the hearing of

the above-entitled matter, held at Doubletree

Hotel, 1111 Lakeside Avenue, Cleveland, Ohio,

before Marvin J. Feldman, Impartial Arbitrator,

and commencing on Tuesday, the 21st day of

April, 2009, at 10:00 o'clock a.m., at which

time the following proceedings were had.

- - -

R000225

8e076743-be37-46e4-8817-756e3b93d237

Page 2

```
 1      APPEARANCES:

 2

 3          On Behalf of the Claimant:

 4              GOLDSTEIN GRAGEL, LLC

 5      BY:    Susan L. Gragel, Attorney at Law

 6              Ami Banderyt, Attorney at Law

 7              1040 The Leader Building

 8              526 Superior Avenue, East

 9              Cleveland, Ohio 44114-1401

10              216/771-6633

11

12          On Behalf of the Respondents:

13              VORYS, SATER, SEYMOUR AND PEASE, LLP

14      BY:    David A. Campbell, Attorney at Law

15              Charles F. Billington, III

16              Attorney at Law

17              2100 One Cleveland Center

18              1375 East Ninth Street

19              Cleveland, Ohio 44114-1724

20              216/479-6179

21

22          Also Present:  Sue Peplowski

23                          Mike Harting

24                          Sebastian Trusso

25
```

R000226

8e076743-be37-46e4-8817-756e3b93d237

Page 3

1                          I N D E X

2

3        ON BEHALF OF THE RESPONDENTS:

4        WITNESSES:              CROSS RED. REC. FRED.

5        MICHAEL HARTING          22   26   28   30

6

7

8        ON BEHALF OF THE CLAIMANT:

9        WITNESSES:              DIRECT CROSS RED. REC.

10       SEBASTIAN TRUSSO          33     41   43

11

12                        JOINT EXHIBITS

13                                            PAGE

14       Number 1                              17

15

16

17

18

19

20

21

22

23

24

25

Page 4

| 09:53:40 | 1 | MR. FELDMAN:    It's my |
| 09:53:40 | 2 | understanding that the claim in this case is |
| 09:53:42 | 3 | made by the Building & Construction Laborers |
| 09:53:45 | 4 | Local Union 310 represented by Susan Gragel. |
| 09:53:49 | 5 | And that University Hospital Health Systems, |
| 09:53:54 | 6 | Inc. and Gilbane Construction -- Gilbane, |
| 09:53:58 | 7 | G-i-l-b-a-n-e, Building Company is represented |
| 09:54:02 | 8 | by David Campbell and his associate -- |
| 09:54:11 | 9 | MR. CAMPBELL:    Charles Billington. |
| 09:54:12 | 10 | He'll be back in one second. |
| 09:54:16 | 11 | MR. FELDMAN:    -- Billington of |
| 09:54:16 | 12 | the law firm of Vorys, Sater, Seymour and Pease. |
| 09:54:23 | 13 | It is further noted that Gilbane is |
| 09:54:25 | 14 | not separately represented, but will be |
| 09:54:28 | 15 | represented jointly with University Hospital |
| 09:54:31 | 16 | with Mr. Campbell representing both parties.  Is |
| 09:54:37 | 17 | that correct? |
| 09:54:38 | 18 | MR. CAMPBELL:    That is right. |
| 09:54:41 | 19 | MR. FELDMAN:    Is everyone ready |
| 09:54:42 | 20 | to go here? |
| 09:54:43 | 21 | MS. GRAGEL:    On behalf of the |
| 09:54:44 | 22 | union, Mr. Feldman, I have a couple of points. |
| 09:54:48 | 23 | With me, sir, is Ami Banderyt, my associate |
| 09:54:53 | 24 | attorney who is also representing Local 310 and |
| 09:54:55 | 25 | the individual member Mr. Harting.  I would |

R000228

8e076743-be37-46e4-8817-756e3b93d237

| | | |
|---|---|---|
| 09:54:57 | 1 | note, sir, that this is a case that is |
| 09:54:59 | 2 | proceeding here today under the Project Labor |
| 09:55:04 | 3 | Agreement.  Paragraph 26 of that agreement which |
| 09:55:06 | 4 | will be available to you provides that if the |
| 09:55:12 | 5 | parties to this agreement have any disagreements |
| 09:55:15 | 6 | over interpretation or application of this |
| 09:55:18 | 7 | agreement, including on-site compliance, the |
| 09:55:21 | 8 | aggrieved party shall have the right to process |
| 09:55:23 | 9 | such dispute under the expedited settlement and |
| 09:55:26 | 10 | arbitration procedures of the American |
| 09:55:30 | 11 | Arbitration Association. |
| 09:55:30 | 12 | Under the expedited rules of labor |
| 09:55:33 | 13 | arbitration, there is no provision in the rules |
| 09:55:36 | 14 | and specifically provides for no stenographic |
| 09:55:39 | 15 | record.  So I would note on behalf of union, |
| 09:55:42 | 16 | with all due respect to the court reporter, we |
| 09:55:44 | 17 | do object to having the court reporter here |
| 09:55:47 | 18 | because it's inconsistent with the rules that |
| 09:55:50 | 19 | were established by the agreement that brings us |
| 09:55:52 | 20 | here today. |
| 09:55:55 | 21 | MR. CAMPBELL:    Would you like me |
| 09:55:56 | 22 | to respond? |
| 09:55:57 | 23 | MR. FELDMAN:     Please. |
| 09:55:58 | 24 | MR. CAMPBELL:    We have a Motion to |
| 09:56:00 | 25 | Dismiss that has been previously filed, and if |

R000229
8e076743-be37-46e4-8817-756e3b93d237

| | | |
|---|---|---|
| 09:56:02 | 1 | you'd like me to address all the issues now, I'd |
| 09:56:05 | 2 | be happy to. |
| 09:56:05 | 3 | MR. FELDMAN: No, I don't want |
| 09:56:07 | 4 | that yet. |
| 09:56:08 | 5 | MR. CAMPBELL: Our position is |
| 09:56:09 | 6 | that expedited arbitration is inappropriate. We |
| 09:56:12 | 7 | have not agreed to this issue being submitted to |
| 09:56:14 | 8 | expedited arbitration. We have submitted our |
| 09:56:18 | 9 | objections pre-arbitration and we are going to |
| 09:56:20 | 10 | submit our objections again in our Motion to |
| 09:56:24 | 11 | Dismiss and we don't believe this is expedited, |
| 09:56:26 | 12 | and, therefore, the court reporter can be here |
| 09:56:29 | 13 | as to the fact that this should not be an |
| 09:56:34 | 14 | expedited arbitration under the AAA rules. We |
| 09:56:37 | 15 | intend to take this to the Federal Court if |
| 09:56:38 | 16 | there is an adverse decision as to the |
| 09:56:38 | 17 | arbitrability and so we request that the court |
| 09:56:41 | 18 | reporter be here because this is, at best, I |
| 09:56:46 | 19 | guess a de novo, some very peculiar issue that |
| 09:56:50 | 20 | the union is trying to bring here as to |
| 09:56:53 | 21 | expedited arbitration. |
| 09:56:54 | 22 | So it's our view that the court |
| 09:56:56 | 23 | reporter is here. I never heard of somebody |
| 09:56:58 | 24 | having an objection as to a court reporter with |
| 09:57:01 | 25 | a record, and that just tells me all the more |

R000230

8e076743-be37-46e4-8817-756e3b93d237

| | | |
|---|---|---|
| 09:57:04 | 1 | the cause for concern here.  There is a court |
| 09:57:06 | 2 | reporter to have a clean record.  I don't know |
| 09:57:10 | 3 | why anybody would object to that.  The cost is |
| 09:57:11 | 4 | all borne by University Hospitals. |
| 09:57:15 | 5 | MR. FELDMAN:    Okay.  Do you have |
| 09:57:19 | 6 | the attendance sheet here?  Thank you.  Michael? |
| 09:57:36 | 7 | MS. GRAGEL:    Harting. |
| 09:57:37 | 8 | MR. FELDMAN:    Harting.  Horton. |
| 09:57:45 | 9 | MR. HORTON:    Tom Horton. |
| 09:57:49 | 10 | MR. FELDMAN:    Mike Ferritto? |
| 09:57:50 | 11 | MR. FERRITTO:    Mike Ferritto. |
| 09:57:51 | 12 | MR. FELDMAN:    Sebastian? |
| 09:57:54 | 13 | MR. TRUSSO:    Trusso. |
| 09:58:00 | 14 | MR. FELDMAN:    This case is unique |
| 09:58:07 | 15 | in that there is a ruling that has to be made as |
| 09:58:14 | 16 | to whether or not matter can be brought under |
| 09:58:18 | 17 | the expedited rules without the consent of the |
| 09:58:22 | 18 | other party.  Is there any particular reason |
| 09:58:27 | 19 | that you brought this under the expedited rules? |
| 09:58:30 | 20 | MS. GRAGEL:    Because that's what |
| 09:58:31 | 21 | the Project Labor Agreement says is the |
| 09:58:34 | 22 | mechanism for bringing -- I mean, we follow the |
| 09:58:38 | 23 | agreement. |
| 09:58:38 | 24 | MR. FELDMAN:    Would you have any |
| 09:58:39 | 25 | objection to moving it to regular arbitration |

R000231
8e076743-be37-46e4-8817-756e3b93d237

Page 8

| | | |
|---|---|---|
| 09:58:44 | 1 | and we can proceed now? |
| 09:58:45 | 2 | MS. GRAGEL:     To the extent that |
| 09:58:49 | 3 | it would involve a delay of decision, yes. |
| 09:58:54 | 4 | MR. FELDMAN:     It won't delay -- |
| 09:58:55 | 5 | MS. GRAGEL:     If it involves, |
| 09:58:57 | 6 | Mr. Feldman, waiting for the transcript and then |
| 09:59:01 | 7 | a cycle of briefing, I think that is |
| 09:59:04 | 8 | inconsistent -- |
| 09:59:05 | 9 | MR. FELDMAN:     There won't be a |
| 09:59:07 | 10 | cycle of briefing.  There will be one brief of |
| 09:59:11 | 11 | each party and that's it.  I'm not going to |
| 09:59:17 | 12 | involve answered briefs and that whole bit. |
| 09:59:21 | 13 | Timewise, it will be the same.  There will be no |
| 09:59:28 | 14 | delay on my part as to whether or not the |
| 09:59:32 | 15 | decision comes out expedited or not expedited. |
| 09:59:38 | 16 | MS. GRAGEL:     The concern that I |
| 09:59:39 | 17 | have, to be clear, sir, is that if at the end of |
| 09:59:43 | 18 | this day we reach a point where one or the other |
| 09:59:47 | 19 | parties say we would like X-number of days to |
| 09:59:50 | 20 | receive and review the transcript and 30 days to |
| 09:59:53 | 21 | brief, we are out many days past the time this |
| 09:59:57 | 22 | grievance arose. |
| 09:59:59 | 23 | MR. FELDMAN:     I promise you it |
| 10:00:00 | 24 | won't occur.  My decisions are out normally |
| 10:00:03 | 25 | within two weeks.  And brief time, I'm not very |

R000232

8e076743-be37-46e4-8817-756e3b93d237

Page 9

| 10:00:07 | 1 | sympathetic to allowing an inordinate amount of |
| 10:00:11 | 2 | time for briefs because I'll write my award |
| 10:00:14 | 3 | without it and I've done it in the past. |
| 10:00:15 | 4 | MS. GRAGEL: Subject to that and |
| 10:00:17 | 5 | with the further provision that at our own |
| 10:00:19 | 6 | expense we have equal access to the transcript, |
| 10:00:22 | 7 | we'd be prepared to proceed. |
| 10:00:24 | 8 | MR. FELDMAN: So the expedited |
| 10:00:27 | 9 | rules are suspended and that meets your |
| 10:00:31 | 10 | approval? |
| 10:00:32 | 11 | MR. CAMPBELL: That meets our |
| 10:00:33 | 12 | approval as to the court reporter and as to |
| 10:00:35 | 13 | briefing, yes. |
| 10:00:36 | 14 | MR. FELDMAN: Well, that's what |
| 10:00:37 | 15 | I'm trying to avoid an argument over. |
| 10:00:39 | 16 | MR. CAMPBELL: As to the court |
| 10:00:40 | 17 | reporter and the briefing, yes, we appreciate |
| 10:00:42 | 18 | both of those two rulings. |
| 10:00:43 | 19 | MR. FELDMAN: There will be no |
| 10:00:44 | 20 | consecutive briefing. Briefing will be |
| 10:00:46 | 21 | concurrent and I want the parties to recognize |
| 10:00:49 | 22 | that. I don't want protracted arguments. We |
| 10:00:54 | 23 | file briefs with me and I send out the other |
| 10:00:58 | 24 | party's brief with the award. My awards are |
| 10:01:01 | 25 | generally out within two weeks. And as busy as |

R000233

8e076743-be37-46e4-8817-756e3b93d237

Page 10

| 10:01:08 | 1 | it gets, that's still happenstance.  But at any |
| 10:01:12 | 2 | rate, let the record clearly show that the |
| 10:01:15 | 3 | expedited AAA rules are suspended in favor of |
| 10:01:21 | 4 | the normal arbitration. |
| 10:01:27 | 5 | That resolves one problem.  Now, the |
| 10:01:30 | 6 | next problem is filing of the grievance that the |
| 10:01:38 | 7 | employers state is not properly before the |
| 10:01:46 | 8 | arbitrator.  Now, when grievances are filed, |
| 10:01:50 | 9 | jurisdiction of an arbitrator is usually |
| 10:01:55 | 10 | determined by the arbitrator.  That's been the |
| 10:01:57 | 11 | rule since 1960.  It's a very famous date |
| 10:02:01 | 12 | because that's when I started arbitrating, and |
| 10:02:06 | 13 | my awards now go on with a stamp saying, |
| 10:02:09 | 14 | "Excellence in Arbitration, 50 years."  Not many |
| 10:02:13 | 15 | people can make that claim. |
| 10:02:15 | 16 | But the trilogy allows the case to go |
| 10:02:20 | 17 | forward and arbitration is presumed.  Now, if |
| 10:02:25 | 18 | there is a claim that arbitration should not |
| 10:02:28 | 19 | occur, then I will hear that first because under |
| 10:02:34 | 20 | the rules of law and under my rules, arbitration |
| 10:02:37 | 21 | is presumed when it appears before me.  You and |
| 10:02:42 | 22 | your evidence can overcome it if it's |
| 10:02:48 | 23 | sufficient.  So we can proceed now in |
| 10:02:50 | 24 | presentation of your opening statement showing |
| 10:02:52 | 25 | me that the arbitration should not lie in this |

R000234

8e076743-be37-46e4-8817-756e3b93d237

Page 11

| | | |
|---|---|---|
| 10:02:56 | 1 | matter, and you'll have a chance to answer, |
| 10:02:58 | 2 | Ms. Gragel, and then we'll take any evidence on |
| 10:03:05 | 3 | arbitrability only. |
| 10:03:06 | 4 | MR. CAMPBELL:     Evidence of |
| 10:03:07 | 5 | arbitrability, okay. |
| 10:03:08 | 6 | MR. FELDMAN:     I presume that |
| 10:03:11 | 7 | that's what you want to proceed with at this |
| 10:03:13 | 8 | point, the arbitrability issue. |
| 10:03:15 | 9 | MS. GRAGEL:     It is the position |
| 10:03:16 | 10 | of the union, sir, again, assuming we were |
| 10:03:20 | 11 | starting as expedited, of course, that the |
| 10:03:23 | 12 | issues of arbitrability and the actual issues |
| 10:03:26 | 13 | surrounding the circumstances that are the |
| 10:03:27 | 14 | subject of the grievance was did University |
| 10:03:33 | 15 | Hospitals violate the Project Labor Agreement by |
| 10:03:37 | 16 | causing the discharge of Local 310's member is |
| 10:03:40 | 17 | so intertwined with the facts and circumstances |
| 10:03:43 | 18 | leading to the merits that it would be the |
| 10:03:45 | 19 | union's request that we proceed in one |
| 10:03:49 | 20 | proceeding and have you reserve decision of |
| 10:03:52 | 21 | arbitrability after you've heard the evidence. |
| 10:03:56 | 22 | MR. FELDMAN:     Well, there's been |
| 10:03:57 | 23 | a request for an arbitrability determination and |
| 10:04:00 | 24 | we're going to hear that and that's the first |
| 10:04:03 | 25 | issue of this case. |

Page 12

| | | |
|---|---|---|
| 10:04:07 | 1 | Mr. Campbell, you may make your |
| 10:04:09 | 2 | opening statement. |
| 10:04:10 | 3 | MR. CAMPBELL:    Thank you. |
| 10:04:10 | 4 | MR. FELDMAN:    And I would |
| 10:04:14 | 5 | indicate to you that you might state that you |
| 10:04:16 | 6 | represent both University Hospitals and Gilbane. |
| 10:04:20 | 7 | MR. CAMPBELL:    Okay.  I will do |
| 10:04:22 | 8 | so.  Initially, if we are going to get into |
| 10:04:24 | 9 | opening statements and witnesses, I'm uncertain |
| 10:04:27 | 10 | of who the other three individuals are, and I'd |
| 10:04:29 | 11 | like to sequester the witnesses, so I don't know |
| 10:04:32 | 12 | if they're witnesses or who they are. |
| 10:04:34 | 13 | MR. FELDMAN:    We can do that. |
| 10:04:35 | 14 | MS. GRAGEL:    Yes.  Mr. Harting |
| 10:04:36 | 15 | who is the subject of this grievance is here |
| 10:04:39 | 16 | representing himself, and I would ask Mr. Trusso |
| 10:04:44 | 17 | who represents the union, although he will also |
| 10:04:46 | 18 | testify, to remain.  The other two individuals, |
| 10:04:49 | 19 | Mr. Horton and Mr. Ferritto may be witnesses and |
| 10:04:52 | 20 | I may have them sequestered. |
| 10:04:56 | 21 | MR. FELDMAN:    They would have to |
| 10:04:56 | 22 | be separated.  Let's do so right now. |
| 10:05:37 | 23 | Separation is taken care of. |
| 10:05:38 | 24 | MR. CAMPBELL:    Yes.  Thank you. |
| 10:05:40 | 25 | MR. FELDMAN:    Arbitrability |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800        330-452-2400        216-621-6969

R000236

8e076743-be37-46e4-8817-756e3b93d237

Page 13

```
10:05:41    1    issue.
10:05:42    2              MR. CAMPBELL:    And I will be brief
10:05:44    3    on this arbitrability objection.
10:05:49    4              Arbitration is a matter of agreement,
10:05:53    5    it's a matter of a contractual right.  It is not
10:05:56    6    as if you can file a lawsuit against any party.
10:06:00    7    An arbitration is a special proceeding whereby
10:06:03    8    the parties have to agree to submit the issue to
10:06:05    9    arbitration.
10:06:07   10              I'm here today representing Gilbane
10:06:13   11    Construction Company, the general contractor on
10:06:14   12    this project, and University Hospitals, the
10:06:17   13    owner of this project.  And just a little bit of
10:06:20   14    the details, this project is quite substantial,
10:06:23   15    vision 2010, in which University Hospitals is
10:06:26   16    greatly expanding its capacities and greatly
10:06:29   17    expanding its ability to serve patients in
10:06:32   18    Northeast Ohio.  In Cuyahoga County itself, or
10:06:37   19    within the City of Cleveland, first of all,
10:06:39   20    where presumably this arbitration has been
10:06:42   21    filed, this grievance has been filed, it is over
10:06:45   22    one billion dollars of construction.  In total,
10:06:49   23    in the Cuyahoga County area, we're well over 1.5
10:06:52   24    billion as to the Cuyahoga County, Summit County
10:06:55   25    and surrounding Northeast Ohio counties for
```

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000237

8e076743-be37-46e4-8817-756e3b93d237

Page 14

| | | |
|---|---|---|
| 10:06:59 | 1 | Vision 2010. |
| 10:07:00 | 2 | University Hospitals never employed |
| 10:07:01 | 3 | Mr. Harting.  University Hospitals is not a |
| 10:07:05 | 4 | party to any Collective Bargaining Agreements |
| 10:07:07 | 5 | between Laborers 310 and any of the employers. |
| 10:07:11 | 6 | In fact, the Project Labor Agreement explicitly |
| 10:07:14 | 7 | states that University Hospitals is not a joint |
| 10:07:15 | 8 | employer with any of the contractors, including |
| 10:07:19 | 9 | Rivera Construction, the employer of |
| 10:07:22 | 10 | Mr. Harting, the grievant in this case. |
| 10:07:24 | 11 | This case arises out of a basic |
| 10:07:29 | 12 | issue, a dispute between Mr. Harting and his |
| 10:07:32 | 13 | employer Rivera Construction, and that type of |
| 10:07:35 | 14 | dispute is not subject to the Project Labor |
| 10:07:38 | 15 | Agreement.  The Project Labor Agreement is an |
| 10:07:40 | 16 | overarching agreement that has societal goals, |
| 10:07:45 | 17 | diversity goals, it has regionalism goals.  It |
| 10:07:49 | 18 | permits University Hospitals to meet some of its |
| 10:07:52 | 19 | regionalism goals as to diversity, minority, |
| 10:07:57 | 20 | female business requirements, as well as |
| 10:07:59 | 21 | purchasing from Northeast Ohio certain products |
| 10:08:02 | 22 | through the use of this agreement. |
| 10:08:04 | 23 | It also has the standard Project |
| 10:08:07 | 24 | Labor Agreement provisions whereby there are |
| 10:08:08 | 25 | contract negotiations going on right now between |

Page 15

| | | |
|---|---|---|
| 10:08:11 | 1 | the builders, the contractors, Employers |
| 10:08:13 | 2 | Association and the Building Trades union.  This |
| 10:08:16 | 3 | contract was set out -- the Project Labor |
| 10:08:19 | 4 | Agreement was set out for the particular reason |
| 10:08:21 | 5 | of not having a strike on site if there were a |
| 10:08:24 | 6 | strike at any point between the building trades |
| 10:08:27 | 7 | and the contractors. |
| 10:08:29 | 8 | This Project Labor Agreement does |
| 10:08:31 | 9 | contain the ability for the Cleveland Building |
| 10:08:35 | 10 | Trades, who is a party to this city agreement, |
| 10:08:38 | 11 | and University Hospitals to, one, either go to |
| 10:08:41 | 12 | court to enforce certain provisions, or, two, |
| 10:08:43 | 13 | submit certain issues to expedited arbitration, |
| 10:08:47 | 14 | and that's paragraph 26 as to it.  Paragraph 25 |
| 10:08:52 | 15 | of the Project Labor Agreement, we submit, is |
| 10:08:54 | 16 | applicable to this, and, therefore, this dispute |
| 10:08:57 | 17 | is not -- currently today is not a dispute that |
| 10:09:01 | 18 | we've agreed to arbitrate under the Project |
| 10:09:04 | 19 | Labor Agreement.  Specifically Paragraph 25 says |
| 10:09:06 | 20 | "If a worker," and the worker is Mr. Harting, |
| 10:09:09 | 21 | "has any grievance about the terms and/or |
| 10:09:11 | 22 | applications of this agreement which are not |
| 10:09:14 | 23 | covered by other provisions of this agreement |
| 10:09:16 | 24 | relating to dispute resolution, then such |
| 10:09:19 | 25 | dispute shall be handled under the procedures |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000239

8e076743-be37-46e4-8817-756e3b93d237

Page 16

| | | |
|---|---|---|
| 10:09:22 | 1 | set forth in the applicable collective |
| 10:09:24 | 2 | bargaining agreements." |
| 10:09:25 | 3 | Paragraph 26 is the parties.  There |
| 10:09:27 | 4 | can be no argument that Mr. Harting is a party |
| 10:09:30 | 5 | to the Project Labor Agreement.  Mr. Harting is |
| 10:09:33 | 6 | not a union representative.  He is a union |
| 10:09:36 | 7 | employee, a worker who has a grievance about the |
| 10:09:40 | 8 | terms and/or applications of this agreement, |
| 10:09:42 | 9 | i.e., he was excluded from the job site, as |
| 10:09:45 | 10 | we'll get into the facts if we get to the |
| 10:09:48 | 11 | merits, due to the violation of University |
| 10:09:51 | 12 | Hospitals' policies.  Paragraph 7 of this |
| 10:09:52 | 13 | agreement explicitly incorporates University |
| 10:09:56 | 14 | Hospitals' policies and procedures.  He violated |
| 10:10:00 | 15 | paragraph 7.  He violated HR20 in that he |
| 10:10:03 | 16 | harassed an employee of University Hospitals and |
| 10:10:06 | 17 | was excluded; and, therefore, paragraph 25 |
| 10:10:11 | 18 | applies to this.  His grievance, if he has one, |
| 10:10:15 | 19 | is a grievance as to his employer under Laborers |
| | 20 | 310 Collective Bargaining Agreement between |
| 10:10:23 | 21 | Rivera Construction and himself.  A reading of |
| 10:10:23 | 22 | the paragraphs 25 and 26 make it clear, if a |
| 10:10:26 | 23 | worker has a grievance, that worker brings it |
| 10:10:30 | 24 | under paragraph 25.  If a party has a |
| 10:10:33 | 25 | disagreement or interpretation, that's brought |

Page 17

| | | |
|---|---|---|
| 10:10:36 | 1 | under paragraph 26. |
| 10:10:38 | 2 | MR. FELDMAN:    Can we have that in |
| 10:10:39 | 3 | the record? |
| 10:10:40 | 4 | MR. CAMPBELL:    I can provide you |
| 10:10:41 | 5 | with the Project Labor Agreement.  I'm assuming |
| 10:10:45 | 6 | there's no objection as to the Project Labor |
| 10:11:07 | 7 | Agreement. |
| | 8 | MS. GRAGEL:      No. |
| | 9 | (Thereupon, Joint Exhibit 1 of the |
| | 10 | arbitration was marked for purposes |
| | 11 | of identification.) |
| 10:11:08 | 12 | MR. FELDMAN:    We'll mark it |
| 10:11:08 | 13 | Joint 1 for the record. |
| 10:11:09 | 14 | MR. CAMPBELL:    So Joint 1, I would |
| 10:11:11 | 15 | direct the arbitrator's attention to page 9, it |
| 10:11:16 | 16 | is article X, paragraphs 25 and 26, and those |
| 10:11:23 | 17 | paragraphs clearly provide that the worker, in |
| 10:11:26 | 18 | this case Mr. Harting, if he has a grievance |
| 10:11:28 | 19 | about the terms and/or application of this |
| 10:11:31 | 20 | agreement being excluded, then such disputes |
| 10:11:34 | 21 | shall be handled under the procedures set forth |
| 10:11:37 | 22 | in the applicable collective bargaining |
| 10:11:39 | 23 | agreements, which University Hospitals -- |
| 10:11:41 | 24 | neither University Hospitals nor Gilbane are |
| 10:11:44 | 25 | parties to. |

R000241

8e076743-be37-46e4-8817-756e3b93d237

Page 18

| | | |
|---|---|---|
| 10:11:45 | 1 | So, therefore, it is our position |
| 10:11:47 | 2 | that paragraph 26 is inapplicable to this.  We |
| 10:11:50 | 3 | have not agreed, as the owner of a project and |
| 10:11:53 | 4 | as the general contractor on a project, to |
| 10:11:55 | 5 | arbitrate disputes between an employee, a |
| 10:11:58 | 6 | worker, and his employer.  And, thereby, the |
| 10:12:01 | 7 | arbitrability issue should be found in favor of |
| 10:12:06 | 8 | defendants/respondents in this matter. |
| 10:12:13 | 9 | MR. FELDMAN:     And Ms. Gragel. |
| 10:12:16 | 10 | MS. GRAGEL:     Thank you, |
| 10:12:17 | 11 | Mr. Feldman. |
| 10:12:18 | 12 | I'm here on behalf of Building |
| 10:12:21 | 13 | Laborers Local 310 which a member of the |
| 10:12:23 | 14 | Cleveland Building Trades Association, and |
| 10:12:26 | 15 | Michael Harting who is an individual member of |
| 10:12:29 | 16 | Local 310.  The Cleveland Building Trades |
| 10:12:32 | 17 | Construction Trades Council has approximately 16 |
| 10:12:36 | 18 | constituents, unions, all of which are bound by |
| 10:12:40 | 19 | the Project Labor Agreement with University |
| 10:12:46 | 20 | Hospitals. |
| 10:12:46 | 21 | Mr. Campbell alluded to some of the |
| 10:12:49 | 22 | purposes of the Project Labor Agreement and you |
| 10:12:51 | 23 | now have the document in evidence and it shows |
| 10:12:53 | 24 | that there are many purposes.  And one of the |
| 10:12:56 | 25 | purposes was to set forth an efficient mechanism |

R000242

8e076743-be37-46e4-8817-756e3b93d237

Page 19

| | | |
|---|---|---|
| 10:13:01 | 1 | to deal with the overlapping contracts, |
| 10:13:05 | 2 | subcontracts, and union agreements covering all |
| 10:13:09 | 3 | of the different groups that worked at |
| 10:13:12 | 4 | University Hospital, both at this phase of the |
| 10:13:15 | 5 | project and on into the future.  Part of that |
| 10:13:19 | 6 | involved -- and the Project Labor Agreement is |
| 10:13:22 | 7 | very clear -- specifically defining the |
| 10:13:25 | 8 | different roles of the owner, University |
| 10:13:29 | 9 | Hospitals, its construction manager, Gilbane, |
| 10:13:32 | 10 | the unions and the different contractors. |
| 10:13:37 | 11 | The gist of this grievance arises |
| 10:13:40 | 12 | under paragraph 26 of the Project Labor |
| 10:13:52 | 13 | Agreement which is part of the "Grievance and |
| 10:13:56 | 14 | Arbitration" clause.  It says, "If the parties |
| 10:13:59 | 15 | to this agreement have any disagreements over |
| 10:14:02 | 16 | interpretation or application of this agreement, |
| 10:14:05 | 17 | including on-site compliance, the aggrieved |
| 10:14:08 | 18 | party shall have the right to process such |
| 10:14:10 | 19 | dispute under the expedited settlement and |
| 10:14:13 | 20 | arbitration procedures of the American |
| 10:14:23 | 21 | Arbitration Association." |
| 10:14:24 | 22 | We are led to this proceeding because |
| 10:14:26 | 23 | of paragraph 29 of the Project Labor Agreement. |
| 10:14:34 | 24 | It implements this important function of the |
| 10:14:38 | 25 | Project Labor Agreement to set up the specific |

R000243

8e076743-be37-46e4-8817-756e3b93d237

Page 20

| | | |
|---|---|---|
| 10:14:41 | 1 | areas of responsibility of the owner and the |
| 10:14:44 | 2 | contractors.  It provides that the contractors |
| 10:14:50 | 3 | have the exclusive right to direct their working |
| 10:14:54 | 4 | forces, including but not limited to the rise to |
| 10:14:58 | 5 | select and utilize the means for construction |
| 10:15:01 | 6 | and to hire, schedule, select supervision and |
| 10:15:05 | 7 | tradesmen, promote, transfer, lay off, discharge |
| 10:15:08 | 8 | and make and enforce rules for employees. |
| 10:15:14 | 9 | In January 2009 when this grievance |
| 10:15:17 | 10 | arose, Mr. Harting was employed by Rivera |
| 10:15:22 | 11 | Construction, a subcontractor.  It was a |
| 10:15:24 | 12 | subcontractor to Ozanne that had the general |
| 10:15:29 | 13 | trades package.  There will be testimony once we |
| 10:15:34 | 14 | reach the merits of this case that the decision |
| 10:15:35 | 15 | to terminate Mr. Harting was not made by Rivera |
| 10:15:39 | 16 | Construction, it was not made by Ozanne.  In |
| 10:15:42 | 17 | fact, they communicated with the business agent |
| 10:15:44 | 18 | that they did not want to terminate this |
| 10:15:46 | 19 | employee.  In fact, it was dictated by |
| 10:15:49 | 20 | University Hospitals through its construction |
| 10:15:52 | 21 | manager, Gilbane.  The very gist of this |
| 10:15:57 | 22 | grievance is that the owner stepped outside its |
| 10:16:00 | 23 | limited role defined by the Project Labor |
| 10:16:04 | 24 | Agreement to cause a subcontractor to discharge |
| 10:16:07 | 25 | a member when it otherwise would not have done |

Page 21

```
10:16:10    1    so.  So it would have been fruitless for the
10:16:12    2    Union to grieve this matter against Rivera
10:16:17    3    Construction because Rivera's position as told,
10:16:17    4    "My hands are tied, I cannot reinstate this
10:16:21    5    person.  The owner says he's not allowed to work
10:16:23    6    here."
10:16:24    7              So that, sir, leads to this
10:16:27    8    grievance.  It is the only mechanism under the
10:16:30    9    Project Labor Agreement to address this
10:16:32   10    grievance in an expedited way and we are here to
10:16:37   11    proceed to the merits of the claim.
10:16:38   12              MR. FELDMAN:     Let me ask you a
10:16:39   13    question.  You don't think the courthouse has a
10:16:42   14    remedy for this grievance?
10:16:44   15              MS. GRAGEL:     I do not, nor did
10:16:45   16    the parties bargain for that.  They bargained
10:16:49   17    for an expedited arbitration.
10:16:56   18              MR. FELDMAN:     Are you finished?
10:17:01   19              MS. GRAGEL:     Yes, I am.
10:17:01   20              MR. FELDMAN:     Do you have any
10:17:02   21    witnesses?
10:17:03   22              MR. CAMPBELL:     Yes.  I'd like to
10:17:04   23    call Mr. Harting.
10:17:19   24              MR. FELDMAN:     Have a seat, sir.
           25                   MICHAEL HARTING
```

R000245

8e076743-be37-46e4-8817-756e3b93d237

Page 22

1       of lawful age, a witness herein, having been

2       first duly sworn, as hereinafter certified, was

3       examined and testified as follows:

4                    CROSS-EXAMINATION

10:17:27    5            MR. FELDMAN:     For the record,

10:17:27    6       state your name.

10:17:28    7            THE WITNESS:     Mike Harting,

10:17:29    8       H-a-r-t-i-n-g.

10:17:32    9            MR. FELDMAN:     Do you understand,

10:17:35    10      Mr. Harting, that you're under oath?

10:17:38    11           THE WITNESS:     Yes.

10:17:39    12           MR. FELDMAN:     You may inquire as

10:17:40    13      upon cross-examination.

10:17:41    14           MR. CAMPBELL:     Thank you, and I'll

15      be brief.

16      BY MR. CAMPBELL:

10:17:42    17      Q.   Mr. Harting, could you please state your

10:17:44    18      name for the record?

10:17:44    19      A.   Mike Harting, H-a-r-t-i-n-g.

10:17:52    20      Q.   Are you currently employed, Mr. Harting?

10:17:54    21      A.   No.

10:17:54    22      Q.   Are you a member of a union?

10:17:58    23      A.   Local 310 Laborers.

10:18:07    24      Q.   I want to show you what's been marked as

10:18:09    25      Joint Exhibit 1.  Take that, and, first of all,

Page 23

| 10:18:15 | 1  | I think this is a pretty straightforward |
| 10:18:18 | 2  | question.  You're not a party to this agreement? |
| 10:18:21 | 3  | You haven't executed it? |
| 10:18:22 | 4  | A.   I have no idea -- this is the first time |
| 10:18:24 | 5  | I've ever had this thing in my hand. |
| 10:18:27 | 6  | Q.   Just so the record is clear, why don't you |
| 10:18:30 | 7  | turn to page 14 of that agreement, and if you |
| 10:18:34 | 8  | could let me know if that's your signature on |
| 10:18:37 | 9  | there? |
| 10:18:48 | 10 | A.   Page 14? |
| 10:18:49 | 11 | Q.   Yes. |
| 10:18:49 | 12 | A.   No. |
| 10:18:52 | 13 | Q.   Okay.  And, in fact, the signatures -- the |
| 10:18:56 | 14 | two parties to this agreement are the Cleveland |
| 10:18:58 | 15 | Building and Construction Trades Council and |
| 10:18:59 | 16 | University Hospitals Health System, Inc. based |
| 10:19:02 | 17 | on page 14? |
| 10:19:03 | 18 | A.   Uh-huh. |
| 10:19:04 | 19 | Q.   Is that right?  You have to answer yes or |
| 10:19:06 | 20 | no. |
| 10:19:06 | 21 | A.   Yes. |
| 10:19:07 | 22 | Q.   Now, let me ask you about this grievance |
| 10:19:10 | 23 | that you have. |
| 10:19:11 | 24 | You were formerly employed by Rivera |
| 10:19:16 | 25 | Construction? |

R000247

8e076743-be37-46e4-8817-756e3b93d237

Page 24

| | | |
|---|---|---|
| 10:19:16 | 1 | A.    Yes. |
| 10:19:17 | 2 | Q.    And through Rivera Construction you were |
| 10:19:19 | 3 | working on one of the University Hospitals' |
| 10:19:21 | 4 | construction sites; is that correct? |
| 10:19:24 | 5 | A.    Yes. |
| 10:19:25 | 6 | Q.    And February 2009, is that when you were |
| 10:19:28 | 7 | excluded from the University Hospitals' job |
| 10:19:31 | 8 | site? |
| 10:19:31 | 9 | A.    Yes. |
| 10:19:31 | 10 | Q.    Which of the buildings were you working on |
| 10:19:35 | 11 | at that time? |
| 10:19:35 | 12 | A.    I was at the Rainbow Neonatal Intensive |
| 10:19:41 | 13 | Care Unit. |
| 10:19:41 | 14 | Q.    Now, at that time -- let me ask you, have |
| 10:19:44 | 15 | you ever been an employee of University |
| 10:19:47 | 16 | Hospitals Health System, Inc.? |
| 10:19:49 | 17 | A.    No. |
| 10:19:49 | 18 | Q.    Have you ever been an employee of Gilbane |
| 10:19:52 | 19 | Construction? |
| 10:19:52 | 20 | A.    No. |
| 10:19:53 | 21 | Q.    And we can agree that you're not one of the |
| 10:19:56 | 22 | parties to Joint Exhibit 1, which you're holding |
| 10:20:00 | 23 | there? |
| 10:20:00 | 24 | A.    I am not a party. |
| 10:20:02 | 25 | Q.    Now we can agree that you were a worker |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000248

8e076743-be37-46e4-8817-756e3b93d237

Page 25

| | | |
|---|---|---|
| 10:20:06 | 1 | working on the construction project. |
| 10:20:08 | 2 | A.   Yes. |
| 10:20:08 | 3 | Q.   A union worker? |
| 10:20:09 | 4 | A.   Yes. |
| 10:20:10 | 5 | Q.   Now, Rivera Construction was your employer |
| 10:20:11 | 6 | at the time, correct? |
| 10:20:12 | 7 | A.   Yes. |
| 10:20:13 | 8 | Q.   And Rivera informed you that you were |
| 10:20:15 | 9 | excluded from the project? |
| 10:20:16 | 10 | A.   No. |
| 10:20:16 | 11 | Q.   Who informed you that you were excluded? |
| 10:20:18 | 12 | A.   Gilbane. |
| 10:20:21 | 13 | Q.   Gilbane informed you that you were |
| 10:20:23 | 14 | excluded? |
| 10:20:23 | 15 | A.   Yes, that I had to leave a project. |
| 10:20:26 | 16 | Q.   Did you file a grievance between you and |
| 10:20:31 | 17 | Rivera under the Laborers 310, Collective |
| 10:20:33 | 18 | Bargaining Agreement? |
| 10:20:33 | 19 | A.   No. |
| 10:20:34 | 20 | Q.   And why not? |
| 10:20:34 | 21 | A.   Because this is the first time this has |
| 10:20:40 | 22 | ever happened to me.  I had no idea the protocol |
| 10:20:43 | 23 | of anything like that. |
| 10:20:45 | 24 | Q.   You do understand that when you were |
| 10:20:48 | 25 | employed in February of 2009 by Rivera that your |

Page 26

| 10:20:52 | 1 | employment was governed by the Laborers 310 |

10:20:52    1    employment was governed by the Laborers 310

10:20:55    2    Collective Bargaining Agreement, correct?

10:20:56    3    A.   Yes.

10:20:56    4    Q.   And you do understand and I'm assuming that

10:20:57    5    the Laborers told you you do have a grievance

10:21:01    6    and arbitration provision under that agreement?

10:21:02    7    A.   Yes.

10:21:09    8              MR. CAMPBELL:    I don't have any

10:21:10    9    further questions for Mr. Harting.

10:21:13   10              MR. FELDMAN:    Would you like to

10:21:16   11    question Mr. Harting now?

10:21:16   12              MS. GRAGEL:    Just a couple of

10:21:17   13    limited questions.

           14                    REDIRECT EXAMINATION

           15    BY MS. GRAGEL:

10:21:20   16    Q.   Mr. Harting, you've been handed a copy of

10:21:23   17    Joint Exhibit 1 which is a Project Labor

10:21:26   18    Agreement.  Attached to that document is a

10:21:31   19    document called the Gilbane Project Safety Plan,

10:21:33   20    do you see that?  It's about halfway through.

10:21:38   21    A.   Yeah.

10:21:40   22    Q.   Did you understand, sir, that when you

10:21:43   23    worked at the Rainbow Neonatal project, that you

10:21:47   24    were working under the terms of this safety

10:21:49   25    plan?

R000250

8e076743-be37-46e4-8817-756e3b93d237

Page 27

| | | |
|---|---|---|
| 10:21:49 | 1 | A.   Until this all happened, I never saw this. |
| 10:21:55 | 2 | Q.   Did you know, sir, that your activities |
| 10:21:59 | 3 | were directed at the project primarily through |
| 10:22:03 | 4 | Ozanne Construction? |
| 10:22:03 | 5 | A.   Yes. |
| 10:22:04 | 6 | Q.   And did you understand that Ozanne |
| 10:22:06 | 7 | Construction received its directions from |
| 10:22:08 | 8 | Gilbane, the construction manager? |
| 10:22:10 | 9 | A.   I guess so, yes. |
| 10:22:11 | 10 | Q.   And when you were called and told on the |
| 10:22:16 | 11 | evening -- was that about January 30th? |
| 10:22:19 | 12 | A.   Yes. |
| 10:22:19 | 13 | Q.   You were told to pick up your hard hat and |
| 10:22:21 | 14 | leave the job? |
| 10:22:22 | 15 | A.   Yes. |
| 10:22:22 | 16 | Q.   That was told to you by Gilbane? |
| 10:22:24 | 17 | A.   That was told to me in their trailer. |
| 10:22:27 | 18 | Q.   Do you know, sir, after that day your |
| 10:22:29 | 19 | business agent went to meet with University |
| 10:22:32 | 20 | Hospitals on your behalf? |
| 10:22:33 | 21 | A.   Yes. |
| 10:22:33 | 22 | Q.   Did you understand from that conversation |
| 10:22:36 | 23 | that University Hospitals said that it was |
| 10:22:39 | 24 | responsible for the decision? |
| 10:22:40 | 25 | A.   Yes. |

R000251

8e076743-be37-46e4-8817-756e3b93d237

Page 28

| | | |
|---|---|---|
| 10:22:41 | 1 | Q.   Did your business agent ask University |
| 10:22:44 | 2 | Hospitals to change the decision? |
| 10:22:45 | 3 | A.   Yes. |
| 10:22:46 | 4 | Q.   Was the decision changed? |
| 10:22:48 | 5 | A.   No. |
| 10:22:49 | 6 | MS. GRAGEL:      Nothing further. |
| 10:22:51 | 7 | MR. CAMPBELL:    I just have a few |
| 10:22:52 | 8 | follow-up questions. |
| | 9 | RECROSS-EXAMINATION |
| | 10 | BY MR. CAMPBELL: |
| 10:22:53 | 11 | Q.   How long were you working on the University |
| 10:22:55 | 12 | Hospitals project? |
| 10:22:56 | 13 | A.   I'd say roughly a month, maybe five weeks. |
| 10:22:59 | 14 | And did you understand that -- strike that. |
| 10:23:06 | 15 | You understood you were a visitor to the |
| 10:23:08 | 16 | University Hospitals campus, correct? |
| 10:23:10 | 17 | A.   I know I was supposed to be working there. |
| 10:23:14 | 18 | I don't know if that's what you consider a |
| 10:23:16 | 19 | visitor. |
| 10:23:16 | 20 | Q.   Did you understand that University |
| 10:23:19 | 21 | Hospitals, whether you're a patient or visiting |
| 10:23:21 | 22 | a patient or a construction worker or even an |
| 10:23:24 | 23 | attorney coming in, there are certain rules that |
| 10:23:26 | 24 | University Hospitals has as to those visitors? |
| 10:23:29 | 25 | A.   I guess so, yes. |

R000252

8e076743-be37-46e4-8817-756e3b93d237

Page 29

| | | |
|---|---|---|
| 10:23:31 | 1 | Q.   And did you have any issue with University |
| 10:23:36 | 2 | Hospitals enforcing those rules and excluding |
| 10:23:38 | 3 | people if they violate their rules? |
| 10:23:40 | 4 | A.   You know, I guess not, but I don't think |
| 10:23:54 | 5 | anything was ever done -- any rules were ever |
| 10:23:59 | 6 | broken. |
| 10:23:59 | 7 | Q.   But you certainly don't think that union |
| 10:24:01 | 8 | employees were excluded from any rules that |
| 10:24:03 | 9 | other individuals visiting University campus had |
| 10:24:06 | 10 | to follow, do you? |
| 10:24:07 | 11 | MS. GRAGEL:     Objection. |
| 10:24:09 | 12 | THE WITNESS:     I don't understand. |
| 10:24:10 | 13 | MR. FELDMAN:     Hold on.  What's |
| 10:24:11 | 14 | the objection? |
| 10:24:12 | 15 | MS. GRAGEL:     The objection is |
| 10:24:13 | 16 | that the Project Labor Agreement contains the |
| 10:24:18 | 17 | rules that employees of contractors were to |
| 10:24:21 | 18 | follow which is different than what happens for |
| 10:24:22 | 19 | the average visitor. |
| 10:24:25 | 20 | MR. FELDMAN:     Do you want to |
| 10:24:26 | 21 | restate that question? |
| 10:24:27 | 22 | MR. CAMPBELL:     I'd be happy to do |
| 10:24:28 | 23 | it. |
| 10:24:29 | 24 | BY MR. CAMPBELL: |
| 10:24:29 | 25 | Q.   You understood that when you were in the |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000253

8e076743-be37-46e4-8817-756e3b93d237

Page 30

| 10:24:30 | 1 | cafeteria you had to follow the same rules as |
| 10:24:33 | 2 | anybody else in that cafeteria, right? |
| 10:24:35 | 3 | A.   Yes. |
| 10:24:36 | 4 | Q.   Union employees weren't somehow given a |
| 10:24:40 | 5 | free pass to do whatever union employees had to |
| 10:24:42 | 6 | do per their union, right? |
| 10:24:43 | 7 | A.   Yes. |
| 10:24:44 | 8 | Q.   You had to follow the same rules I have to |
| 10:24:46 | 9 | follow? |
| 10:24:46 | 10 | A.   Yes. |
| 10:24:47 | 11 | MR. CAMPBELL:    I don't have any |
| 10:24:48 | 12 | further questions. |
| 10:24:48 | 13 | MR. FELDMAN:    Anything further of |
| 10:24:50 | 14 | this witness? |
| | 15 | FURTHER REDIRECT EXAMINATION |
| | 16 | BY MS. GRAGEL: |
| 10:24:51 | 17 | Q.   In connection with being a visitor, you |
| 10:24:54 | 18 | actually received an identification badge that |
| 10:24:56 | 19 | allowed you to be on the premises of University |
| | 20 | Hospitals? |
| 10:24:59 | 21 | A.   Yes. |
| 10:25:01 | 22 | MR. FELDMAN:    Thank you very |
| 10:25:02 | 23 | much.  Next witness. |
| 10:25:05 | 24 | MR. CAMPBELL:    I don't have any |
| 10:25:06 | 25 | further witnesses on the arbitrability. |

R000254

8e076743-be37-46e4-8817-756e3b93d237

Page 31

| | | |
|---|---|---|
| 10:25:09 | 1 | Assuming the Joint Exhibit has been admitted for |
| 10:25:13 | 2 | purposes of my arbitrability, I think we have |
| 10:25:15 | 3 | sufficient evidence to verify there is no |
| 10:25:18 | 4 | arbitrability dispute under the Project Labor |
| 10:25:23 | 5 | Agreement at this time. |
| | 6 | MR. FELDMAN:     Do you have |
| 10:25:24 | 7 | witnesses? |
| 10:25:24 | 8 | MS. GRAGEL:     Yes, because we |
| 10:25:26 | 9 | believe this is a discharge grievance.  On the |
| 10:25:28 | 10 | issue of arbitrability, no.  We will rest. |
| 10:25:33 | 11 | MR. FELDMAN:     Now, let me just |
| 10:25:34 | 12 | ask you something.  Do you want me to reach a |
| 10:25:36 | 13 | decision on arbitrability only and put the |
| 10:25:41 | 14 | merits off to another day soon? |
| 10:25:50 | 15 | MS. GRAGEL:     We'd be prepared to |
| 10:25:53 | 16 | proceed. |
| 10:25:53 | 17 | MR. FELDMAN:     I know that you |
| 10:25:54 | 18 | would be prepared.  I have a serious question of |
| 10:25:57 | 19 | arbitrability here.  The rule of law is that |
| 10:26:02 | 20 | arbitration only takes place when the parties |
| 10:26:07 | 21 | voluntarily agree, and I'd be interested in |
| 10:26:11 | 22 | hearing -- or reading your arguments on why |
| 10:26:17 | 23 | arbitrability should be granted in a situation |
| 10:26:21 | 24 | where the relationship between the grievant in |
| 10:26:24 | 25 | this case and the alleged employer is through |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000255

8e076743-be37-46e4-8817-756e3b93d237

Page 32

| | | |
|---|---|---|
| 10:26:29 | 1 | the project agreement in which the employer of |
| 10:26:32 | 2 | this grievant was not a party, and I would want |
| 10:26:37 | 3 | to study this and I would welcome your briefs in |
| 10:26:41 | 4 | that regard. |
| 10:26:42 | 5 | MS. GRAGEL:     If I might ask for |
| 10:26:44 | 6 | a moment, can I have a five-minute recess? |
| 10:26:48 | 7 | MR. FELDMAN:     Sure, take a |
| | 8 | recess. |
| | 9 | MS. GRAGEL:     I might have one |
| 10:26:50 | 10 | witness if we're going to close this off on |
| 10:26:53 | 11 | arbitrability and not proceed further today. |
| 10:26:56 | 12 | MR. FELDMAN:     Okay.  I will |
| 10:26:57 | 13 | provide a early hearing date, even though I |
| 10:27:00 | 14 | don't know the answer. |
| 10:27:02 | 15 | MR. CAMPBELL:     Understood.  We |
| 10:27:03 | 16 | would prefer that method, but a five-minute |
| 10:27:06 | 17 | break is fine by us. |
| 10:27:08 | 18 | MS. GRAGEL:     If I presume it, it |
| 10:27:09 | 19 | might be with one very short witness to complete |
| 10:27:14 | 20 | the record. |
| 10:27:14 | 21 | |
| 10:34:53 | 22 | (Thereupon, a recess was taken.) |
| 10:34:53 | 23 | MS. GRAGEL:     Mr. Feldman, I |
| 10:34:55 | 24 | would present a not very long set of questions |
| 10:34:58 | 25 | and answers from Mr. Trusso to complete this |

R000256
8e076743-be37-46e4-8817-756e3b93d237

Page 33

| | | |
|---|---|---|
| 10:35:01 | 1 | record. |
| 10:35:13 | 2 | MR. FELDMAN: Have a seat, sir. |
| | 3 | SEBASTIAN TRUSSO |
| | 4 | of lawful age, a witness herein, having been |
| | 5 | first duly sworn, as hereinafter certified, was |
| | 6 | examined and testified as follows: |
| 10:35:20 | 7 | DIRECT EXAMINATION |
| 10:35:20 | 8 | MR. FELDMAN: For the record, may |
| 10:35:21 | 9 | I have your name, please? |
| | 10 | THE WITNESS: Sebastian Trusso, |
| 10:35:22 | 11 | T-r-u-s-s-o. |
| 10:35:33 | 12 | MR. FELDMAN: Do you understand, |
| 10:35:34 | 13 | sir, you're under oath? |
| 10:35:37 | 14 | THE WITNESS: Yes. |
| | 15 | BY MS. GRAGEL: |
| 10:35:38 | 16 | Q. Mr. Trusso, you've already introduced |
| 10:35:41 | 17 | yourself. Would you tell the arbitrator about |
| 10:35:44 | 18 | your employment? |
| 10:35:45 | 19 | A. I'm a business agent with Laborers Local |
| 10:35:49 | 20 | 310 and I pretty much represent the membership |
| 10:35:53 | 21 | of laborers of 310. |
| 10:35:54 | 22 | Q. How long have you been a business agent for |
| 10:35:56 | 23 | the union? |
| 10:35:57 | 24 | A. Since 1999. |
| 10:35:58 | 25 | Q. Are you familiar with an organization known |

R000257

8e076743-be37-46e4-8817-756e3b93d237

Page 34

| 10:36:02 | 1 | as the Cleveland Building and Construction |
| 10:36:04 | 2 | Trades Council? |
| 10:36:06 | 3 | A.   Yes, I am. |
| 10:36:07 | 4 | Q.   What is that? |
| 10:36:08 | 5 | A.   That's all the union building trades, |
| 10:36:12 | 6 | that's their group, comprises of like 17 |
| 10:36:18 | 7 | different locals. |
| 10:36:19 | 8 | Q.   Is Building Laborers Local 310 one of those |
| 10:36:24 | 9 | unions? |
| 10:36:24 | 10 | A.   Yes. |
| 10:36:25 | 11 | Q.   Is Mr. Harting one of Local 310's members? |
| 10:36:28 | 12 | A.   Yes, he is. |
| 10:36:30 | 13 | Q.   The Local 310 contract is not yet in |
| 10:36:34 | 14 | evidence, but do individual union members sign |
| 10:36:38 | 15 | the union contract? |
| 10:36:39 | 16 | A.   Individual members? |
| 10:36:41 | 17 | Q.   Yes, sir. |
| 10:36:41 | 18 | A.   No, they don't sign the contract, but they |
| 10:36:46 | 19 | do -- they sign over their bargaining rights to |
| 10:36:50 | 20 | me and John Gilbane and the office of Local 310. |
| 10:36:55 | 21 | Q.   And the union signs the contract? |
| 10:36:58 | 22 | A.   The union. |
| 10:37:03 | 23 | Q.   Directing your attention to the end of |
| 10:37:06 | 24 | January 2009, did you receive notice that |
| 10:37:09 | 25 | Mr. Harting was asked to leave the job? |

R000258

8e076743-be37-46e4-8817-756e3b93d237

Page 35

| 10:37:17 | 1 | MR. FELDMAN:     What was that? |

10:37:17    1              MR. FELDMAN:     What was that?

10:37:18    2              MS. GRAGEL:      Asked to leave the

10:37:19    3    job.

10:37:19    4              THE WITNESS:     I received a phone

10:37:21    5    call from Mike Ferritto.  He is my main labor

10:37:25    6    steward on that project.  He works on days.  He

10:37:28    7    called me.  I want to say it was close to

10:37:31    8    5:00 p.m. maybe.  He was already home.  He said

10:37:35    9    that he received a phone call from the job site,

10:37:38   10    that they wanted Mike removed from the job.  And

10:37:44   11    by that Mike, you're referring to Mike Harting?

           12    A.   Mike Harting.

10:37:47   13    Q.   Did Mike Harting work day shift or second

10:37:49   14    shift?

10:37:49   15    A.   When Mike was first sent on the job he was

10:37:52   16    on night shift.  He did do a small portion on

10:37:56   17    day, but then he went back to nights again.

10:37:59   18    Mainly he was there on nights.

10:38:01   19    Q.   When you received this phone call,

10:38:03   20    Mr. Harting was on nights?

10:38:04   21    A.   He was working.

10:38:05   22    Q.   Following that call, did you do anything

10:38:09   23    that evening?

10:38:11   24    A.   I called Mike Harting and asked him if

10:38:16   25    everything was okay on the job, and he said

R000259

8e076743-be37-46e4-8817-756e3b93d237

Page 36

| | | |
|---|---|---|
| 10:38:18 | 1 | yeah, he was fine.  I asked him if he had spoken |
| 10:38:21 | 2 | to anybody.  He said no.  I said, "I just |
| 10:38:23 | 3 | received a phone call, take your personal |
| 10:38:26 | 4 | belongings, your lunch bucket, hard hat, |
| 10:38:28 | 5 | whatever, go see Tony Gilauti from Ozanne, go |
| 10:38:34 | 6 | see him in his trailer.  For whatever reason, |
| 10:38:37 | 7 | they want you off the job.  Whatever they tell |
| 10:38:39 | 8 | you, comply with it because I will come out |
| 10:38:43 | 9 | there Tuesday morning and try to get to the |
| 10:38:45 | 10 | bottom of whatever it is that's going on, why |
| 10:38:48 | 11 | they want you off the job.  I was not fully |
| 10:38:50 | 12 | aware of all the details at that time. |
| 10:38:52 | 13 | Q.   Tuesday morning did you go to the job? |
| 10:38:53 | 14 | A.   Yes, I did.  Me and Kevin Clegg, another |
| 10:38:57 | 15 | business agent, we did go out to the job site. |
| 10:39:00 | 16 | Q.   Did you have occasion to speak with Pat |
| 10:39:03 | 17 | Toney? |
| 10:39:03 | 18 | A.   When I first went there, I was looking for |
| 10:39:07 | 19 | Todd Gerber who was the superintendent because |
| 10:39:11 | 20 | what I understood -- by this time what I had |
| 10:39:14 | 21 | understood was that order had come down from |
| 10:39:15 | 22 | Todd Gerber to have Mike removed from the job |
| 10:39:19 | 23 | because of an incident, and I was there to get |
| 10:39:21 | 24 | to the bottom of what had happened. |
| 10:39:23 | 25 | Q.   Todd Gerber works for whom? |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000260

8e076743-be37-46e4-8817-756e3b93d237

Page  37

| 10:39:25 | 1 | A.    For Gilbane.  He is one of the |
| 10:39:28 | 2 | superintendents for Gilbane. |
| 10:39:29 | 3 | Q.    Did you see Todd Gerber? |
| 10:39:31 | 4 | A.    He was in the building.  I went to his |
| 10:39:33 | 5 | office.  They told me he was in the building |
| 10:39:35 | 6 | with -- I forget if it was engineers or |
| 10:39:38 | 7 | architects.  He was in the building with |
| 10:39:39 | 8 | somebody that I could go up there to find him. |
| 10:39:42 | 9 | So I went into the building, me and Kevin and |
| 10:39:47 | 10 | Mike Ferritto, by the way, my daytime steward, |
| 10:39:50 | 11 | we went to go find Mr. Gerber.  We found him. |
| 10:39:53 | 12 | He did have other people with him.  He said, "I |
| 10:39:55 | 13 | am in the middle of a meeting, a walk-through. |
| 10:39:58 | 14 | If you could talk to" -- I believe Pat Toney was |
| 10:40:01 | 15 | his name -- "Pat Toney, you can talk to him, |
| 10:40:05 | 16 | he's fully aware of what's going on." |
| 10:40:06 | 17 | Q.    Let me interrupt you.  Did you talk to Pat |
| 10:40:08 | 18 | Toney? |
| 10:40:08 | 19 | A.    Yes, I did. |
| 10:40:09 | 20 | Q.    What did you say to Pat Toney and what did |
| 10:40:11 | 21 | he say to you about Mike Harting? |
| 10:40:14 | 22 | A.    Well, first I asked him what's going on, |
| 10:40:15 | 23 | why is Mike being asked to leave the job? |
| 10:40:18 | 24 | He said he didn't know all the details |
| 10:40:20 | 25 | either.  All he knew was that word had come down |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000261

8e076743-be37-46e4-8817-756e3b93d237

Page 38

| | | |
|---|---|---|
| 10:40:23 | 1 | from University Hospitals that he had to be |
| 10:40:25 | 2 | removed from the job because of an incident that |
| 10:40:28 | 3 | happened, I guess, in the cafeteria. |
| 10:40:33 | 4 | Q.   What did you do next, sir? |
| 10:40:34 | 5 | A.   I asked him, I said, "Well, I'm here to get |
| 10:40:38 | 6 | him back to work." |
| 10:40:40 | 7 | He expressed that he was very upset that |
| 10:40:44 | 8 | this had happened also because Mike was a very |
| 10:40:47 | 9 | good employee and they wanted Mike back at any |
| 10:40:50 | 10 | cost because Mike was very good at what he did. |
| 10:40:53 | 11 | So I says, "Well that's why I'm here.  What do I |
| 10:40:56 | 12 | have to do to get him back on the job?" |
| 10:40:58 | 13 | And he explained to me that -- he expressed |
| 10:41:01 | 14 | to me that it was out of his hands.  It had to |
| 10:41:05 | 15 | go through Margaret Hewitt who is one of the |
| 10:41:08 | 16 | employees of the University Hospitals. |
| 10:41:09 | 17 | Q.   Did you contact Ms. Hewitt? |
| 10:41:11 | 18 | A.   Yes.  I called Ms. Hewitt.  I reached her |
| 10:41:13 | 19 | in her office.  Her office is in another |
| 10:41:15 | 20 | building off campus and I arranged a meeting |
| 10:41:17 | 21 | with her that morning.  I want to say probably |
| 10:41:20 | 22 | around 11:00, 11:30 in the morning we did meet |
| 10:41:23 | 23 | with her; me and Kevin, we drove to her office. |
| 10:41:26 | 24 | Q.   So the record is clear, is her office out |
| 10:41:29 | 25 | at the old Office Max complex? |

8e076743-be37-46e4-8817-756e3b93d237

Page 39

```
10:41:31    1    A.   Yes.  It's a building on Warrensville
10:41:34    2    Center Road just south of Cedar or Chagrin.
10:41:41    3    It's the old Office Max office building, but
10:41:45    4    it's on Warrensville Center Road.  That's where
10:41:48    5    University Hospitals owns that building also.
10:41:50    6    That's where her office is.
10:41:53    7    Q.   Did you meet with Ms. Hewitt?
10:41:55    8    A.   I met with Ms. Hewitt and there was an
10:41:55    9    attorney there with her.  I do not remember her
10:41:58   10    name offhand.  But when I got to her office, it
10:42:02   11    was the four of us, Ms. Hewitt, University
10:42:05   12    Hospitals' attorney, myself and Kevin Clegg.
10:42:08   13    Q.   What did you say to Ms. Hewitt and what did
10:42:10   14    she say to you?
10:42:11   15    A.   Well, I asked Ms. Hewitt is there any
10:42:13   16    way -- I mean, you know why I'm here, the Mike
10:42:16   17    Harting incident."  I says, "What do I have to
10:42:18   18    do and what do we need to do to get Mike back on
10:42:22   19    the job site?"  I don't know all the details as
10:42:25   20    to exactly what happened or how it happened, but
10:42:27   21    I wanted Mike back to work because Mike is a
10:42:30   22    very valued employee, and Gilbane also expressed
10:42:33   23    that they wanted him back.
10:42:35   24    Q.   Did Ms. Hewitt make any statement to you on
10:42:37   25    that subject?
```

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000263

8e076743-be37-46e4-8817-756e3b93d237

Page 40

| | | |
|---|---|---|
| 10:42:39 | 1 | A.   Ms. Hewitt said that in no uncertain terms |
| 10:42:46 | 2 | why was he in the cafeteria, he wasn't supposed |
| 10:42:49 | 3 | to be there, but he had threatened -- one of the |
| 10:42:50 | 4 | ladies in the cafeteria felt threatened.  I |
| 10:42:53 | 5 | said, "From what I understand, and I'm not here |
| 10:42:56 | 6 | to get to the bottom of it, I'm here to get him |
| 10:42:58 | 7 | back to work is why I'm here."  I said, "From |
| 10:43:01 | 8 | what I understand it was an issue over |
| 10:43:05 | 9 | four-dollars change.  Christ, I'll give you the |
| 10:43:07 | 10 | four dollars.  I need to get this guy back to |
| 10:43:09 | 11 | work.  He has a family to support." |
| 10:43:12 | 12 | She basically said under no uncertain |
| 10:43:14 | 13 | terms -- that she would review it, but she |
| 10:43:15 | 14 | doesn't think that a change would be made. |
| 10:43:18 | 15 | Q.   As far as you know, was any change made? |
| 10:43:22 | 16 | A.   No.  Matter of fact, she was to contact me |
| 10:43:25 | 17 | back within a day or two and let me know what |
| 10:43:28 | 18 | her decision was, and to this day she has never |
| 10:43:31 | 19 | called me back. |
| 10:43:33 | 20 | MS. GRAGEL:    Short of getting |
| 10:43:36 | 21 | more into the merits of what actually led to the |
| 10:43:38 | 22 | discharge, Mr. Feldman, that would conclude my |
| 10:43:41 | 23 | examination of this witness. |
| 10:43:43 | 24 | MR. CAMPBELL:    I'll just have a |
| 10:43:44 | 25 | couple questions for this witness. |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800         330-452-2400         216-621-6969

R000264

8e076743-be37-46e4-8817-756e3b93d237

Page 41

| | | |
|---|---|---|
| 10:43:46 | 1 | CROSS-EXAMINATION |
| 10:43:46 | 2 | BY MR. CAMPBELL: |
| 10:43:46 | 3 | Q.   Mr. Trusso, you heard Mr. Harting's |
| 10:43:51 | 4 | testimony here today? |
| 10:43:52 | 5 | A.   Yeah. |
| 10:43:53 | 6 | Q.   You agree -- |
| 10:43:54 | 7 |     MR. FELDMAN:    You have to speak |
| 10:43:55 | 8 | up so this young lady can take it down. |
| 10:44:02 | 9 | BY MR. CAMPBELL: |
| 10:44:02 | 10 | Q.   And you agree that he was employed by |
| 10:44:04 | 11 | Rivera Construction at the time when he was |
| 10:44:06 | 12 | excluded from the job site? |
| 10:44:09 | 13 | A.   I know that he was employed by Rivera, but |
| 10:44:13 | 14 | he was directed by University Hospitals -- by |
| 10:44:15 | 15 | Gilbane and Ozanne as to what had to be done. |
| 10:44:20 | 16 | Q.   I understand your position but let's |
| 10:44:23 | 17 | verify, just answer my question.  He was an |
| 10:44:25 | 18 | employee of Rivera, correct? |
| 10:44:26 | 19 | A.   Correct. |
| 10:44:26 | 20 | Q.   Let's take one more step.  Rivera is a |
| 10:44:31 | 21 | signatory to Laborers 310 contract? |
| 10:44:33 | 22 | A.   Correct. |
| 10:44:34 | 23 | Q.   That contract has grievance and arbitration |
| 10:44:37 | 24 | procedures? |
| 10:44:38 | 25 | A.   Correct. |

R000265

8e076743-be37-46e4-8817-756e3b93d237

Page 42

| | | |
|---|---|---|
| 10:44:38 | 1 | Q.   If Rivera had informed you that Mr. Harting |
| 10:44:43 | 2 | was being discharged for some reason, Laborers |
| 10:44:49 | 3 | 310 could have filed a grievance and arbitration |
| 10:44:52 | 4 | under that Collective Bargaining Agreement, |
| 10:44:54 | 5 | correct? |
| 10:44:54 | 6 | A.   Correct. |
| 10:44:54 | 7 | Q.   And we agree that Mr. Harting is not a |
| 10:44:57 | 8 | party to the Project Labor Agreement? |
| 10:45:00 | 9 | A.   Not directly, but indirectly I guess.  I |
| 10:45:02 | 10 | mean, we signed an agreement for that project, |
| 10:45:05 | 11 | which he was an employee of. |
| 10:45:06 | 12 | Q.   He didn't sign it individually? |
| 10:45:07 | 13 | A.   He did not sign it, no. |
| 10:45:10 | 14 | Q.   He's not with the Cleveland Building |
| 10:45:12 | 15 | Trades? |
| 10:45:12 | 16 | A.   No. |
| 10:45:13 | 17 | Q.   He's not an officer of Laborers 310? |
| 10:45:16 | 18 | A.   No. |
| 10:45:17 | 19 | Q.   He was a worker on the job site? |
| 10:45:19 | 20 | A.   Correct. |
| 10:45:20 | 21 | Q.   And he's a worker who has or at least |
| 10:45:22 | 22 | had -- we don't know if they're timely at this |
| 10:45:26 | 23 | point or not -- but he had rights under his |
| 10:45:28 | 24 | Collective Bargaining Agreement between Laborers |
| 10:45:30 | 25 | 310 and Rivera? |

Page 43

| | | |
|---|---|---|
| 10:45:31 | 1 | A.   Correct. |
| 10:45:33 | 2 | MR. CAMPBELL:    I don't have any |
| 10:45:33 | 3 | further questions. |
| 10:45:34 | 4 | REDIRECT EXAMINATION |
| 10:45:34 | 5 | BY MS. GRAGEL: |
| 10:45:36 | 6 | Q.   You were asked questions about Rivera |
| 10:45:38 | 7 | Construction.  Did you talk to Mr. Rivera or |
| 10:45:42 | 8 | Rivera Construction about Mr. Harting's |
| 10:45:43 | 9 | termination? |
| 10:45:44 | 10 | A.   I spoke to Mr. Rivera, it was a few days |
| 10:45:49 | 11 | afterwards, maybe a week, I'm not positive on |
| 10:45:52 | 12 | the time frame.  But Mr. Rivera was also |
| 10:45:54 | 13 | instructed by Gilbane that Mike had to be |
| 10:45:56 | 14 | removed from the job.  It was not Rivera's |
| 10:45:59 | 15 | decision. |
| 10:46:05 | 16 | MS. GRAGEL:    Thank you. |
| 10:46:06 | 17 | MR. FELDMAN:    Anything further? |
| | 18 | MR. CAMPBELL:    I don't have any |
| 10:46:07 | 19 | further questions. |
| 10:46:07 | 20 | MR. FELDMAN:    Thank you very |
| 10:46:08 | 21 | much.  Next witness. |
| 10:46:11 | 22 | MS. GRAGEL:    The union rests. |
| 10:46:13 | 23 | MR. FELDMAN:    Now, do you want me |
| 10:46:20 | 24 | to decide the issue within a week, ten days |
| 10:46:30 | 25 | arbitrability? |

R000267

8e076743-be37-46e4-8817-756e3b93d237

Page 44

| | | |
|---|---|---|
| 10:46:30 | 1 | MR. CAMPBELL:     I think that would |
| 10:46:31 | 2 | be to what we would like to have that decision. |
| 10:46:34 | 3 | I don't know if you want briefs or not on it. |
| 10:46:36 | 4 | MR. FELDMAN:     I do, and if you |
| 10:46:37 | 5 | cited any cases, I want you to give me the full |
| 10:46:40 | 6 | text of the case because I don't have time to go |
| 10:46:42 | 7 | to the library and dig them up myself. |
| 10:46:46 | 8 | MR. CAMPBELL:     What's the timing |
| 10:46:47 | 9 | of that? |
| 10:46:48 | 10 | MR. FELDMAN:     Let's do seven |
| 10:46:50 | 11 | days.  If you want fast, I'll give you fast. |
| 10:46:52 | 12 | MR. CAMPBELL:     And we don't serve |
| 10:46:54 | 13 | it -- I don't serve it on Sue, we both serve it |
| 10:46:55 | 14 | on you. |
| 10:46:55 | 15 | MR. FELDMAN:     You both serve it |
| 10:46:56 | 16 | on me, and I'll let AAA know.  Today is the |
| 10:47:01 | 17 | 21st.  The 28th of the month I'm out of town. |
| 10:47:09 | 18 | We'll do it. |
| 10:47:09 | 19 | MR. CAMPBELL:     28th? |
| 10:47:10 | 20 | MR. FELDMAN:     Yes.  And within |
| 10:47:11 | 21 | one week thereafter you'll have it.  This is |
| 10:47:14 | 22 | concurrent briefs. |
| 10:47:17 | 23 | MR. CAMPBELL:     How should we |
| 10:47:18 | 24 | deliver it, e-mail? |
| 10:47:19 | 25 | MR. FELDMAN:     No. |

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800          330-452-2400          216-621-6969

R000268

8e076743-be37-46e4-8817-756e3b93d237

Page 45

| | | |
|---|---|---|
| 10:47:22 | 1 | MR. CAMPBELL:    Regular mail?  I |
| 10:47:23 | 2 | just want to make sure we're all on the same |
| 10:47:24 | 3 | page. |
| 10:47:24 | 4 | MR. FELDMAN:     I think you should |
| 10:47:25 | 5 | just get a messenger over and deliver it to me. |
| 10:47:28 | 6 | MR. CAMPBELL:    That's fine by me. |
| 10:47:31 | 7 | MR. FELDMAN:     You're across the |
| 10:47:32 | 8 | street and you're across the street from my |
| 10:47:33 | 9 | building, get a messenger there.  There's a slot |
| 10:47:35 | 10 | in the door.  If nobody is there, just dump it |
| 10:47:37 | 11 | in the slot, I'll be there. |
| 10:47:39 | 12 | MS. GRAGEL:      Would you provide |
| 10:47:40 | 13 | us with -- the only address I have is -- |
| 10:47:43 | 14 | MR. FELDMAN:     1104 Superior |
| | 15 | Building, 815 Superior Avenue, NE, Cleveland, |
| 10:47:51 | 16 | Ohio 44114.  Phone number, 216-781-6100.  Fax |
| 10:47:56 | 17 | number, 216-781-6119. |
| 10:48:04 | 18 | MR. CAMPBELL:    1104 Superior |
| 10:48:06 | 19 | Building downtown Cleveland.  That works for us. |
| 10:48:08 | 20 | MR. FELDMAN:     Ninth and Superior. |
| 10:48:10 | 21 | MS. GRAGEL:      Briefs by messenger |
| 10:48:11 | 22 | on that day. |
| 10:48:13 | 23 | MR. FELDMAN:     And I'll get on it. |
| 10:48:14 | 24 | MR. CAMPBELL:    Okay. |
| 10:48:15 | 25 | MR. FELDMAN:     Remember, full text |

R000269

8e076743-be37-46e4-8817-756e3b93d237

Page 46

| | | |
|---|---|---|
| 10:48:17 | 1 | of your cases. |
| 10:48:20 | 2 | MR. CAMPBELL:   Attach the cases to |
| 10:48:21 | 3 | our brief. |
| 10:48:23 | 4 | MR. FELDMAN:   Absolutely.  Then I |
| 10:48:25 | 5 | don't have to go down to the Cleveland Library. |
| 10:48:34 | 6 | Any other matters that come before me? |
| 10:48:39 | 7 | Do you want a record? |
| 10:48:41 | 8 | MR. CAMPBELL:   It's brief and I'm |
| 10:48:47 | 9 | sure that -- yeah, we'll get the record and |
| 10:48:48 | 10 | we'll provide it to both sides as to the |
| 10:48:51 | 11 | arbitrator. |
| 10:48:52 | 12 | MS. GRAGEL:   I'll order a copy. |
| 10:48:53 | 13 | MR. FELDMAN:   Let's do that |
| 10:48:55 | 14 | today.  It's a short record.  You've probably |
| | 15 | got 50 pages, max. |
| | 16 | (Thereupon, the proceedings were |
| | 17 | concluded at 10:55 o'clock a.m.) |
| | 18 | - - - |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

R000270
8e076743-be37-46e4-8817-756e3b93d237

Page 47

1                    C  E  R  T  I  F  I  C  A  T  E

2

    STATE OF OHIO,     )
3                      )  SS:
    SUMMIT COUNTY,     )

4

5

         I, Stephanie R. Dean, Court Reporter and
6    Notary Public within and for the State of Ohio,
    duly commissioned and qualified, do hereby
7    certify that these proceedings were taken by me
    and reduced to Stenotypy, afterwards prepared
8    and produced by means of Computer-Aided
    Transcription and that the foregoing is a true
9    and correct transcription of the proceedings so
    taken as aforesaid.
10        I do further certify that these proceedings
    were taken at the time and place in the
11    foregoing caption specified.
         I do further certify that I am not a
12    relative, employee of or attorney for any party
    or counsel, or otherwise financially interested
13    in this action.
         I do further certify that I am not, nor is
14    the court reporting firm with which I am
    affiliated, under a contract as defined in Civil
15    Rule 28(D).
         IN WITNESS WHEREOF, I have hereunto set my
16    hand and affixed my seal of office at Akron,
    Ohio on this 21st day of April, 2009.

17

18

19

20

21

22                    _____
                       Stephanie R. Dean
23
         My commission expires August 30, 2010.
10:48:57    24                 -  -  -

25

COURT REPORTERS OF AKRON CANTON AND CLEVELAND
330-666-9800        330-452-2400        216-621-6969

R000271

8e076743-be37-46e4-8817-756e3b93d237



JOINT
1
4/21/09   SRD
COURT REPORTERS
OF AKRON CANTON AND CLEVELAND

## PROJECT LABOR AGREEMENT

This Project Labor Agreement (the "Agreement") is made and entered into as of December 1, 2007, by and between University Hospitals Health System, Inc. ("UH"), as owner of the Covered Projects (as defined below) and as an employer as defined in the Labor Management Relations Act of 1947, as amended, and The Cleveland Building and Construction Trades Council (the "Unions") (the Union and UH are collectively, the "Parties").

WHEREAS, UH is the owner of the projects listed on Attachment A (the "Covered Projects");

WHEREAS, UH has agreed to incorporate this Agreement as an exhibit to all agreements (unless specifically excepted herein) among UH, its construction managers and/or trade contractors on the Covered Projects ("Contractors");

WHEREAS, it is essential and critical to UH's continued ability to provide premiere health care services that the Covered Projects are completed by Contractors who shall deliver the Covered Projects in a quality manner and on time and on budget;

WHEREAS, UH also desires to achieve certain societal goals through the construction of the Covered Projects, including, the implementation of certain diversity and residency initiatives, each as more fully described herein;

WHEREAS, one of the requirements of this Agreement is that UH will require Contractors to be party to the usual and ordinary agreement with the Unions (the "Trade Agreements") for any construction work to be performed by the Contractors in regard to the Covered Projects unless specifically excluded herein; and

THEREFORE, UH and the Unions hereby agree as follows:

1

R000272

## I.   INCORPORATION OF THIS AGREEMENT

1.      UH agrees to incorporate this Agreement as an exhibit to become a part of each agreement with UH for each of the Contractors engaged by UH (or its construction managers) as the owner of the Covered Projects unless the construction project performed by the Contractor is excluded from the scope of this Agreement by paragraph 2 or the Contractor is excluded from the scope of this Agreement by paragraph 3.

2.      UH shall have the right to exclude the following construction projects from the scope of the Covered Projects and coverage under this Agreement:  (a) any construction project which UH, its construction managers or its Contractors determine requires specialized work which cannot be readily and timely performed by the Unions (e.g. the installation of MRIs, CT scanners, surgical lights and similar items); and (b) any construction project described in Paragraph 17.  If UH determines that a construction project is covered by this paragraph 2, UH shall notify the Unions of this determination in a timely fashion.

3.      The Parties agree and acknowledge that testing laboratories, geotechnical consultants, environmental consultants, surveyors and other similar organizations and/or trades and their employees, materialmen, and suppliers which are not customarily organized as Union Contractors shall not be covered by this Agreement.  Further, the parties hereto agree that the scope of the work is solely limited to the construction of the Covered Projects.

4.      The Parties further agree and acknowledge that this Agreement does not apply to additional work not owned and controlled by UH (e.g. any work performed by The Medical Center Company, public utility relocation etc.).

5.      The Unions represent and warrant to UH that they represent all of the trades which are organized by unions and whose trades are required for construction of the Covered

2

R000273

Projects.  All of the parties hereto represent and warrant that they have the legal power and authority to execute, deliver and perform each of their respective obligations under this Agreement.  Further, this Agreement has been duly executed and delivered by all of the parties hereto, and constitutes the legal, valid and binding obligation of all of the parties hereto, enforceable against each of the parties hereto in accordance with its terms, except as enforceability may be limited by applicable bankruptcy, insolvency, reorganization, fraudulent conveyance or transfer, moratorium or similar laws affecting the enforcement of creditors' rights generally and by general principles of equity relating to enforceability (regardless of whether considered in a proceeding at law or in equity).

6.      UH may contract with one or more construction managers, who shall be entitled, as agent(s) for UH, to enforce any and all of UH's rights under this Agreement.    Such construction managers shall be required to acknowledge and execute this Agreement.  UH and its construction managers agree that to the extent that a Contractor is able to perform the work that it is awarded it shall self-perform such work and shall not subcontract such work to any other Contractor.

## II.      TIME IS OF THE ESSENCE

7.      The purpose of this Agreement is to ensure the timely construction in a cost-efficient and quality manner of the Covered Projects so that UH can retain its premier position among healthcare providers in the United States of America and to achieve the construction of the Covered Projects in a cooperative arrangement with the Unions, and in accordance with UH's policies and procedures, as may be amended from time to time and UH's Code of Conduct, as may be amended from time to time (collectively, the "UH Requirements").  In order to achieve this objective of critical importance to the Parties and the overall community, this

3

R000274

Agreement is intended to provide and guarantee the efficient, cost effective, and uninterrupted construction of the Covered Projects.

8.      Time is of the essence in the completion of the Covered Projects. Therefore, this Agreement establishes, among other things, binding rules and methods for the efficient employment of workmen and assignment of work, and the prompt settlement of all misunderstandings, disputes, grievances, and jurisdictional problems that may arise during the construction of the Covered Projects in order to assure complete continuity of operation and maintenance of harmonious and peaceful labor relations.  The terms and conditions of this Agreement shall define and govern the relationship among UH and the Unions.  The terms and conditions of this Agreement shall also supersede the terms and conditions of the Trade Agreements.  However, it is understood and agreed by the Unions that UH, by reason of its execution or the implementation of this Agreement, shall not be considered to be a joint employer with or assume any of the liabilities of any of the Contractors.

### III.     UH'S AND THE UNIONS COLLABORATION WITH THE CITY

9.      UH and the Unions hereby agree that each Party, with the City of Cleveland's (the "City") assistance, will voluntarily attempt to achieve certain goals more fully described in Attachment B, attached hereto and incorporated herein.

10.     UH hereby agrees to apply this Agreement to Contractors working on the Covered Projects unless otherwise excluded from participation by this Agreement.

11.     UH and the Unions acknowledge and agree that the terms of this Agreement supersede any requirements, obligations, or responsibilities not set forth in this Agreement.

### IV.     UH'S COMMITMENT

12.     To the extent practical and feasible, at the sole and absolute discretion of UH, UH

4

R000275

may incorporate Leadership in Energy and Environmental Design ("LEED") building standards

into the demolition, design, construction and operation of all aspects of the Covered Projects.

UH further agrees, to the extent practical and feasible, at the sole and absolute discretion of UH,

to incorporate green building designs in the Covered Projects.

13. UH also agrees that it may, in its sole and absolute discretion, attempt to increase

the procurement of suppliers with main or branch offices located in the City including, but not

limited to, manufacturers and builders, technology providers, advertisers and marketers, and

design professionals, and to encourage suppliers without main or branch offices in the City to

establish main or branch offices located in the City.

## V.    UNION PARTICIPATION/HIRING

14. The Unions acknowledge the agreement by UH to voluntarily achieve certain

goals as set forth in paragraph 9. The Unions agree to use their best efforts to assist UH in

meeting the voluntary goals described in paragraph 9. The Unions also acknowledge and agree

that they must comply with the UH Requirements.

15. The Contractors employed on the Covered Projects shall, in filling job vacancies,

utilize the registration facilities and referral systems operated by the Unions in accordance with

the provisions of the applicable federal and state laws. In addition to the other requirements set

forth in this Agreement, the selection of applicants for work on the Covered Projects shall be on

a nondiscriminatory basis and shall not be based on, or in any way affected by, union

membership, bylaws, rules, regulations, constitutional provisions or any other aspect or

obligation of union membership, policies or requirements.

16. No Party to this Agreement shall intentionally discriminate against any employee

or applicant for employment because of race, color, religion, sex, national origin, handicap or

5

R000276

age. If it becomes applicable to any of the Covered Projects, the Contractors and the Unions shall also comply with Presidential Executive Order No. 11246, and any amendments or successor orders.

17.     The Unions agree to comply with and fully cooperate with Contractors in order to meet or exceed the goals established in paragraph 9. The Unions shall also provide UH, upon its request, with any non-confidential data, statistics and/or information that the Unions possess, relating to the goals established in paragraph 1 of Attachment B (the "Residency Goal"). The Unions also agree to provide UH with any other non-confidential data, statistics and/or information that the Unions possess, relating to the goals set forth in paragraph 9. The Unions also acknowledge and support UH's diversity goals for the Covered Projects. Specifically, UH will use commercially reasonable efforts to award 15% of the combined aggregate value of the Covered Projects and related vendor purchases to qualified City-certified MBE firms and 5% of the combined aggregate value of the Covered Projects and related vendor purchases to qualified City-certified FBE firms (collectively, the "Diversity Goal"). The Unions agree to comply with and fully cooperate with the Contractors in order to meet or exceed the Diversity Goal. Further, in the event that the Union Contractors are not available or qualified to meet the Diversity Goal, the Unions shall not object to non-Union Contractors being used by UH in regard to the Covered Projects. Notwithstanding any other provision of this Agreement, if UH determines, in its sole and absolute discretion, that the Unions have failed to provide sufficient quality Union labor for the Covered Projects, then UH may take such steps as are reasonably necessary to maintain the schedule and budget of the Covered Projects which may include awarding construction contracts relating to the Covered Projects to non-Union Contractors.

18.     The Unions will exert their best efforts, including requesting assistance from other

R000277

local unions as well as the General Offices of the International Unions to recruit sufficiently skilled tradesmen and craftsmen to fulfill adequately the manpower and other requirements of this Agreement and the Covered Projects. However, Contractors shall retain the right to reject any applicant for employment.

## VI.    UNION SECURITY

19.    It is agreed that except as otherwise herein expressly provided, UH will require all Contractors working on the Covered Projects to be party to a Trade Agreement with the appropriate member Unions and to the extent that the terms thereof are not inconsistent with this Agreement.  Notwithstanding any other provision of this Agreement, the Parties hereby agree that any joint venture entity formed between a Union Contractor and a non-Union Contractor shall be a party to a Trade Agreement with the appropriate member Unions.  Further, UH (or its construction managers and/or Contractors) agrees to use commercially reasonable efforts to achieve full compliance with the Trade Agreements, as modified by this Agreement, by all such Contractors on the Covered Projects. If any Contractor on any Covered Projects fails to abide by the duty to become a party to the appropriate Trade Agreement to the extent required by this Agreement or employs non-Union tradesmen at the site of a Covered Project, the Unions shall immediately notify such Contractor in writing.  After such written notification, the Contractor shall have an opportunity to cure such failure within five business days of such written notification.  In the event that such failure is not cured within the five-day time period, the Unions shall be entitled to immediately seek judicial relief, upon written notice to UH and the Contractor, to require the Contractor to become signatory to such Trade Agreement for purposes of the applicable Covered Project or to otherwise enforce compliance with the terms of such Trade Agreement. This provision for the right to seek immediate judicial relief supersedes and

7

R000278

modifies any requirements for resort to arbitration that may be included in any of the agreements of particular affiliated Unions.

## VII.  NO STRIKE/NO LOCKOUT

20.     Except as provided in paragraph 21 below, the Unions agree that there shall be no strikes (economic, unfair labor practice, sympathy or otherwise), slow downs, walkouts, boycotts, picketing (including informational), handbilling, or any other interference with efficient operations on the Covered Projects. Any Union that violates this contractual commitment shall be subject to appropriate injunctive relief in favor of UH pursuant to paragraph 23 hereof, and any employee who violates this contractual commitment shall be subject to immediate discharge.

21.     In the event of a local area-wide strike over renegotiation of a local area-wide construction collective bargaining agreement by a signatory Union during the time any work on the Covered Projects is underway, UH has the option of honoring the strike or, at its sole discretion requiring that the Contractors continue to work on an interim basis under any appropriate retroactivity agreement(s) with the striking Union(s). Any incremental additional cost of such retroactive agreement shall be borne by the appropriate Contractors. The Unions agree that before any such strike or work stoppage that would affect UH on the Covered Projects occurs, it will give UH three weeks' advance written notice. UH shall then have two weeks after said written notice to notify the striking Union(s) in writing of its intent to honor the strike or to require that the Union(s) continue working on the Covered Projects, and the Unions agree to honor such election made by UH.

22.     UH agrees there shall be no lockouts during the term of this Agreement. Any Contractor that violates this contractual commitment shall be subject to appropriate injunctive

8

R000279

action and financial damages.

23. In the event of an alleged violation of the contractual commitments set forth in this Article, the aggrieved party shall not be required to resort to the normal settlement procedures. Instead, the aggrieved party shall have the right to enforce these commitments by an immediate ex parte injunction issued by the Ohio Federal District Court or the Cuyahoga County Common Pleas Court (at the sole discretion of the aggrieved party). Further, once the injunction has been issued, the aggrieved party shall retain the right to full legal and equitable relief, including appropriate financial damages against any violating party.

## VIII. JURISDICTIONAL DISPUTES

24. Any dispute involving trade/craft jurisdiction originating from work assignments, work practices, collective bargaining agreements or any other cause shall be settled, off site without strikes, concerted activity, work stoppages, work slow downs, picketing or lockouts.

## IX. GRIEVANCE AND ARBITRATION

25. If a worker has any grievance about the terms and/or application of this Agreement which are not covered by other provisions of this Agreement relating to dispute resolution, then such dispute shall be handled under the procedures set forth in the applicable collective bargaining agreements.

26. Furthermore, if the Parties to this Agreement have any disagreements over interpretation or application of this Agreement (including on-site compliance), the aggrieved party shall have the right to process such dispute under the expedited settlement and arbitration procedures of the American Arbitration Association (except where judicial action is specifically provided for in Paragraph 23 or any other provision of this Agreement).

## X. COOPERATION AND WORK RULES

9

27.     The current Trade Agreement of each craft Union signatory to this Agreement shall govern the construction work covered by this Agreement, except as specifically modified or altered herein. All Parties hereto strongly reaffirm their policy and commitment of a fair day's work for a fair day's wage. In that regard, each Union agrees that there should be no featherbedding or interference with efficiency and good productivity on the Covered Projects. The Unions shall hold themselves out to every Contractor on the Covered Projects and indicate a willingness to entertain special requests as the projects develop to modify general working rules set forth in their Trade Agreements, on a case-by-case basis, where reasonable requests from Contractors to make adjustments would further promote efficiency and good productivity.

28.     The Parties specifically adopt the following provisions as work rules to be followed on the Covered Projects, even where they may conflict with current collective bargaining agreements:

    a.  The Unions agree to comply with The Construction Industry Substance Abuse Program ("CISAP"). The CISAP is more fully described in Attachment C, attached hereto and incorporated herein.  The Unions further agree to cooperate with UH in its efforts to create a drug and alcohol free workplace;

    b.  The Unions agree to comply with UH's Project Safety Plan (the "Safety Plan"). The Safety Plan is more fully described in Attachment D, attached hereto and incorporated herein; and

    c.  The Union agrees to comply with UH's Workers' Compensation Policy (the "WC Policy") applicable to the Vision 2010 Program. The WC Policy is more fully described in Attachment E, attached hereto and incorporated herein.

10

## XI.    MANAGEMENT RIGHTS

29.    UH and the Contractors retain full and exclusive authority for the management of their operations and have no obligation to bargain over the exercise of their management rights. Except as expressly limited by the provisions of this Agreement, the Contractors have the exclusive right to direct their working forces, including but not limited to the rights to select and utilize the means, methods, techniques, procedures and tools and materials for construction, and to hire, schedule, select supervision and tradesmen, promote, transfer, lay off, discharge, and make and enforce work rules for employees. No rules, customs or practices shall be permitted or observed which in any way limit the selection or use of materials and equipment.

## XII.    SAVINGS CLAUSE

30.    If any article or provision of this Agreement is declared invalid, inoperative or unenforceable by any competent authority of the executive, legislative, judicial or administrative branch of the federal or state government, the Contractors and the Unions shall suspend the operation of such article or provision during the period of its invalidity and shall substitute, by mutual consent to be reached within 30 days of such declaration, an article or provision that will meet the objections to its validity and will reflect the intent and purpose of the original article or provision.  If the Parties cannot agree on a replacement article or provision, then either party has the right to pursue any and all of its remedies available to it pursuant to this Agreement.

31.    If any article or provision of this Agreement shall be held invalid, inoperative or unenforceable by operation of law or by any of the above-mentioned tribunals of competent jurisdiction, the remainder of the Agreement or the application of such article or provision to persons or circumstances other than those as to which it has been held invalid, inoperative or unenforceable shall not be affected.

11

R000282

## XIII.   NOTICES

32.     Unless provided otherwise in this Agreement, all notices required pursuant to this Agreement shall be in writing and given by certified mail, return receipt requested, and be deemed given three days after said notice is mailed by certified mall, return receipt requested, to the address of each party hereto set forth below their respective signatures hereto. Each party may change the individual and/or the address for service upon that party by providing notice to the other party as specified herein.

## XIV.   ASSIGNMENT AND ASSUMPTION

33.     The Unions agree that UH shall have the right to assign its rights under this Agreement to one or more construction manager(s) and/or general contractor(s) for a Covered Projects provided each such construction manager and/or general contractor assumes all of UH's obligations hereunder with respect to such Covered Projects and provided, further, that such assignment shall not relieve UH from liability hereunder to the Unions.

R000283

## XV.    DURATION

34.    This Agreement shall be effective as of the date hereof and shall expire upon the issuance of a final certificate of completion executed by UH for each of the Covered Projects.

## XVI.   APPLICABLE LAW AND CONFIDENTIALITY

35.    The interpretation and enforcement of this Agreement will be governed by the laws of the State of Ohio.

36.    Each of the Parties hereto hereby agrees that the existence of this Agreement and the terms and conditions contained herein shall be kept strictly confidential.  A Party will not be considered in breach of this paragraph:   If the revealing Party receives the prior written consent of all of the Parties hereto waiving the enforcement of this paragraph or if the revealing Party is ordered by a court of competent jurisdiction to reveal the terms and conditions of this Agreement.

[The remainder of this page is intentionally left blank.]

R000284

**IN WITNESS WHEREOF,** the Parties have hereunto set their hand as of the date first above written.

**UNIVERSITY HOSPITALS HEALTH SYSTEM, INC.**

Approved As To Form

Attorney Signature: _Mary Beth Levine_

Print/Type Name: _Mary Beth Levine_

Date: _12-12-2007_

By: _[signature]_

Name: STEVEN D STANDLEY

Title: SENIOR VICE PRESIDENT SYSTEM SERVICES UNIVERSITY HOSPITALS

**THE CLEVELAND BUILDING AND CONSTRUCTION TRADES COUNCIL**

By: _[signature]_

Name: LAREE K. SOGGS

Title: EXECUTIVE SECRETARY

14

## Attachment A

### Covered Projects

UHCMC Cancer Hospital
UHCMC Center for Emergency Medicine
UHCMC NeoNatal Intensive Care Unit
UHCMC New Parking Garage
UHCMC Oxygen Farm Replacement
UHCMC Service Building Project
UHCMC Dorms, Hanna Pavilion, Hanna Perkins, and Cleveland Hearing and Speech Building Demolitions
UCI Parking Lot Demolition
Lot 13

R000286

## Attachment B

The following goals shall apply to all construction work performed within the City and not otherwise exempt from the terms and conditions of this Agreement. Further, the City is designated as a third party beneficiary for the purposes of enforcing the provisions of this Attachment B. Each of the capitalized terms used herein has the same meaning as the meaning assigned to such term in this Agreement, unless otherwise stated:

### Goals

1.      UH shall require the Contractors to employ at least 20% City residents on the Covered Projects located within the City. All construction contracts for work subject to the jurisdiction of this Agreement shall include this requirement. The Unions agree to use their best efforts to assist UH and the Contractors in meeting the goals of this paragraph 1.

2.      The Unions agree to recognize the Max Hayes' 9-12 building trades curriculum (currently being developed) as classroom time applied to the hourly apprenticeship requirement. The Unions shall participate in the development of the curriculum and support Max Hayes by a written agreement of cooperation between the Cleveland Municipal School District ("CMSD") and the Unions. Notwithstanding the foregoing, the Unions will use their best efforts to work with and assist the CMSD in achieving the goals of this paragraph 2 to the extent permitted by federal, state and local laws and the Joint Apprenticeship Training Councils of the respective Unions. UH shall use commercially reasonable efforts to require the Contractors and Unions to: (a) provide jobs to Max Hayes building trade graduates upon such graduates completing the training described in paragraph 4 of this Attachment B; and (b) use commercially reasonable efforts to place all interested Max Hayes building trades program graduates in permanent employment positions upon such graduates completing the training described in paragraph 4 of this Attachment B. The Unions agree to dedicate, on an annual basis, one UCIP/ASAP class to Max Hayes' Building Trades graduates which UH shall utilize such graduates on the Covered Projects.

3.      [Reserved].

4.      The Unions acknowledge and agree that, as of the date of this Agreement, there are approximately 60 entry level UCIP/ASAP participants on an annual basis and approximately 48 new apprentices graduating from UCIP/ASAP on an annual basis. The Unions shall: (a) permit City residents eligible for Union membership to participate in the Covered Projects through UCIP/ASAP in all trades; and (b) require that all UCIP/ASAP board members actively promote the placement and retention of City residents in apprenticeship programs. Assuming UH commences construction work on a majority of the Covered Projects and meets its required labor projections for the Covered Projects, upon the third anniversary of this Agreement, the Unions shall use their best efforts to enroll sufficient entry level UCIP/ASAP participants and graduate sufficient UCIP/ASAP apprentices to meet UH's requirements.

5.      The Unions shall afford the Mayor of the City the right to select one member of the UCIP/ASAP board.

6.      [Reserved].

7.      All Contractors shall use their best efforts to place the highest priority on the creation of contracting opportunities for minority, female, and local-small business enterprises in Northeast Ohio. To accomplish these priorities, UH and the Contractors shall include appropriate, fixed percentages of the proposed construction work covered by the scope of this Agreement in bid documents, contract specifications and other contract documents to be targeted toward Northeast Ohio area minority, female, and local-small business enterprises whether as prime contractors or sub-contractors. UH and the Contractors shall cause the

R000287

Contractors to agree to abide by the policies, rules and procedures of UH.

8.      Additionally, UH shall require its Contractors to select a protégé business enterprise to mentor during the term of any Covered Project.  The mentor shall provide bidding, financial, and technical assistance to the protégé business enterprise as well as subcontractor or joint venture work.  The mentor/protégé relationship may be with an appropriate business enterprise performing construction work on a Covered Project.  If the foregoing is impracticable, the mentor/protégé relationship may be with a business enterprise certified by the Office of Equal Opportunity of the City ("OEO").

9.      UH will utilize Union Contractors who joint venture with non-Union Contractors in regard to the Covered Projects to achieve its regionalism goals.

10.     UH also will use commercially reasonable efforts to award 15% of the combined aggregate value of the Covered Projects and related vendor purchases to qualified City-certified MBE firms and 5% of the combined aggregate value of the Covered Projects and related vendor purchases to qualified City-certified FBE firms.

11.    To assist UH, the Contractors and the Unions in the performance of their respective obligations set forth in this Attachment B, the City shall:

   a)  Through the OEO, provide the foregoing parties the following information and services upon the request of any party: lists of certified MBE and FBE firms, technical assistance to MBE and FBE firms performing work on a Covered Project which is subject to the jurisdiction of this Agreement; and

   b)  Through its Department of Building and Housing, provide expedited permitting for all construction projects located in the City.

17

R000288

**Attachment C**

The Construction Industry Substance Abuse Program

R000289

# THE CONSTRUCTION INDUSTRY SUBSTANCE ABUSE PROGRAM (CISAP)

As prepared by:

## The Construction Industry Substance Abuse Committee

"The purpose of the substance abuse program is to establish and maintain a drug free, alcohol free, safe, healthy work environment for all of its employees."

Revised
January 1, 2005

950 Keynote Circle, Suite 10
Cleveland, OH 44131-1802
Phone: (216) 398-9860
Fax: (216) 398-9801

R000290

# *THE CONSTRUCTION INDUSTRY SUBSTANCE ABUSE POLICY*

I.     **POLICY STATEMENT.**

The Parties recognize the problems created by drug and alcohol abuse and the need to develop prevention and treatment programs. *"Union & Contractors Association"*, have a commitment to protect people and property, and to provide a safe working environment. The purpose of the following program is to establish and maintain a drug free, alcohol free, safe, healthy work environment for all of its employees. All tests are for the sole purpose of drug and alcohol screening and cannot be used for any other screening or identifying medical information about the employee.

II.    **DEFINITIONS.**

a)   <u>Accident</u> – Any event resulting in injury to a person or property to which an employee, or contractor/contractor's employees, contributed as a direct or indirect cause.

b)   <u>Adulterated Specimen</u> – A urine screening, which has been tampered with to cover the true results.

c)   <u>Collection Facility/Site</u> – Approved location where participants can provide a specimen for testing.

d)   <u>Company Premises</u> – The term "Company Premises" as used in this policy includes all property, facilities, land, building, structures, automobiles, trucks and other vehicles owned, leased or used by the company. Construction job sites for which the company has responsibility are included.

e)   <u>Computer Generated Selection Testing (CGST)</u> – Third party administrator will select participant to be tested monthly through a computer generated selection process.

f)   <u>CGST Testing Pool</u> – All participating members (labor and management) will be subject to monthly CGST selection.

g)   <u>Construction Industry Substance Abuse Program (CISAP)</u> – This policy in its entirety.

h)   <u>Diluted Samples</u> - The Construction Industry Substance Abuse Program will follow guidelines for diluted samples set by the Federal Government.

i)   <u>Eligible</u> - Database system status referring to an employee who is validated as a participant in the Construction Industry Substance Abuse Program.

j)   <u>Employee</u> – Individuals, who perform work for (<u>Company Name</u>), including, but not limited to, management, supervision, engineering, craft workers and clerical personnel.

R000291

k) <u>Employee Assistance Program / Member Assistance Program (EAP/MAP)</u> – An EAP/MAP is intended to prevent or address substance abuse problems as well as assist employees/union members and their eligible family members with interpersonal conflicts, family problems, workplace crises, eldercare stresses, psychological problems and financial management. The EAP/MAP is able to provide voluntary and confidential counseling services.

l) <u>Gas Chromatography/Mass Spectrometry (GC/MS)</u> – A state-of-the-art test used to confirm the presence and amount of an identified drug/metabolite in a urine specimen.

m) <u>Incident</u> – An event, which has all the attributes of an accident, except that no harm was caused to person or property.

n) <u>Ineligible</u> - Database system status referring to an employee who is not validated as a participant in the Construction Industry Substance Abuse Program. (An ineligible employee should contact the third party administrator or his or her designated representative.)

o) <u>Medical Review Officer (MRO)</u> – A licensed physician responsible for receiving laboratory results and determining if there is a medical explanation for the presence of drugs/metabolites in the donor's urine. This physician must have knowledge of substance use disorders and appropriate medical training to interpret an individual's confirmed positive test result, together with his/her medical history and any other relevant medical information.

p) <u>Negative Drug Test</u> – A test acceptable for employment.

q) <u>Positive Drug Test</u> – A test, which exceeds the cut-off, limits within the established guidelines developed by the U.S. Department of Health and Human Services. Or a test that has been tampered with in any way (adulterated specimen).

r) <u>Prohibited Substances</u> – Prohibited substances include illegal drugs (including controlled substances, look-alike drugs and designer drugs) <u>and</u> alcoholic beverages in the possession of or being used by an employee on the job.

s) <u>Reasonable Cause</u> – Reasonable cause shall be defined as excessive absenteeism or tardiness, slurred speech, alcohol smell, and erratic behavior such as noticeable imbalance, incoherence and disorientation.

t) <u>Re-analysis</u> – A challenge of a positive test can be requested. Split sample of the original test can be examined by a certified laboratory of the employee's choice. If the re-analysis confirms the positive test, the employee must pay for the analysis. If the re-analysis reverses the result, the program will absorb the cost.

u) <u>Return-to-Duty Test</u> – Testing required to reinstate eligibility in the program after positive test. The Return-to-Duty Test is taken at the expense of the employee.

v) <u>Split Sample</u> – Sample taken at the collection site will be separated into two samples. Both samples will be appropriately marked with the employee's identification.

R000292

w) <u>Substance Abuse and Mental Health Services Administration (SAMSHA)</u>

x) <u>Substance Abuse Professional (SAP)</u> – A professional who is qualified by the federal government to perform DOT/FMCSA-required alcohol/drug assessments.   Qualified professionals include licensed physicians, licensed/certified psychologists, social workers, employee assistance professionals and certified addiction counselors with knowledge of and clinical experience in the diagnosis and treatment of alcohol/drug-related disorders.

y) <u>Third Party Administrator (TPA)</u> - An independent entity that administers the CISAP's collections, analysis, reporting, maintenance of records and all confidential information for each participating group

z) <u>Under the Influence of a Prohibited Substance</u> – "Under the influence of a prohibited substance" as used by this policy, means the following:

    1)    <u>Alcohol</u> – Blood or Breath alcohol level of .08 or as determined by the owner.

    2)    <u>Other Prohibited Substances – Positive results based on the following thresholds for urine split sample testing</u>

| | | |
|---|---|---|
| a) | <u>Marijuana</u> | 50 ng/ml initial screen and 15 ng/ml confirmatory test |
| b) | <u>Cocaine</u> | 300 ng/ml initial screen and 150 ng/ml confirmatory test |
| c) | <u>Opiates</u> | 2000 ng/ml initial screen and 2000 ng/ml confirmatory test |
| d) | <u>Phencyclidine</u> | 25 ng/ml initial screen and 25 ng/ml confirmatory test |
| e) | <u>Amphetamines</u> | 1000 ng/ml initial screen and 500 ng/ml confirmatory test |
| f) | <u>Barbiturates</u> | 300 ng/ml initial screen and 200 ng/ml confirmatory test |
| g) | <u>Benzodiazepines</u> | 300 ng/ml initial screen and 300 ng/ml confirmatory test |
| h) | <u>Methadone</u> | 300 ng/ml initial screen and 300 ng/ml confirmatory test |
| i) | <u>Methaqualone</u> | 300 ng/ml initial screen and 300 ng/ml confirmatory test |
| j) | <u>Propoxyphene</u> | 300 ng/ml initial screen and 300 ng/ml confirmatory test |
| k) | | Levels for other prohibited substances shall be in accord with accepted GC/MS quantitative procedures as recommended by the Federal Government Standards. |

R000293

III.    **DRUG/ALCOHOL TESTING.**

The parties to this policy and program agree that under certain circumstances, the employer will find it necessary to conduct drug and alcohol testing. An initial / pre-employment test is required to participate in the program. Testing is required annually to maintain eligibility in the CISAP. The Construction Industry Substance Abuse Program will pay all costs for the annual (once per 12 month period) drug screen. Records of such tests shall be maintained by the Independent Testing Laboratory and/or the Medical Review Officer. For all participants covered by the appropriate collective bargaining agreement, all costs for collection, analysis, reporting, maintenance of records, and notifications shall be borne by The Construction Industry Substance Abuse Program, except as specified in paragraph III (a) and III (g). Securing the drug screen test shall be the applicant's responsibility and shall be performed on his/her time. It will be necessary to require testing under the following conditions:

a)    An additional drug and alcohol test required by a customer may be administered.

b)    A test may be administered in the event a trained supervisor has a reasonable cause to believe that the employee has reported to work under the influence, or is or has been under the influence while on the job; or has violated this drug policy. During the process of establishing reasonable cause for testing, the employee has the right to request his onsite union representative to be present. If on-site representation is not available, all effort will be made to contact representation from the employee's union.

c)    Testing may be required if an employee is involved in a workplace accident/incident or if there is a workplace injury;

Note: The CISAP will supply an easy to use report form for testing required for reasonable cause and/or post accident. Employers are responsible to request and pay for reasonable suspicion and post accident/incident testing.

d)    CGST Testing – Selection of employees for CGST drug and alcohol testing will be conducted through the use of a CGST number generator or other neutral selection process. Employees will be selected for testing by a third party agency as determined by The Construction Industry Substance Abuse Program. Third Party Administrator will test a minimum of 25% of the participants annually by CGST.

e)    Testing may be required as part of a follow-up to counseling or rehabilitation for substance abuse. Employees returning to work after successfully completing a rehabilitation program will be subject to up to four drug/alcohol tests without prior notice or as may be recommended by the testing medical health professional during the first twelve (12) months after returning to work, a positive test will result in further corrective action.

R000294

f)   Testing shall be performed according to the procedures in Section IV. The adulteration or substitution of a sample shall be treated as a positive test. If a sample is found to be diluted, employees will have the option of having one additional test within 72 hours. A second diluted sample may require another type of test; this will be at the employee's expense unless a valid medical reason for the dilute samples is provided.

g)   The Construction Industry Substance Abuse Program will bear the costs of CGST testing procedures except that the employee will pay the cost of any re-analysis requested by the employee. The employee is responsible for the cost of the Return-to-Duty test.

Each employee to be tested will be required to sign a consent form and a chain of custody form, assuring proper documentation and accuracy.

Drug testing will be conducted by an independent Substance Abuse and Mental Health Services Administration (SAMHSA) certified laboratory, which is jointly selected by the employer and the third party administrator selected by the CISAP. The testing may consist of blood, breath, or urine tests, as required. In the case of a positive test result, the employee shall have the opportunity to contest the result by having an appropriate portion of the split sample retested at a SAMHSA certified laboratory selected by the employee.

## IV.   TESTING PROCEDURES

1)   All samples for testing will be taken by appropriately qualified personnel. Urine specimens taken will be split into two samples. Each sample will be appropriately marked with the employee's identification.

2)   To the greatest extent possible, the privacy of the employee will be preserved while the sample(s) to be tested are taken. However, some precautions will help to ensure that pure specimens are obtained.

3)   The initial screening will be by immunoassay and require gas chromatography/mass spectrometry (GC/MS) for confirmation.

4)   Reports shall be made in writing and sent to the single person designated by the employer and designated by the union. In the case of urine testing, only those specimens which show positive results on both the initial screening and the confirmatory test shall be reported as positive, pending MRO review and verification. The completed chain of custody form shall accompany any positive report, and copies of analytical reports shall be available to the employee, the employer and the designated union representative.

5)   Samples shall be properly stored at all times. All reported as positive will be stored frozen for at least 365 days. If the employer or employee requests, the sample shall be stored for a longer period.

R000295

6) All handling and transportation of each specimen will be properly documented through strict chain of custody procedures.

## V.    CONFIDENTIALITY

a)    All parties to this policy and program have only the interests of employees in mind.  Therefore, encourage any employee with a substance abuse problem to come forward and voluntarily accept assistance in dealing with the illness.  An employee assistance program will provide guidance and direction for you during your recovery period.  If you volunteer for help, the company will make every reasonable effort to return you to work upon your recovery.  The company will also take action to assure that your illness is handled in a confidential manner.

b)    All actions taken under this policy and program will be strictly confidential and disclosed only to those with a "need to know."

## VI.   RULES – CORRECTIVE ACTIONS – GRIEVANCE PROCEDURES

1)    <u>Rules</u>.  All employees must report to work in a physical condition that will enable them to perform their jobs in a safe and efficient manner.  Employees shall not:

a)    Use, possess, dispense or receive prohibited substances on or at the job site; or

b)    Report to work while under the influence of an intoxicant or a prohibited substance.

2)    <u>Corrective Action</u>.  When the company has reasonable cause to believe an employee is under the influence of an intoxicant or a prohibited substance, for reasons of safety, the employee may be suspended until test results are available.  If no test results are received after three (3) working days, the employee, if available, shall be returned to work with back pay.  If the test results prove negative, the employee shall be reinstated with back pay.  In other cases:

a)    Individuals testing positive for drug and/or alcohol use under III (a) may be suspended from consideration as required by the customer or facility owner.

b)    Employees will be required to cooperate with testing procedures and to sign the required consent and chain of custody forms as a condition of continued employment or will otherwise be terminated.

c)    Employees found in possession of drugs on the work site may be subject to corrective action as provided by subsection (e) (3) of this section.

Page 6

R000296

d)     Employees found to be under the influence of a prohibited substance, including alcohol, while on duty or operating a company vehicle shall be subject to corrective action as provided by subsection e) of this section.

e)     The following stages of corrective action shall be imposed:

    1)     On the first violation of this policy, the employee will be ineligible to work under this program. To be eligible to return to work the employee must participate in a Substance Abuse Education/Treatment Program and provide a negative return to duty test. The SAP must provide written authorization for the return to duty test. In addition the employee must complete the Substance Abuse Education/Treatment Program. The employee will be subject to CGST testing up to four times over a one year period as a condition of further employment.

    2)     On the second violation of this policy, the employee will be suspended by the employer for thirty (30) days without pay. To be eligible to return to work the employee must complete a Substance Abuse Education/Treatment Program and provide a negative return to duty test. The employee will be subject to CGST testing up to four times over a one year period as a condition of further employment.

    3)     On third and subsequent violations of this policy, the employer will terminate the employee. The employee shall be suspended from the program for one year. To be eligible to return to work the employee must complete a Substance Abuse Education/Treatment Program and provide a negative return to duty test. The employee will be subject to CGST testing up to four times over a one year period as a condition of further employment. After the one year period the employee can be considered for employment by participating employers.

    4)     <u>Sale and Distribution</u>. Any sale and/or distribution of a prohibited substance on Company property is grounds for immediate termination.

    5)     The Corrective Action procedure will revert back to "first violation" described in Section VI, paragraph 2 (e) (1) following three consecutive years of negative tests providing the employee continually participated in the program.

    6)     All aspects of this policy and program will be subject to the grievance procedure of the applicable collective bargaining agreements.

R000297

## VII.    REHABILITATION AND EMPLOYEE ASSISTANCE PROGRAM

Employees are encouraged to seek help for a drug or alcohol problem before it requires corrective action.  If an employee voluntarily notifies supervision that he or she may have a substance abuse problem, the company and/or union will assist in locating a suitable employee assistance program for treatment, and will counsel the employee regarding medical benefits available under the company or union health insurance program.

If treatment necessitates time away from work, the company shall provide the employee an unpaid leave of absence for purposes of participation in an agreed upon treatment program.  An employee who successfully completes a rehabilitation program and provides a negative substance abuse test shall be reinstated to his/her former employment status, if work for which he/she is qualified is available.

## VIII.    NOTIFICATION

This policy will go into effect one month after its announcement to all The Construction Industry Substance Abuse Program participants.  All applicants will be informed of the policy.  All individuals will be required to sign a form indicating their consent to the terms of this policy and testing procedure as a condition of employment which form is attached hereto as Exhibit A.

The Substance Abuse Policy and Program will be reviewed periodically by a joint Committee.  The Committee will be comprised of equal representation from the participating unions and contractor association representatives.

## IX.    EMPLOYER AND EMPLOYEE TRAINING

CISAP Training Programs will meet the requirements of the Ohio Bureau of Workers Compensation Drug Free Workplace (BWC-DFWP) initiative regardless of the size of the company.  All CISAP Participants will be required to attend training annually.

### A.    Supervisor Training: (4 hour initial training – 2 hour annual refresher)

**Training Program Goals:**
At the end of the training sessions, participants should be able to:
1. Report the current drug and alcohol abuse trends as they pertain to the construction industry.
2. Delineate policies and procedures applicable to CISAP covered employers and associated collective bargaining agreements.
3. Identify the classes of drugs of abuse and provide information about the physical and/or behavioral signs of an individual under the influence.
4. List the appropriate steps for a supervisor to follow if suspicious of a worker being under the influence of drugs or alcohol.
5. Identify at least two resources that employers can refer to for assistance in resolving a substance abuse problem.

R000298

**Training Program Outline:**
1. The Importance of Substance Abuse Training for Job Site Supervisors
2. DFWP Supervisory Responsibilities
3. Facts About Alcohol and Other Drugs
4. Worksite Drug and Alcohol Testing
5. Taking Action
6. Referral to Assistance

**B.**     **Employee Training: (2 hour annual training)**

**Training Program Goals:**
At the end of the training sessions, participants should be able to:
1. Report circumstances under which a worker may be subject to drug/ alcohol testing under the CISAP policy.
2. Identify conduct prohibited under the CISAP policy.
3. Explain the difference between tolerance, psychological dependence, and physical dependence (addiction).
4. Identify the classes of drugs of abuse and provide a general description of the impact and health effects of each.
5. Identify at least two resources available to workers to resolve a substance abuse problem.

**Training Program Outline:**
1. Review State of Ohio CISAP Drug Free Workplace Initiatives.
2. Disease Model for Alcohol and Drugs (Affects of Abuse).
3. Signs and Symptoms of Use/Misuse and Effects on the Job.
4. Provide Assistance Resources (Including counseling and rehabilitation resources provided through union and/or management).

Jvn - 11/06/03

R000299

## EXHIBIT A
## <u>SAMPLE CONSENT FORM TO PARTICIPATE IN THE CISAP PROGRAM</u>

I, _____ , hereby consent and agree to give specimens of my body fluids (*) at a medical facility designated by _____ for transmittal and testing by an approved testing laboratory.

It is my understanding that body fluids (*) specimens will be tested to detect the presence of alcohol and/or other drugs in my body.

I agree and consent to provide specimens of my body fluid (as listed below) for testing to discover the presence of alcohol and/or drugs.

- Annual Testing
- Computer Generated Testing
- Pre-employment
- Reasonable Cause
- Workplace Accident/Incident
- Follow-up/Rehabilitation

It is agreed that upon request I will be furnished results of tests performed on my body fluid (*) specimen by the testing laboratory. The testing laboratory is only authorized to confirm, to the employer designated above and designated union representative.

(*)    Body fluids tests will normally utilize urine specimens, breath and blood specimens. Tests, which entail the withdrawal of blood by a qualified medical person, may be exercised in situations involving an injury accident where I am rendered unconscious and unable to provide a urine specimen, and I agree and consent to such a test under those circumstances.

I acknowledge that I have read, understand and have received a copy of the The Construction Industry Substance Abuse Program. Furthermore, I understand that refusal to submit to the alcohol and drug-screening test will constitute voluntary withdrawal of my application for employment; if employed, refusal to submit to such testing will be considered a positive test and will result in the appropriate level of corrective action as specified by the Policy.

_____
Witness Signature

_____
Signature

_____
Date

_____
Social Security Number

R000300

## *Appendix 1: Frequently Asked Questions*

**Q1:** Who bears the costs for random testing?

**A1:** Under Section III (g) of the policy, The Construction Industry Substance Abuse Program will bear the costs of CGST testing procedures except that the employee will pay the cost of any re-analysis requested by the employee.  The employee is responsible for the cost of the Return-to-Duty test.

**Q2:** I've had a random test; when will I be required to take my next annual test under Section III of the Policy?

**A2:** Following a negative random test, the next annual test must be completed by the 365th day following the random test.

**Q3:** Who may initiate reasonable cause testing under Section III (b) of the Policy?

**A3:** Testing because the company/employer has reasonable cause to believe an employee is under the influence of an intoxicant or a prohibited substance may only be initiated by a <u>trained supervisor</u>.  A trained supervisor is one who has completed training approved by the Construction Industry Substance Abuse Program.

**Q4:** Are all of the thresholds described in Section II (z) (2) identical to those set by the Federal Government?

**A4:** **No**  The Federal Government currently has standards for marijuana, PCP, opiates, amphetamines, and cocaine.  The other standards have been set by the Construction Industry Substance Abuse Program using industry standards.

**Q5:** What happens if an employee fails to cooperate in the testing process as required by Section VI (b) of the Program?

**A5:** A failure to cooperate includes, but not limited to, refusing to test, using an adulterated sample, using a substituted sample or otherwise tampering with the test.  Failure to cooperate may result in corrective action, including termination.  In such instances, there will be a finding of refusal to test or test tampering without a finding that test was positive or negative.

**Q6:** There are a lot of abbreviations in the program description.  For example, what does GC/MS really mean?

**A6:** As stated in Section II (l), GC/MS is an abbreviation for Gas Chromatography/Mass Spectrometry.  This is a confirmation test considered to be the most scientifically accurate means of ascertaining the identity of a drug in the urine testing process.

**Q7:** Will an employee assistance program actually provide treatment as mentioned in Section VII on the Policy?

**A7:** Technically, no.  Employee assistance programs provide short-term counseling and referrals to community resources for treatment.

**Q8:** When are split samples maintained and used in the testing process?

**A8:** Under Section IV of the Policy, Split Samples are used in urine testing and employees have the opportunity to contest the result of a positive <u>urine</u> test by having an appropriate portion of the split sample retested at a SAMHSA certified laboratory selected by the employee.

R000301

**Q9:** I am unclear about Section VI(2)(a), that seems to say that I can be suspended from consideration for a period of two months or longer before going through the corrective action stages contained in Section VI(2)(e)?

**A9:** Some property owners/customers require testing of all site workers under the owners/customers own policies.  This is permitted under Section III (a) of the Policy.  If a worker tests positive on these other tests, he/she may be suspended from consideration at that owner/customer's site for two months (or any other interval set by owner/customer), with consideration for employment upon re-application if he/she can demonstrate meaningful participation in a rehabilitation program.  Corrective Action for violations of the Program is exclusively provided for in Section VI (2) (e).

**Q10:** Will my social security number appear on the CIASP Drug Free Card?

**A10:** As of January 1, 2004, all newly issued cards will only display the last four digits of your social security number.  Your current will be in effect and will not be replaced until new test data is provided (annual test, random test, post-accident test or a test for cause).  You will then be issued the "new" CIASP Drug Free Card.  However your social security number will still be required for tracking by the third-party administrator.

**Q11:** "Accident" is referred to in the Construction Industry Substance Abuse Program (CISAP), what is meant by an accident?

**A11:** When applying the following "Post Accident Testing" guidelines, individuals should also apply good common sense.  The following definition is provided for participants who are utilizing CISAP.

*ACCIDENT:*

For the purpose of the CISAP policy, an accident is considered to be an unplanned or unintended event that occurs on company property, during the conduct of company's business, or during scheduled work hours, or which involves company supplied motor vehicles that are used in conducting business, or is within the scope of employment, and which results in any of the six (6) situations:

1. A fatality of anyone involved in the accident;
2. Bodily injury to the employee and/or another person that requires **off-site** medical attention away from the company's designated place of employment/worksite;
3. Any accident in which the driver is cited and there is disabling damage to the vehicle(s) requiring tow-away;
4. Any accident in which the driver is cited and **off-site** medical attention is required;
5. Vehicular damage in apparent excess of $1000.00;
6. Non-vehicular damage to any company (i.e. – tools, materials, etc.) in apparent excess of $750.00

R000302

## *Appendix 2:  Role of the Medical Review Officer*

The Medical Review Officer (MRO) will review all drug tests.  If a test is positive, the MRO shall contact the worker confidentially to discuss the test results and to determine if there is explanation for the positive result.  This verification will include conducting a medical interview with the tested worker; reviewing the worker's medical history and any relevant biomedical factors; reviewing any medical records made available by the worker to determine if a confirmed positive test result from legally prescribed medication; verifying that the lab report and assessment are correct; and, if necessary, requiring that the original specimen be reanalyzed to determine the accuracy of the reported test result.

The MRO shall inform the worker of his/her right to have the second sample (if the positive test was based on a urine sample) to be tested at the worker's expense at another SAMSHA approved testing facility.

If the MRO is not able to contact the worker, the MRO shall report to the Construction Industry Substance Abuse Program that the MRO has made reasonable efforts to contact the worker. Then, the Construction Industry Substance Abuse Program, along with the union for the worker, will contact the worker and ask him/her to contact the MRO within 24 hours.

The MRO may verify a test as positive without communicating with the worker if the worker refuses to discuss the test results or more than five (5) days have passed after the MRO notified the Construction Industry Substance Abuse Program of the inability to contact the worker.

After contacting the worker, the MRO shall report the test results to the Construction Industry Substance Abuse Program's designee providing the following information – than the test being reported was in accord with the Program, the name of the worker for whom the results are being reported, the date and location of the test collection, the type of test (pre-employment, annual, random, etc.) and whether the test was positive or negative.

All records of testing and verification processes will be forwarded and maintained by the Third Party Administrator (TPA).

R000303

### *Appendix 3:  Alcohol Testing Protocol*

Alcohol tests will be administered using a breath specimen, taken by a breath alcohol technician (BAT) using an approved breath testing device (EBT) except in cases of on-scene post accident testing conducted by federal, state, or local officials.

Before being tested, each worker will be required to (1) present his/her personal identification and (2) execute a Breath Alcohol Test Form provided by the BAT.  A worker who refuses to provide his/her identification, provides a false identification, refuses to execute the Breath Alcohol Test Form or otherwise fails to cooperate will be shown to have failed to cooperate in the testing.

Before each alcohol breath test is conducted, the BAT will instruct the worker on how the test will be performed.

To protect each worker, the BAT will attach to the testing device an individually sealed mouthpiece in the worker's view.  The worker will then be directed to blow forcefully into the breath testing devise until an adequate amount of breath has been maintained.

If the worker is unable to provide an adequate amount of breath for the initial or confirmatory test after several attempts to do so, the worker will be required to submit to an evaluation by a licensed medical physician or osteopath to determine whether a valid medical condition does exist.  If the physician or osteopath determines that a valid medical condition exists, the test will be reported as negative.  If the physician or osteopath determines that a valid medical condition does not exist, the result will be reported as positive.

If the worker provides an adequate breath specimen and the initial test registers and alcohol concentration level less than 0.08, the test result will be recorded as a negative and no additional tests will be required at the time.

If the worker provided an adequate breath specimen and the initial test registers an alcohol concentration level of 0.08 or greater, a second confirmatory test will be performed.  If the confirmatory test registers an alcohol concentration level of 0.08 or greater, it will be reported as a positive test.  If the worker provides an adequate breath specimen and the confirmatory test registers less than 0.08, the test will be reported as negative

R000304

## _Appendix 4: Computer Generated Selection Testing (CGST)_

The Third Party Administrator (TPA) of the Construction Industry Substance Abuse Program (CISAP) selects individuals for random testing.  The goal is to test 25% of the participants of each local annually. The list is selected through a number generator program that pulls by social security number. Once the list is generated it is sent to the Designated Representative.

CGST notification letters are then mailed to those selected. The letter outlines all necessary information regarding testing.  Once notified a participant has 72 hours to obtain testing.  To make testing convenient several options are available.  The participant may choose to have his/her collection completed at the group testing site, generally the last date for collection is a Saturday, or at an approved collection facility (a listing of all locations is included with the notification letter). An "Authorization for Substance Abuse Testing" form is included and needs to be presented at the collection facility along with valid photo identification.

The participant is also instructed to take their current Drug Free Card with them to the collection facility and turn it in.  A new card will be issued once a negative result is received.  This new test becomes the participants "Anniversary Date" and is good for a period of one year, unless the individual is selected for another random.  An individual can be selected more than one time a year for the CGST.

The notification letter will state the **deadline date** the test _must be collected by._ The CGST is a sensitive test. It is very important to be tested on or before the deadline date. If a participant does not test by this date, they become "ineligible" in the program and will need to follow the corrective action procedures listed for a positive test.

The Designated Representative receives a final report on the CGST results. Those who tested negative remain "eligible".  Those who did not show up for testing or tested positive become "ineligible".

R000305

# Appendix 5:  CISAP Designated Representative

*Designated Representatives (DRs) are contact persons appointed by companies and unions to work directly with the program's Third Party Administrator (TPA). A company's DR and union's DR are to work together for the successful management of the program.  All DRs are to keep privileged substance abuse information confidential.*

## Guidelines for Designated Representatives:

1) Work with the coordinator of the TPA to implement testing schedules:
   a) The DR is the main contact (alternates are encouraged as a backup contact when the DR is not available.

2) Each participating union or company must designate a person within their group to represent the Construction Industry Substance Abuse Program.  An initial 2 hour DR Orientation Module will be required for existing and new DRs beginning on January 1, 2005.  The responsibilities of the DR are:
   a) To assure anyone working on a Drug-Free project meets CISAP eligibility
   b) Receive all confidential information regarding participant ineligibility: either testing positive in the program, missing a scheduled annual or random test and/or refusal to submit to a test.
   c) Establish secure measures to insure that confidential information cannot be obtained by an unauthorized individual.
   d) Do not disclose any confidential information to any other party without written consent of participant
   e) Assist participant testing positive to return to eligible status.  Including: Follow rehabilitation assignment and follow return to duty testing procedure.

3) Other:
   a) DRs are encouraged to attend Union Construction Industry Partnership Drug Free Workplace Seminars.
   b) The TPA will distribute handout to DRs to assist with their responsibilities.

R000306

# 2007 CISAP PARTICIPATING LOCALS

| Local | Address | City | Zip | Des. Rep | Phone # |
|---|---|---|---|---|---|
| Asbestos #3 | 1617 East 30th. Street | Cleveland | 44114 | Jim Gallagher - union Tom Dake - cont. | 2166213522 |
| BAC #5 | 4205 Chester Avenue | Cleveland | 44103 | Dave Wondolowski Ken Kudela | 2163611652 4402770396 |
| BAC #6 | 618 Hight Ave | NW Canton | 44703 | Brett Trissell | 3304545900 |
| BAC #7 | 908 1/2 North Main St | Akron | 44310 | Jack Green | 3302535173 |
| BAC #16 | 9437 Hamilton Drive | Mentor | 44060 | Ken Kastelic | 4403521158 |
| BAC #40 | 1873 Crum Road | Shiloh | 44878 | Terry Workman | 4192811082 |
| BAC #46 | 1310 Siler Street | Fremont | 43420 | Steve Shively | 4193342454 |
| Carp RC North | 3615 Chester Ave | Cleveland | 44114 | Cindy DeBevec | 2163912828 |
| Carp RC South | 204 Garver Road | Monroe | 45050 | Herb Adams | 5136494082 |
| Cement Masons #404 | 1417 East 25th St | Cleveland | 44114 | Chuck Wanat | 2167713939 |
| Glaziers #181 | 8257 Dow Circle | Strongsville | 44136 | Terry Conroy | 4402394575 |
| Electricians #38 | 1590 East 23rd St | Cleveland | 44114 | Ed Tuma | 2166213090 |
| Electricians #129 | 105 Cooper Foster Rd W | Lorain | 44053 | Jeff Bommer | 4402337156 |
| Electricians # 673 | 8356 Munson Road | Mentor | 44060 | Ron Giangiacomo | 4402553414 |
| Electricians #688 | 67 S. Walnut Street | Mansfield | 44902 | Carl Neutzling | 4195264688 |
| Iron Workers #17 | 1544 East 23 Street | Cleveland | 44114 | Tim McCarthy | 2167715558 |
| Laborers #310 | 3250 Euclid Ave | Cleveland | 44115 | John Kilbane | 2168815901 |
| Laborers #758 | 2089 North Ridge Rd E | Lorain | 44055 | Pete Pappas | 4402774210 |
| Millwrights #1871 | 3615 Chester Avenue | Cleveland | 44114 | Rich Gecewich | 2163912828 |
| Painters DC #6 | 8257 Dow Circle | Strongsville | 44136 | Terry Conroy | 4402394575 |
| Pipefitters #120 | 6305 Halle Drive | Valley View | 44125 | Dan Brown | 2164473408 |
| Plasterers Local #80 | 1651 East 24 Street | Cleveland | 44114 | Carl Carcioppolo | 2167715399 |
| Plumbers #55 | 980 Keynote Circle | Cleveland | 44131 | John Healy | 2164590099 |
| Roofers #44 | 1651 East 24th St | Cleveland | 44114 | Mike Vasey | 2167814844 |
| Sheet Metal #33 C | 3666 Carnegie Ave | Cleveland | 44115 | John Nesta | 2163911645 |

| | | | | | |
|---|---|---|---|---|---|
| **Sheet Metal #33 V** | 637 Perry Street | Vermilion | 44089 | Dave Larson | 4409670126 |
| **Sheet Metal #33 A** | 2199 5th St SW | Akron | 44314 | Keith Barker | 3307530315 |
| **Tile Layers #36** | 4205 Chester Ave | Cleveland | 44103 | Dan Zavagno | 2164268552 |
| **UA Local #42** | 187 Woodlan Ave | Norwalk | 44857 | Steve Yeagelo | 4196684491 |

R000308

| MAP | MAP Phone |
|-----|-----------|
| EASE | 216-241-EASE |

| Humana OH Behavioral Health | 877-275-9868 |

R000309

**Attachment D**

The Safety Plan

R000310



# Project Safety Plan

For

# University Hospitals Vision 2010

Date: August 27, 2007

R000311



University Hospitals Safety Plan

# Safety Plan
# Table of Contents

Definitions..................................................................................................................4
Project Introduction...................................................................................................4
Administration ..........................................................................................................4
    Management Policy Statement................................................................................4
    Management Statement - Statement of Final Authority ............................................5
    Responsibilities – Gilbane Project Manager ...........................................................5
    Responsibilities – Gilbane Project Superintendent .................................................5
    Responsibilities – Contractors ...............................................................................5
    Responsibilities - Employees.................................................................................8
General Requirements...............................................................................................9
    Accident Investigation ...........................................................................................9
    Accident Reporting Procedures..............................................................................9
    Concrete (Cast-in-place) .....................................................................................10
    Confined Space Entry .........................................................................................10
    Crane Safety and Rigging ...................................................................................10
    Demobilization....................................................................................................13
    Demolition and Hospital Renovation.....................................................................13
    Discipline - Enforcement.....................................................................................14
    Discipline – Fines ...............................................................................................16
    Drug Testing /Substance Abuse Policy - Minimum ................................................16
    Electric - Temporary...........................................................................................20
    Elevated Work (Other than Fall Protection) ..........................................................21
    Elevated Work - Fall Protection ...........................................................................22
    Emergency Procedures - Medical – Blood-borne Pathogens...................................23
    Emergency Procedures - Medical Services ...........................................................26
    Emergency Procedures - Alarms, Fire, Bomb, Weather, Environmental, Public Demonstration
    ............................................................................................................27
    Environmental - Asbestos....................................................................................32
    Environmental – Lead .........................................................................................33
    Environmental - On-site Hazards..........................................................................34
    Environmental - Silica.........................................................................................34
    Environmental - Powered Equipment inside enclosed structures.............................35
    Excavation.........................................................................................................35
    Eye and Face Protection .....................................................................................36
    Fire Protection....................................................................................................36

R000312

**Gilbane**

University Hospitals Safety Plan

Hand Protection ............................................................................................................36
Hazard Communication program .................................................................................37
Hazard Analysis ...........................................................................................................38
Housekeeping ..............................................................................................................39
Incentives and Awards .................................................................................................39
Infection Control ...........................................................................................................39
Inspection and Auditing ...............................................................................................41
Interim Life Safety Matters for Occupied Facilities ......................................................43
Line Break ....................................................................................................................44
Lockout/Tagout Procedures ........................................................................................44
Meeting - Pre-construction ...........................................................................................47
Meetings ......................................................................................................................47
Masonry .......................................................................................................................47
Motor Vehicles and Equipment ....................................................................................49
OSHA Required Training ..............................................................................................50
OSHA - Inspection .......................................................................................................50
Precast/Prestressed Concrete .....................................................................................50
Project - Code of Safe Practices ..................................................................................52
Project - Safety Rules ..................................................................................................52
Protection of the Public ................................................................................................53
Sanitation .....................................................................................................................55
Signs, Signals, Barricades and Lights (Motor Vehicle Exposure) ...............................56
Scaffold ........................................................................................................................56
Steel Erection ..............................................................................................................57
Third Party Inspections ................................................................................................58
Temporary Heat ...........................................................................................................59
Tool Box Training .........................................................................................................59
Welding, Cutting and Burning – Hot-work ...................................................................59
Work Permit Procedures ..............................................................................................60
Owner Requirements ......................................................................................................61
Appendix A Table of Fines .............................................................................................62
Appendix B .....................................................................................................................64
HAND PROTECTION REFERENCE .................................................................................64
Standard Safety Plan Change Log .................................................**Error! Bookmark not defined.**

R000313



University Hospitals Safety Plan

## DEFINITIONS

**Contract**: A written agreement between University Hospitals and Gilbane, between Gilbane and a Subcontractor, between University Hospitals and Other Contractor(s), or between Other Contractor(s) and its (their) Subcontractor(s).

**Employer**: Any contractor, supplier, or vendor performing work under Contract at the project site.

**Project**: The premises owned by University Hospitals as described in the contract between University Hospitals and Gilbane and/or areas and ways contiguous thereto, including any work sites set up by University Hospitals for use by a contractor exclusively for the storage of material or equipment, or for on-site fabrication of materials to be used on the job site, including temporary locations.

**Owner**: An entity that has a contract between themselves and Gilbane or, between themselves and the Contractor.

**Contractor**: Any company performing work under Contract at the project site.

## PROJECT INTRODUCTION

Project elements include a new cancer hospital, a NICU to be built in an existing space, a new emergency department and a parking structure to be constructed at the Case  Medical Center on Euclid Avenue in Cleveland, Ohio.  Additionally, a new hospital will be constructed at the corner of Harvard and Richmond Roads in the City of Beachwood, Ohio

## ADMINISTRATION

### MANAGEMENT POLICY STATEMENT

The **University Hospitals Vision 2010 Project Safety Plan** embodies the policies and procedures for prevention of injury, property damage, fire damage and occupational illness.  **No single feature of our work is of greater importance.** It is Gilbane's intention to commit itself each day to maintaining an accident-free workplace.  There is never an acceptable reason for compromising safety.  This document, the Gilbane contractor selection process, and site field activities are all designed to support and reinforce this goal.

It is a joint University Hospitals and Gilbane Building Company policy to provide a safe place to work at all times and to conduct all operations in a manner as to provide protection for all individuals who might come into contact with these operations. University Hospitals employees, Gilbane Building Company employees, Contractor and Subcontractor employees, and all others employed on this site, as well as anyone who comes on the site for any reason during construction, are expected to conduct their work in a safe manner and are required to comply with established safety programs.  By contract, every Contractor on this site is obligated to perform all work in a safe manner.  By contract, every Contractor on this site is obligated to conform to the requirements of the Federal Occupational Safety and Health Act of 1970 (OSHA) and all additions and revisions thereto, as well as other applicable Federal, State and Local

R000314



University Hospitals Safety Plan

requirements and the Project Safety Plan.

**All supervisory employees must accept their responsibility for the prevention of accidents and for conducting all operations under their direction in a safe and efficient manner.** The results of our safety efforts will affect our overall success in constructing the Project. **Our goal is accident-free work** with the traditional defect-free quality. We know this is the most efficient method and that all individuals working on this Project will subscribe to the Project Safety Plan.

With the cooperation, dedication and assistance of everyone, this will be a successful and safe project.

## MANAGEMENT STATEMENT - STATEMENT OF FINAL AUTHORITY

All persons who come into the work area, for any reason during construction, will be required to comply with the established safety regulations that govern the project.

Contractors are committed by contract to observe and comply with all applicable safety regulations and procedures. Each Contractor will participate in the Project Safety Program, hereafter referred to as the "Program".

If Gilbane finds Contractor areas of work or individuals being, or acting in noncompliance with the Occupational Safety and Health Act of 1970 (OSHA), as amended, or any other applicable regulations, Gilbane shall have the authority to order immediate correction and cessation of the non-compliant occurrence. **Non-compliance with Project Safety Regulations will be grounds for Contractor dismissal and/or employee(s) being forbidden entry onto the project.** All costs of correction shall be borne by the Contractor deemed responsible. **Gilbane's decision of responsibility shall be final.**

Nothing contained herein, however, shall serve to relieve the Contractor of his liabilities and/or obligations under the "Occupational Safety and Health Act of 1970" and all additions and revisions thereto, as well as all other applicable Federal, State and Local requirements.

## RESPONSIBILITIES — GILBANE PROJECT MANAGER

The Project Manager directs and administers the Safety Program on this Project. All reports, surveys, accident reports and other information relating to safety are to be submitted to the Project Manager.

The Project Manager establishes a safety organization to assure the involvement of all personnel in the safety effort and to provide for their participation. The Project Manager appoints the Project Superintendent, as his representative to monitor all safety activities on the site. The Project Manager evaluates individual subcontractor's safety performance for compliance with all applicable Federal, State, local, Gilbane's and University Hospitals's safety requirements.

## RESPONSIBILITIES — GILBANE PROJECT SUPERINTENDENT

Responsible For:

The active control of the Project Safety Plan.

Planning and requiring all work to be done in compliance with the Project Safety Plan.

Weekly inspections relating to safety shall be made and documented.

## RESPONSIBILITIES — CONTRACTORS

The name of and resume for each Contractor's project-site safety coordinator will be provided to

R000315



University Hospitals Safety Plan

Gilbane for review prior to the Contractor starting work at the project site.

Contractors with a staff and crew of 20 or more on site shall appoint a full time safety representative. Contractors with a staff and crew on site of less than 20 shall anticipate that the safety aspects of this position will encompass 20 hours or more of the work week and may occasionally require full time attention. For this reason, serious consideration shall be given to the ability of a superintendent or foreman to simultaneously meet the responsibilities of both positions.

Each safety coordinator will meet the following criteria:

A minimum of an OSHA 30-hour construction hazard recognition certification; be certified as a competent person in the type of work being performed; First Aid and CPR certified; experienced in the construction industry in the type of work being performed.

Each Safety coordinator has the right and authority to stop any and all hazardous work being performed by their employer whenever imminent danger to life and health exists.

Conduct regular and frequent inspections for their Contractors work areas

Take immediate action to eliminate unsafe acts and/or conditions.

Ensure that prior to the start of any work activity, every foreman has reviewed each task assignment with every affected employee to assure a comprehensive understanding of the safety requirements and precautions to be taken while performing this work.

Ensure that appropriate personal protective equipment is provided and its use enforced.

Each safety coordinator shall participate in accident and incident investigation involving their work and employees and those of their subcontractors.

Each safety coordinator shall attend safety meetings as scheduled by Gilbane.

Contractor shall instruct each employee on project site in the recognition and avoidance of unsafe acts and/or conditions applicable to its work environment to control or eliminate injury or illness.

Contractor is responsible for providing and requiring the use of appropriate personal protective equipment in all operations where there is an exposure to hazardous conditions. All records shall be maintained at a location accessible to Gilbane.

Contractor is responsible for notifying Gilbane of any hazardous chemicals or substances that are brought or cause to have been brought on project site. Contractor shall provide Gilbane with a copy of Contractor's Hazardous Communication Program, Chemical information list, and Material Safety Data Sheet(s) (MSDS) for the chemical(s) or substance(s) intended for use on the site. Gilbane will provide a centrally located place for this information. Contractor is responsible for maintaining a copy of Contractor's Hazard Communication Program, Chemical Information List, and Material Safety Data Sheet(s) on site for Contractor's own reference and employee training. The proper storage, use and disposal of wastes of any hazardous chemicals or substances are the responsibility of Contractor.

Contractor is responsible for conforming to OSHA and NFPA standards of fire protection and prevention practices. Contractor shall also comply with all fire and safety rules and regulations established on the project.

If Contractor fails to correct safety violations, Gilbane will issue the Contractor written notification, outlining safety violations. Failure of the contractor to abate may result in the removal of the Contractor from the project site, and Gilbane's approved bidders list, or other

R000316



University Hospitals Safety Plan

appropriate measures.

Compliance with Federal, State, Local Laws and regulations is the contractual obligation of Contractors working on this project. Conflicts between current laws or contractual requirements shall be resolved by adhering to the more stringent requirement. Any project site safety regulations, which exceeds the minimum standards established by OSHA, shall be incorporated in Contractor's safety program.

The Contractor shall ensure that its supervisors are aware of their responsibilities, which include:

Become familiar with the requirements of all accident prevention standards and safety rules pertaining to their job.

Be responsible for carrying out the procedures required by the project safety plan.

Ensure that each employee under their supervision has received the initial project safety orientation provided by Gilbane.

Explain to all employees applicable safe practice rules and regulations under their direct supervision.

Supervise the instruction and training of new employees either personally or through delegated experienced persons until the new employee satisfactorily demonstrates their ability to perform the work in a safe and efficient manner.

Be responsible for continuous housekeeping in their area and for the use and maintenance of all personal protective devices, equipment, and safeguards.

Notify their direct supervisor and/or the contractor's safety representative concerning work areas where they believe protective devices are required.

NOTE: Such safety devices will include, but not limited to, the following:  machine guards, operational shields, exhaust vent hoods and systems, welding shields, approved personal protective equipment, automatic stops and controls, barricades, railings, etc.

Report to their own direct supervisor all cases of employees who, in their opinion, are not qualified for the work to which they have been assigned or who engages in unsafe practices.

Attend and participate in all supervisors' safety meetings.

Conduct or arrange for weekly "toolbox" safety meetings for all employees under their supervision as required. Minutes of Tool Box Talks are to be maintained and a copy of each Talk is to be given to Gilbane before end-of -shift the day given.

Each Contractor shall complete a Safety Task Assignment Process form each day for all work crews, discuss with each work crew on a daily basis or when non-routine tasks occur and provide a copy to Gilbane at the end of the work day with their daily report.

Report immediately, all accidents in which personal injury, property damage or a near-hit occurs.

Should an accident occur involving a Contractor's employee, the Principal/Owner of the Contractor shall attend a "Principals" meeting at the project location to review the incident. Gilbane will conduct this meeting.

Assist in accident investigation and submit a report promptly on required forms. Lessons learned from such investigations shall be incorporated into all future daily activities and plans of the contractor.

In the event a contractor utilizes employees whose primary language is not English, the

R000317



University Hospitals Safety Plan

contractor shall proved for appropriate interpretation to assure complete comprehension.

Periodically analyze work methods in detail for the purpose of job simplification and for the establishment of safe work methods.

Site safety inspections are to be an ongoing process and documented at least weekly. Contractors should document inspections on the Site Audit Checklist or approved Contractor's form and submit to Gilbane.

Ensure that all hazards created in an area as a result of work activities are addressed before the crew leaves the area, including breaks or lunch.

## RESPONSIBILITIES - EMPLOYEES

No employee shall be required or knowingly permitted to work in an unsafe environment except for the purpose of making safety corrections and then only after proper precautions have been taken for their protection.

Each employee is responsible for learning and abiding by those rules and regulations which are applicable to the assigned tasks and for reporting observed or anticipated hazards to their immediate Supervisor.  If the hazard is not immediately corrected, the affected employee will report the hazard to Gilbane

**All employees shall observe the following rules of conduct:**

**Courtesy:**  Employees shall observe standards of behavior and conduct their work in a manner to avoid offending any Owner employees or visitors.  **Each individual on this Project must be given the courtesy that would be extended to one's family or best friend.**

**Personal Protective Equipment:** all persons on the site will wear hard hats, eye protection, gloves and work boots with substantial soles.  All other personal protective equipment, including respirators or eye protection, as appropriate to assigned tasks, shall be utilized in the proper manner at all times while there is exposure to the hazards.

**Clothing:**  Clothing suitable for the weather and your work shall be worn.  Torn or loose clothing, cuffs or neckwear, which may be a hazard, are not allowed. Shirts must be worn and have short sleeves. Pants must have legs (no shorts allowed). Clothing shall be maintained in a clean, neat and repaired fashion

**Vehicles:**  Employees shall park their vehicles in designated areas.  There will be no on-site parking provided for this Project.  Operation of vehicles on the project site shall conform to all local traffic laws.  The maximum speed limit on the project site is 10 miles per hour.

**Smoking: Smoking is permitted only in designated areas**

**Intoxicants:**  Consumption of alcoholic beverages or controlled substances is not allowed on the project. All workers who are taking physician-prescribed or over-the-counter medication must be fit for work. **All employees are specifically directed to the "Drug Policy" which is a part of this Project Safety Plan.**

**Accidents:**  All employees must immediately advise their Supervisor of any injury on the project or any non-injury accident, which involves damage to property or equipment.

**Personal Conduct:**  Practical jokes, horseplay, scuffling, wrestling or fighting is prohibited.

**Good Housekeeping:**  Good housekeeping on the project is mandatory and every employee must do their part daily to minimize dust and to clean up their work area to keep the project

R000318



University Hospitals Safety Plan

clean for safety and efficiency. **Controls shall be observed which keep dirt from being tracked into areas outside the workspace.** Clean up methods shall follow prescribed techniques to minimize the distribution of dust into the air.

**Authorized Access:** Employees shall confine their activities to the areas designated as the work site. **The employee's Supervisor shall obtain permission from the appropriate Owner representative prior to entry into any areas outside the work site.**

**Fire Protection:** Employees shall adhere to all fire protection regulations, and shall conduct their work in a manner to preserve the fire safety integrity of the building.

**Music.** No televisions, radios, CD players, cassette tape or mp3 players are allowed.

## GENERAL REQUIREMENTS

### ACCIDENT INVESTIGATION

For all injuries or near-hits, Gilbane is to be notified immediately.   Copies of ALL accident reports must be filed with Gilbane immediately.

It will be each Contractor's responsibility to complete the First Report of Injury for his employees and to transmit copies of these reports immediately to Gilbane.  Any accident or incident resulting in a lost-time injury, fatality, damage to property or equipment exceeding U.S. $1,000, a serious "near-hit" or the recognition of a potential hazard to health and environment is to be investigated by a committee comprised of the following, as appointed by the Project Manager: the Project Superintendent, the Project Safety Coordinator and Contractors Supervisor or anyone familiar with the practices involved in the incident who can contribute to its analysis and make recommendations for action to prevent a reoccurrence. The investigation shall begin promptly after the incident. Results of the investigation and recommendations for preventive action shall be documented within five (5) workdays of the incident.  If University Hospitals agrees, a brief news release shall be posted, for the information of workers, covering fatalities and serious occurrences.  The occurrences are also to be discussed at the regular or special safety meetings. This investigation and report shall be made immediately, but release may await any similar investigation and reports required by governmental regulations.  Gilbane shall also review first aid injuries to establish trends and practices that deviate from work standards and shall report and take corrective actions.

Gilbane shall provide for University Hospitals, in the Monthly Progress Report, a safety report covering safety activities for the preceding month.  The report shall include:

The accident experience, recordable, lost time, first-aid and near-hit incidents for the month.

The relationship of the accident experience to the number of people employed using a recognized national standard for recordable injuries and lost time injuries.

A review and summary of the safety activities, problem areas, and contemplated action, including fire hazards and environmental hazards.

### ACCIDENT REPORTING PROCEDURES

For all fatalities, cases requiring hospitalization, OSHA Recordable events or possible lost-time injuries, Gilbane is to be notified immediately. Gilbane will immediately notify the Insurance Carrier's Claim Representative of all accidents and will immediately forward Employer's First Report of Injury Forms, General Liability Loss Notice Forms, subsequent inquiries or correspondence received relative to the matter, including Court Summons or other legal

R000319



University Hospitals Safety Plan

documents, to the Claim Representative with copies to the Gilbane Corporate Attorney.  Copies of ALL accident reports must be filed with the Project Manager immediately.

## CONCRETE (CAST-IN-PLACE)

All equipment and materials used in concrete construction and masonry work shall meet the applicable requirements as prescribed in ANSI-A10.9-most recent version, "Safety Requirements for Concrete Construction and Masonry Work."

## CONFINED SPACE ENTRY

Contractor shall develop an entry procedure to be used when Contractor's employees are required to enter confined areas or spaces.  Confined Space entry procedures will conform to OSHA 1910.146 and University Hospitals's requirements.

A confined space entry permit must be completed and posted at the entrance to the confined area.

Documentation of appropriate formal training for all involved in the confined space activity (entrants, attendants, supervisor, rescue personnel) shall be submitted to Gilbane for approval prior to any entry.

## CRANE SAFETY AND RIGGING

Contractors whose activities require the use of cranes shall be responsible for their proper set up and operation and shall advise Gilbane prior to the arrival on-site. The Gilbane Use Permit Form (refer to Regional Safety Manager for a copy), shall be used.

The contractor shall supply Gilbane with documented evidence of their competent person's training

### Inspection

Contractors shall provide Gilbane evidence of annual inspection by a third-party inspection agency not under the control or ownership of the crane owner and approved by the Gilbane Regional Safety Manager. All repairs and adjustments noted on the inspection shall be corrected prior to next use.

This applies to power-operated equipment used in construction that can hoist, lower and horizontally move a suspended load.  Such equipment includes, but is not limited to: articulating cranes (such as knuckle-boom cranes); crawler cranes; floating cranes; cranes on barges; locomotive cranes; mobile cranes (such as wheel-mounted,  rough-terrain, all-terrain, commercial truck-mounted, and boom truck cranes); multi-purpose machines when configured to hoist and lower (by means of a winch or hook) and horizontally move a suspended load; industrial cranes (such as carry-deck cranes); dedicated pile drivers; service/ mechanic trucks with a hoisting device; a crane on a monorail; tower cranes (such as fixed jib ("hammerhead boom"), luffing boom and self-erecting); pedestal cranes; portal cranes; overhead and gantry cranes; straddle cranes; side-boom tractors; derricks; and variations of such equipment.

### Daily and Pre-Shift Inspections

Shall be performed by a competent person designated by the contractor in accordance with the manufacturer's recommendation and ANSI B30 Standard for the type of crane being inspected and the most current version. This inspection shall be completed prior to each shift starting work.

### Operation.

R000320



University Hospitals Safety Plan

This certification will be for each crane and lifting device and associated rigging equipment brought onto the site. If one year has elapsed since the last inspection, or if the crane or its associated rigging has sustained any incident which may have resulted in damage, the crane and its associated rigging shall be fully re-inspected with proof of inspection provided to Gilbane.

No work shall proceed without evidence of a current annual inspection meeting Gilbane requirements. No claims will be accepted for losses sustained by the contractor for delays caused by failure to comply with these requirements.

Cranes and other powered lifting devices shall be inspected by the operator:

… After set up and prior to initial lift.

… Before each shift.

… After every malfunction.

## Operational Aids

### Anti two-blocking device.

Telescopic boom cranes manufactured after February 28, 1992, shall be equipped with a device which automatically prevents damage from contact between the load block, overhaul ball, or similar component, and the boom tip (or fixed upper block or similar component). The device(s) must prevent such damage at all points where two-blocking could occur. *Temporary alternative measures*: Clearly mark the cable (so that it can easily be seen by the operator) at a point that will give the operator sufficient time to stop the hoist to prevent two-blocking, and use a spotter when extending the boom

Lattice boom cranes.

Lattice boom cranes manufactured after Feb 28, 1992, shall be equipped with a device that either automatically prevents damage and load failure from contact between the load block, overhaul ball, or similar component, and the boom tip (or fixed upper block or similar component), or warns the operator in time for the operator to prevent two-blocking. The device(s) must prevent such damage/failure or provide adequate warning for all points where two-blocking could occur.

Lattice boom cranes, and derricks, manufactured one year after the effective date of this standard shall be equipped with a device which automatically prevents damage and load failure from contact between the load block, overhaul ball, or similar component, and the boom tip (or fixed upper block or similar component). The device(s) must prevent such damage/failure at all points where two-blocking could occur.

*Exception.* The requirements do not apply to such lattice boom equipment

R000321



University Hospitals Safety Plan

when used for dragline, clamshell (grapple), magnet, drop ball, container handling, concrete bucket, marine operations, and pile driving work.

*Temporary alternative measures.* Clearly mark the cable (so that it can easily be seen by the operator) at a point that will give the operator sufficient time to stop the hoist to prevent two-blocking, or use a spotter.

## Special Procedures

A lift procedure shall be developed by the Contractor for the following and submitted to Gilbane prior to the lift taking place:

Critical Lift (defined as when lifting a load where the weights are at or over 75% of the rated capacity of the crane and rigging as determined by the manufacturer);

Multi-Crane Lift;

100 Tons or greater Lift;

Any application that deviates from the manufacturers recommendations;

When special or unique hazards are under or adjacent to the load at any time during the lift;

When Gilbane determines such a procedure is necessary.

The Lift Procedure will include a Hazard Analysis developed by the Contractor and submitted to Gilbane along with Pre-Lift meetings, which shall be held at 30 days prior to the lift, the day prior to the lift and immediately prior to the lift with the actual workforce doing the lift. All concerned parties must be present for the meetings with minutes of the meeting recorded by Gilbane.

The Lift Procedure will include documentation of calculations which incorporates weight deductions of all rigging equipment, a load chart for the crane(s) that will be used, a site plan and layout sheet which will include the path of travel of the load, swing radius protection and any other necessary factors.

The Gilbane Crane Lift Plan Form, Crane Critical Lift checklist (obtain from Gilbane Regional Safety Manager), or equivalent, shall be used.

The crane operator(s) shall be proficient in the operation of the crane(s) and licensed in the State/City where the operation is being performed. Certification by the National Commission for the Certification of Crane Operators (NCCO) is preferred.

## Record Keeping

All records pertaining to crane inspections shall be kept with the crane or in the trade contractor's site field office.

If during any safety inspection, the operator or supervisor cannot produce the required crane inspection sheets, the crane shall be shut down as soon as possible and shall be inspected.

Where crane operators are required to be licensed by the State where the project is being built they shall have a current license and provide a copy to Gilbane when requested. Duplicates of Certification records shall be maintained on project site by Contractor and made available to Gilbane upon request. The contractor shall provide evidence of competency of the operator to Gilbane.

## Rigging

A Competent Rigger appointed by the Contractor shall inspect all rigging equipment. Inspection

R000322



shall be done and documented prior to each shift starting work.

All rigging equipment that is defective or damaged shall be immediately removed for the project site.

Chain slings are not permitted to be used for any lifting operation unless specifically designed for a unique application.

Tag lines shall be used on all loads.

All hooks used for overhead lifting shall be equipped with safety latches or alternate lifting methods such as clamps will be used. Shake-out/sorting hooks may only be used for unloading materials from trucks and will not be used for overhead lifting.

## DEMOBILIZATION

The Project Superintendent and each contractor shall organize and schedule the orderly removal of their project site offices and trailer facilities, the termination of temporary utility services, the transfer of telephone services to their offices, and the forwarding of mail. The site shall be left in the conditions specified by the contract documents. The Project Superintendent shall inspect the site with University Hospitals to verify that all permanent security and safety devices are in place and performing their intended function.

## DEMOLITION AND HOSPITAL RENOVATION

### Structural Demolition

An engineering survey shall be completed before the start of demolition.

All structural shoring shall have stamped drawing and calculations by a registered Professional Engineer.

Areas being demolished must be secured by means of barricades to prevent unauthorized personnel from entering the area.

Subcontractors must submit, prior to the start of construction, a detailed demolition plan to include, means and methods, related drawings, and other relevant safety plans.

### Hospital Renovation

Hospital renovation requires comprehensive pre-construction planning to incorporate dust and infection control, interim life safety measures, and outside public health agency certification. Before the start of construction it is important to ensure that all asbestos, lead, sharps, biological wastes, and other hazardous material are removed. Chemicals such as ethylene oxide, formaldehyde and glutaraldehyde have been removed. Radioactive materials have been removed.  A pre-construction survey shall be completed to include the locations of shut – offs of critical power supplies, medical gas lines, sanitary lines, ventilation hoods, and other special hazards and considerations. Consideration should be given to electrically isolating the construction work from the existing hospital facility to prevent voltage fluctuations. Use of cell phone and radios should be coordinated with the hospital to prevent RF concerns.

Refer to AIA document *"Guidelines for Design and Construction of Hospital Healthcare Facilities"* 2001 edition along with the Joint Commission on Accreditation of Healthcare Organizations and the National Fire Protection Association publications for guidance where necessary.

All construction workers should be medically evaluated to assure they do not have

R000323



University Hospitals Safety Plan

communicable diseases such as hepatitis B or TB.

Security measures are necessary to prevent non-construction individuals such as disoriented patients, hospital visitors or staff to be in or walk through the construction areas. All construction personnel must have either security badge with personal photo or hardhat with company identification.

### Dust & Infection Control

All debris containers must be covered before being removed from the construction area.

All temporary partitions that are installed must have a fire rating equal to that which they are replacing and at least 2-hours in all cases.

All temporary partitions shall be installed deck-to-deck and taped to prevent dust transmission.

Construction areas must maintain negative air pressure. To accomplish this, the use of the hospitals ventilation system along with portable HEPA-filtered air machines may be used. When using the hospital ventilation system, approval from the hospital is required.

Routes shall be established for the removal of debris and movement of materials through occupied areas of hospital.

Walk-off mats or other means shall be used at construction entrances to prevent dust and other foreign matter from being tracked throughout the hospital.

Doors and entrances shall have bottom floor-sweeps installed.

Where solid partitions of plywood or drywall are not possible, fire resistant visqueen shall be used or fire-resistant tarps. All seams will be duct taped and dust proof entrances used.

Appropriate signage will be posted at construction entrances.

Powered hand tools shall be of the dust collecting type.

All concrete and block shall be wet cut.

Housekeeping must be performed on a continuous basis.

Eating and smoking are not allowed inside the hospital or construction work areas.

Temporary toilet facilities must be provided with adequate hand washing facilities equipped with towels and hand soap.

### Interim Life Safety Measures

Interim life safety measures shall be coordinated with the hospital before construction starts. This should include re-routing of fire escapes, signage requirements, fire exits, area mapping, and local fire marshal approval of the plan.

Fire protection plan shall include – Hot work permits, fire watch, provisions for protection when sprinklers, smoke, and heat detectors are inactive, storage of compressed gas cylinders.

### Public Health Agency Certification

Coordination with the hospital and public health agencies is critical to ensuring the project is completed on the scheduled start date. Interfacing with these agencies helps the project team meet the requirements.

## DISCIPLINE - ENFORCEMENT

Page 14 of 67

R000324



University Hospitals Safety Plan

All contractors and suppliers shall participate in the project safety plan.  Should an Imminent dangerous condition be discovered, all work in the area of danger will be stopped until corrections are effected.

Should Gilbane find contractor areas of work or individuals being or acting in non-compliance with OSHA or the Project Safety Plan, Gilbane shall have the authority to order immediate correction of the non-compliant occurrence.

All costs of correction shall be borne by the Trade contractor deemed responsible.

If more than one contractor is deemed responsible, Gilbane's division of responsibility shall be final.

Nothing contained herein, however, shall serve to relieve the contractor of their liabilities and/or obligations under OSHA as well as other applicable Federal, State and local requirements as well as the Project Safety Plan.

Gilbane may withhold payment of any sums due contractors for failure to follow the Project Safety Plan policies and procedures.

Gilbane will issue a written, 24-hour notice in this regard requiring immediate response by the contractor.

Repeated violations or lack of cooperation with regard to the Project Safety Plan by employees of a contractor will indicate non-compliance with provisions included in the contract and may be reason for the employee being barred from the project site and/or for termination of the contractor's contract.

At orientation, new employees are given their first warning:  These are the rules; if you fail to follow them you will receive a citation.

> **1st Citation**:  Notice is sent to employer.  Employee must come in and see Gilbane to review violation so we can be sure the employee knows how serious this citation is and what corrective action must be taken.  A fine for the Contractor will be imposed.

> **2nd Citation**: The individual will be removed from the property.  A fine on the Contractor will be imposed.

This constitutes three (3) warnings.  At this point, this person will be banned from further access to the site.

**"Immediate removal from the property" Citations** will result when:

> Any employee, supervisor or manager exposes themselves or other employees to Imminent loss of life.

> Any employee, supervisor or manager openly exhibits disregard, defiance or disrespect for the safety plan.

> Any employee, supervisor or manager knowingly falsifies any investigative document or testimony involved in an investigation.

> Violent physical encounters (fighting) occur.  All individuals involved in the incident are subject to removal.

> Threats are made against any safety personnel performing their duties.

> Theft or destruction of property occurs.

> Any employee, supervisor or manager consumes, possesses, distributes or is under the influence of alcohol/drugs.

R000325



University Hospitals Safety Plan

Other Citations: Violations of safety, traffic, housekeeping or material storage rules

**Dispute Resolution**

Gilbane whose decision is final and not subject to arbitration shall resolve all disputes involving the Project Safety Plan.

## DISCIPLINE — FINES

Fines (Refer to Appendix A Table of Fines)

The fines <u>are</u> <u>not</u> to be collected from the individual violator.

Gilbane Building Company's Project Manager will collect them from the principal of the respective company at the monthly Safety Meeting. This will be by separate check.

These funds will be used to fund a reward/incentive program for those who work and are safe individuals or groups.  Any money remaining at the completion of the project will be donated on behalf of all workers and companies employed on the project to a local charity.

## SUBSTANCE ABUSE POLICY — MINIMUM

**Purpose**

University Hospitals and Gilbane have a commitment to protect people and property and to provide a safe working environment.  The purpose of this policy is to establish a drug-free work environment for each worker.

**Policy**

University Hospitals and Gilbane prohibit the use, possession, distribution, or sale on the project premises, facilities, or work places of any of the following:  alcoholic beverages, intoxicants drugs and related drug paraphernalia.

Workers must not report for duty or perform work while under the influence of any drug, alcoholic beverage, or intoxicant.  Workers on the project premises will be subject to search as provided herein.  Applicants and workers will be required to consent to drug testing as provided herein.

This policy will apply where state law or regulation and/ or collective bargaining agreements allow.

**Definitions**

When used herein, the following terms will have the meanings given below:

    **Company** - Gilbane Building Company.

    **Alcohol - Ethyl (Ethanol).**  References to use or possession of alcohol include the use of any beverage, mixture, or preparation containing alcohol.

    **Drug** - Any substance (other than alcohol) including prescription drugs which may impair mental or motor function; including, but not limited to, Cocaine, THC (marijuana), Opiates, Amphetamines, MethAmphetamines, Phencyclidine, Benzodiazepines, Barbiturates, Tricyclic antidepressants, any psychoactive substance, controlled substance, or designer or simulated drugs .  This definition does not apply to prescription drugs, which have been disclosed to the Company and the Controlling Employer by the worker and are approved for use within prescription limits.

    **Employee** - Any individual, salaried or hourly, who actually performs work for a

R000326



University Hospitals Safety Plan

Controlling Employer on the project premises.

**Controlling Employer** - Any individual or firm that provides workers to perform work on the project premises and is responsible for their hiring, advancement, payment, discipline, and termination, including University Hospitals, the Architect, Gilbane, all contractors, all sub-tier contractors, all vendors, all suppliers, all material dealers, any Other Contractors, and any others coming on the project premises.

**Applicant** - Any individual who is referred or makes application for employment on the project premises.

**Project Premises** - All parts of any office, work site, or other work location, including parking lots under the control of University Hospitals and/or Gilbane.

**Testing Facilities** - A laboratory where a specimen can be tested for drugs and alcohol within threshold limits according to standards established by the U. S. Department of Transportation and is certified by the U. S. Department of Health and Human Services (HHS) under the National Laboratory Certification Program (NLCP) or in the case of a foreign laboratory is approved for participation by the U.S. department of Transportation with respect to Part 40.

**Contraband** - Considered including but not limited to the following:  drugs, alcohol, and drug paraphernalia.

**Drug Paraphernalia** - Any article for the use, storage, or sale of drugs.

**Accident** - Any event resulting in injury to a person or property to which the Company believes a worker contributed as a direct or indirect cause.

**Incident** - Any event, which the Company determines, has all the attributes of an accident, except that no harm was caused to personnel or property.

**Tobacco Products** - Any article containing tobacco, including but not limited to cigars, cigarettes, pipe tobacco, snuff, and chewing tobacco.

**Worker(s)** – Any individual, salaried or hourly, of any employer who will be performing work on the project premises.

**Drug Detection Thresholds will be in accordance with US DOT requirements Table**

All confirmatory drug testing shall be done in NLCP-certified facility

## Prescription Drugs

Any worker using a prescription drug, which may impair mental or motor function, shall, as soon as possible, notify their employer who is to notify Gilbane and/or the Controlling Employer.  For the safety of all workers, the Company may direct the Controlling Employer to not permit the worker on the project premises until released as fit for duty by the prescribing physician.  The Company reserves the right to obtain a confirming medical opinion before allowing the worker to return to duty.

## Worker Pre-Assignment Testing (per applicable State laws and PLA's )

All workers, salaried or hourly, who are hired, transferred or temporarily assigned to the project premises shall be required to consent to drug testing in accordance with applicable State laws prior to assuming project responsibilities Controlling Employers shall certify to Gilbane in writing

R000327



University Hospitals Safety Plan

on company letterhead signed by a Officer of the company that their current workers have passed a drug test ***immediately prior*** to assignment to working on the project premises

### Post Accident Testing (per applicable State laws and PLA's )

After an accident or incident, the Company will ask the Controlling Employer to test all those involved.

### Reasonable Suspicion Testing (per applicable State laws and PLA's )

The Company will also ask the Controlling Employer to test workers when a reasonable suspicion exists that the worker has been using drugs or alcohol. The maximum level of alcohol blood content shall not exceed 0.08 g/100 ml blood or equivalent.

### Random Testing (per applicable State laws and PLA's )

Urine and/or blood drug screening analysis of workers and others on the project premises may be conducted on a random basis at periodic, unannounced intervals during the construction of the project, in accordance with State laws and applicable PLA's.  Controlling Employers must certify negative test results to the Company; otherwise worker shall not be permitted to return to the project premises

### Discipline and Rehabilitation

Unless a Project specific Substance Abuse Policy by the Company or Owner is in effect, each Controlling Employer shall certify that they have a Substance Abuse Policy which incorporates as a minimum the following requirements:

   A)  When an applicant submits to pre-assignment testing and passes the required test, s/he will be eligible for further employment consideration.

   B)  If the applicant fails the required test, s/he may reapply for employment consideration after a period of no less than sixty (60) calendar days have elapsed.  The Company may waive this sixty-day waiting period if the applicant completes an acceptable drug/alcohol rehabilitation program and presents acceptable proof of completion of the program to the Company Project management personnel.  An applicant who fails the second test will not be considered for employment at the project premises for a period of no less than one year.

   C)  All workers who refuse to submit to a drug and alcohol test, or who fail to pass a drug and alcohol test will be removed from the project premises by the Controlling Employer and will be referred to their personnel management for disciplinary action.

   D)  A worker on the project premises, facility, or work place in possession of        contraband is subject to disciplinary action, up to and including barring from the site by the Company and immediate termination by the Controlling Employer.  Contractors and/or workers who are in possession of contraband are subject to removal and denial of future access to the project premises.

### Financial Obligation of the Controlling Employer

The Controlling Employer will bear the cost of time, transportation, and testing for workers who are being given drug and alcohol tests.

R000328



University Hospitals Safety Plan

## Confidentiality

The Company will take steps to maintain the confidentiality of information generated by the implementation and enforcement of this policy and these procedures.  Disclosure will be made only in appropriate circumstances.  The Controlling Employer shall be responsible for maintaining the confidentiality of all information generated by the implementation and enforcement of this policy and these procedures for their own workers.  The Company shall have the right to audit compliance with this policy and these procedures by the Controlling Employer, which shall include access to this confidential information.

## Training

Supervisors and management personnel will be trained to recognize appropriate symptoms and to administer the policy in a consistent, confidential, and intelligent manner.

## Contractors and Suppliers

The Company and all Controlling employers  will include the provisions of this policy and these procedures, in their contracts with contractors, suppliers, consultants, agents, and others involved in providing goods or services on the project premises, and will require that they do the same with respect to their lower-tier contractors, suppliers, etc.

## Posting and Distribution

Significant sections of this policy and these procedures will be given to each applicant and worker upon request.

A warning notice will be posted in a conspicuous location on the project premises. This Substance Abuse Policy will be included in each pre-bid and pre-construction meeting as well as an integral part of the project Safety plan and contract documents.

The Company may revise and amend this policy and these procedures as required.

## Procedures for Examination Post-Accident Screening When Required By Gilbane

A Controlling contractor supervisor is to accompany injured employee or those employees involved in the accident or incident involving a Controlling contractor worker to the clinic or medical facility.   Controlling Employers shall certify any worker(s) involved in an accident or incident tested negative for drugs and alcohol prior to allowing them to return to the project premises.

If the injured worker refuses to give a specimen of body fluid, the Controlling contractor supervisor is to notify the Company.  The worker is to be advised, again, that the refusal to submit to drug screening is a violation of the Project Safety Plan's drug, alcohol and other prohibited articles safety policy and that refusal will result in removal from the site.

Results of all drug screenings and analyses must remain strictly confidential.

Workers must report all injuries immediately to their supervisor, whether the injury requires medical treatment or first aid only.  Late reporting may result in denial of a claim.

## Random Testing Policy

R000329



University Hospitals Safety Plan

Drug screening analysis of workers and others on the project premises may be conducted on a random basis at periodic, unannounced intervals during the construction of the project, in accordance with State laws and applicable PLA's. Controlling employers shall advise their employee immediately prior to selection for Random testing and shall ensure workers submit to drug screening as soon as possible, and no longer than 1 hour from being notified. Controlling Employers must certify negative test results to the Company; otherwise worker shall not be permitted to return to the project premises

## ELECTRIC - TEMPORARY

All electrical work, installation and wire capacities shall be in accordance with the pertinent provisions of the National Electrical Code (most current version), ANSI and OSHA Standards.

All 120 volt, single phase, 15 & 20 amp temporary power circuits (with the exception of temporary lighting) shall have ground fault circuit interrupters installed. In addition all tools, cords and power sets shall have an assured equipment inspection program maintained on quarterly basis.

The color codes used for identifying inspected & tested equipment on this project are:

| January, February, March | White |
|---|---|
| April, May, June | Green |
| July, August, September | Red |
| October, November, December | Orange |

(NOTE: The cycle of colors is repeated for the next year)

Portable tools will have the appropriate color code affixed to the male (plug) end following inspection. Extension cords will have the appropriate color code affixed to both ends (plug & receptacle). The previous quarter's color code will be removed to avoid confusion.

When using permanent power, once established in new construction or in renovation work, Ground Fault Circuit Interrupters must be used in conjunction with the AEGC inspections.

All necessary open wiring must be made inaccessible to unauthorized employees or visitors and not be subject to damage. Open wiring is NOT acceptable for temporary lighting circuits. Lighting on barricades, fences, or sidewalk coverings shall be encased in metal raceway. Temporary lighting must have guards to prevent accidental contact with the bulb except where the bulb is deeply recessed in the reflector.

Temporary lights shall not be suspended by the cord unless the fixture was specifically designed in that manner. Portable electric lighting used in moist or other hazardous locations such as drums, tanks, vessels, bins, bunkers, etc., shall be operated at a maximum of 12 volts (non-explosive).

All shop lighting and portable task lighting shall have a cover and guard installed when in use or available for use.

Extension cords used with portable tools must be of a heavy-duty 3-wire type. Flat extension cords are prohibited. Damaged electrical cords shall not be used.

All extension cords will be suspended seven feet (7') above finish floor or work platform.

R000330



University Hospitals Safety Plan

Extension cords will not be fastened with staples, hung from nails, or suspended by non-insulated wire.

All non-current carrying parts of electrical equipment must be grounded or have an approved double-insulated setup. Grounded circuits must have enough capability to carry all currents likely to be imposed on it.

Contractor shall determine before operations start if there is any energized equipment or electrical circuit in the work area, which might have risk to the worker. Equipment and conductors that must be de-energized shall be identified to the Gilbane who will arrange to de-energize the equipment under the Lockout and Tagging procedure/system. Contractor shall use the project Lockout/Tagout procedure and strictly adhere to the use of this requirement. Gilbane will monitor adherence to the procedure on a regular basis.

All temporary power panels shall have covers installed at all times. All open or exposed breaker spaces shall be adequately covered, and labeled.

All electrical equipment and wiring in hazardous locations must conform to the National Electrical Code standards. The frames of all cutting, welding (arc, heli-arc, gas-plasma-arc) machines shall be grounded.

Fish tapes or lines made of metal or any other conductive medium are prohibited. Nonconductive tapes and lines will be used in their place.

All temporary wiring shall be effectively grounded in accordance with the National Electrical Code (Articles 305 and 310). All wiring used for temporary lighting shall be in accordance with the most recent NEC.

Defective Electrical Tools and Equipment - All electrical tools and extension cords found to be defective (Examples: missing or broken ground pins, exposed internal conductors) will immediately be rendered in-operative by cutting off the plug end or by immediately removing from the project.

Electrical tie-ins shall be conducted only on de-energized (locked out and tagged out) systems. If a condition makes this procedure impossible then a pre-task safety meeting with Gilbane is required.

All such "live work" shall conform to NFPA 70E, most recent edition.

## ELEVATED WORK (OTHER THAN FALL PROTECTION)

### Ladders

Manufactured ladders on the project shall comply with the regulations of ANSI-A14.1-1968 (or most recent version); Safety Code for Portable Wood Ladders or ANSI-A14.2-1972 (or most recent version), as required by OSHA. All ladders shall be used in the manner and for the purposes for which they were designed and constructed.

The side rails or extension shall extend 36 inches above the landing. When this is not possible, grab rails shall be installed. All ladders in use shall be tied, blocked, stabilized by a second worker or otherwise secured to prevent accidental displacement.

When working on/from a ladder at elevations greater than six (6') feet or more above the work surface, all ladders (including stepladders) must be tied, blocked, stabilized by a second worker or otherwise secured against accidental displacement. Where adequate anchorages are available, workers shall tie off using a Personal Fall Arrest System or utilize a different means of gaining access (i.e., scissor lift, scaffold, etc.).

R000331



University Hospitals Safety Plan

Portable metal ladders shall not be used.

## Scaffolding

All employees erecting, using and dismantling scaffolds shall be trained in the hazards present and the safe procedures to be followed to eliminate exposure to those hazards and shall be provided with fall protection when 6-feet or more above the next lower level.

## Concrete and Masonry

All equipment and materials used in concrete construction and masonry work shall meet the applicable requirements as prescribed in ANSI-A10.9-1970 (or most recent version)"Safety Requirements for Concrete Construction and Masonry Work."Stairways

Upon delivery to the project site all office trailers and material storage trailers shall be provided with stairway access to all doorways and shall have landings with railings which allow for at least 20 inches of clearance in front of any door swing.

Stairway placement shall follow placement of the upper floor deck, as soon as practical.Hoists and Elevators

Temporary personnel elevators and material hoists shall be constructed, installed and maintained in compliance with the manufacturer's instructions and the provisions of applicable statutes and regulations of governing authorities. No elevators or hoists are to be used for the movement of materials and personnel until the devices have been certified and licensed by a third party inspector qualified to approve the equipment. No person shall be allowed to ride on a material hoist except for the purposes of inspections and maintenance.

## ELEVATED WORK - FALL PROTECTION

A Fall Protection Plan must be developed by the contractor for all work with a fall exposure greater than 6-feet with a copy provided to Gilbane prior to start of work.

"Controlled Access Zones", "Safety Monitoring", and "warning Lines" are not permitted.

Personal Fall Arrest systems shall be worn and used by all workers when working six (6') feet or more above the ground/floor or whenever working in a precarious position, unless other adequate fall protection such as guardrails or safety nets are provided.

All lanyards are to be as short as possible, but in no event longer than six (6') feet. Shock absorbing lanyards must be used unless a Self-Retracting Lanyard is in use. Wire rope lanyards are prohibited unless approved by Gilbane.

Personal Fall Arrest System shall also be worn and attached to the manufacturer's approved anchorage when working in aerial lifts and to vertical drop lines when working from suspended scaffolding.

Only one individual shall use a vertical safety lines at a time.

When wire rope is used as a guardrail providing fall protection, all connections and splices shall be loop-type connection with a minimum of two (2) wire rope clamps when used as a guardrail. Turnbuckles shall be installed at suitable intervals to maintain the required tautness of the wire rope but in no instance less than one per side

When wire rope is used a horizontal lifeline, it shall be designed by a registered Professional

R000332



University Hospitals Safety Plan

engineer and installed and maintained by a competent person. It shall be designed, installed and maintained to meet, at a minimum, the requirements of OSHA as contained in 29 CFR 1926.502.

To eliminate the potential of a fall when working on a flat roof or deck, a warning barrier meeting the following requirements may be used 15 feet from the fall hazard. If a worker is between the warning barrier and the fall hazard, a positive means of fall protection must be used. Warning tape is not allowed as a warning barrier.

Warning barriers shall consist of ropes, wires, or chains, and supporting stanchions erected as follows:

The rope, wire, or chain shall be flagged at not more than 6-foot (1.8 m) intervals with high-visibility material;

The rope, wire, or chain shall be rigged and supported in such a way that its lowest point (including sag) is no less than 34 inches (.9 m) from the walking/working surface and its highest point is no more than 39 inches (1.0 m) from the walking/working surface;

After being erected, with the rope, wire, or chain attached, stanchions shall be capable of resisting, without tipping over, a force of at least 16 pounds (71 N) applied horizontally against the stanchion, 30 inches (.8 m) above the walking/working surface, perpendicular to the warning line, and in the direction of the floor, roof, or platform edge;

The rope, wire, or chain shall have a minimum tensile strength of 500 pounds (2.22 kN), and after being attached to the stanchions, shall be capable of supporting, without breaking, the loads applied to the stanchions as prescribed in paragraph (f)(2)(iii) of this section; and

The line shall be attached at each stanchion in such a way that pulling on one section of the line between stanchions will not result in slack being taken up in adjacent sections before the stanchion tips over.

Steel Erection - Refer to Section entitled "Steel Erection".

Precast/Prestressed Concrete - Refer to Section entitled "Precast/Prestressed Concrete.

## EMERGENCY PROCEDURES - MEDICAL – BLOOD-BORNE PATHOGENS

The Occupational Safety and Health Act (OSHA) 1910.1030, requires that each employee exposed to blood and other infectious materials be advised of the potential Blood-borne pathogen hazards and how to guard against those hazards. Each contractor, and each sub-contractor, whose employees are occupationally exposed to blood and other potentially infectious materials (including all body fluids in situations where it is difficult or impossible to differentiate between body fluids, etc.) must develop a list of all such tasks on the project; instruct the employees in the potential risks involved; develop a labeling system for all infectious materials; train all potentially exposed personnel in the hazards and the proper controls for all listed tasks; provide safety materials and equipment; and offer appropriate medical treatment and advice for any exposure.  These steps are outlined in detail in the following material. Employee training for this requirement will be documented and acknowledged by signatures following each session using the documentation statement included in this Blood-borne Pathogen Safety Program.

### Exposure Control Plan

Every contractor will be responsible for development and maintenance of a list of tasks within

R000333



University Hospitals Safety Plan

the project operations, which involve occupational exposure to blood and other infectious materials. Each contractor will be further responsible for training their employees, obtaining medical services for their employees, and maintaining medical records for their employees assigned to all such hazardous tasks. One copy of the list identifying the hazardous tasks and of each employee assigned to perform those tasks will be forwarded to Gilbane.

Employees will be allowed access to this Blood-borne Pathogen Safety Program and to information regarding those specific tasks in their work areas identified as involving exposure to blood and other infectious materials. All questions relating to the contractor's program should be directed to the contractor's superintendent or safety officer. All questions relating to the Project Safety Plan are to be directed to Gilbane.

**Employee Information and Training**

All new and present employees will be given information regarding the requirements of this Blood-borne Pathogens Safety Program; the hazardous tasks present in their work place; and the potential health risks of these tasks. This requirement must be met through orientation sessions for all employees prior to assignment to the specifically identified hazardous tasks, and through annual refresher courses for all employees currently performing those tasks. The information and training shall include the following elements:

The risks and symptoms of exposure to Blood-borne pathogens shall be identified.

How to determine the presence of blood or other infectious materials in the work place.

Methods to be used to reduce or prevent the exposure to blood and other infectious materials, such as control procedures, work practices, or personal protective equipment.

Procedures to follow in the event of an exposure to blood or other infectious materials.

Identification of the log maintained in the project office in which is listed all tasks involving occupational exposure to blood and other infectious materials on the site.

How to review tasks to minimize the potential hazards of infection.

When a task involves the handling of blood and other infectious materials, how those materials are to be contained, labeled and properly disposed.

The necessity for proper housekeeping and personal hygiene techniques including hand washing shall be emphasized.

Employees must have the opportunity to ask questions and obtain answers from the trainer who must be knowledgeable in the subject matter.

**Container Labeling and Disposal**

The Contractor and Gilbane, will verify that all containers used to store or transport blood and other infectious materials generated at the site are clearly labeled with warning labels which include the orange or orange-red biohazard symbol, and indicate the contents, the hazards involved, and the name and address of the project. Red bags or containers may be used instead of labeling, but employees specifically trained in this program shall control the management of these receptacles. The Contractor and Gilbane will ensure that all secondary containers of the blood and other infectious materials have clear warning labels with the same information as the original container. Each contractor's superintendent, or safety representative if one is assigned, shall perform the above responsibilities for all their materials generated.

All containers of blood and other infectious materials shall be controlled until delivered to an authorized disposal facility for incineration or decontamination by legally approved means. Arrangements may be made with a local hospital to receive and dispose of limited quantities of

R000334



University Hospitals Safety Plan

these regulated wastes in cases of first-aid treatment.  Each contractor shall be responsible for proper disposal of all regulated wastes generated by their work.

## Hazardous Non-Routine Tasks and Nearby Work

In the event an employee is assigned to perform a non-routine task, or is assigned to work in an area where a hazardous task non-routine to their work, is being performed, the employee will be given the additional information and training related to the hazards, which may be encountered in the non-routine task.  This information and training will be provided as described elsewhere in this program by the first-line foreman, contractor safety representative or a trainer who must be knowledgeable in this subject.  The information will include the specific hazards of the task, the controls and protective measures required, the types of personal protective equipment required, how to use the equipment, the nature of other work being performed in or near the non-routine task, and what emergency procedures are involved with the task.

## Universal Precautions

To ensure that employees who work on tasks presenting an exposure to blood and other infectious materials are afforded the greatest protection available, the following policy has been established:

Prior to starting work on any task involving blood and other infectious materials, all employees will review safety precautions, which should be taken.  Universal precautions shall be observed which means treating all blood and other potentially infectious materials as if infectious.  Particular attention shall be given to contaminated sharp objects which may penetrate the skin including, but not limited to, needles, broken glass, and exposed ends of wires.  Work practices and engineering controls shall be followed diligently including the provision and use of the following:

Gloves, latex.

Masks and eye protection.

Resuscitation bags and mouthpieces.

Gowns, aprons or specialized clothing where required by established engineering practices.

Hand-washing facilities, and other decontamination where required by established engineering practices.

Trained personnel following approved procedures shall conduct decontamination of the above personal protective items.  Disposable items shall be discarded into red bags or properly labeled containers and delivered for disposal as required elsewhere in this program.  Items, which are reusable and any work areas, which were contaminated by blood and other infectious materials, shall be cleaned and disinfected with a solution containing a strong concentration of chlorine bleach.

## Audit and Review

It will be the responsibility of Gilbane to review the entire Blood-borne Pathogen Safety Program at least annually, and revise and update the material contained herein to reflect all changes in the management, disposal, storage, and handling of blood and other infectious materials generated at the project site.  It will be the further responsibility of Gilbane, to periodically audit procedures in use on tasks identified as exposing employees to blood and other infectious materials in order that they meet the requirements as set forth in the OSHA 1910.1030 standards.  Each contractor's superintendent or safety representative shall perform the above responsibilities for all of their tasks and procedures.

R000335



University Hospitals Safety Plan

## Hepatitis B Vaccination

Hepatitis B vaccinations shall be made available to all employees who have occupational exposure to blood within ten (10) working days of assignment, at no cost, at a reasonable time and place, under the supervision of a licensed physician or health care professional and according to the latest recommendations of the U.S. Public Health Service (USPHS). Prescreening may not be required as a condition of receiving the vaccine. Employees must sign a declination form if they choose not to be vaccinated, but may later opt to receive the vaccine at no cost to the employee. Should booster doses later be recommended by the USPHS, employees must be offered them.

## Post-Exposure Evaluation and Follow-Up

OSHA standard 1910.OSHA standard 1910.1030 specifies detailed procedures to be made available to all employees who have had an exposure incident. An accredited laboratory at no cost to the employee must conduct these procedures and any laboratory tests. Follow-up procedures must include a confidential medical evaluation documenting the circumstances of exposure, identifying and testing the source individual if feasible, testing the exposed employee's blood with the employee's consent, post-exposure prophylaxis, counseling and evaluation of reported illnesses. Health care professionals must be provided specific information to facilitate the evaluation and their written opinion on the need for hepatitis B vaccination following the exposure. Information such as the employee's ability to receive the hepatitis B vaccine must be supplied to the employer. All diagnoses must remain confidential.

## Record keeping

Medical records shall be maintained on each employee, with occupational exposure to blood and other infectious materials, for the duration of employment plus thirty (30) years. Medical records must be made available to the subject employee, anyone with written consent of the employee, OSHA and NIOSH. Medical records are not available to the employer. Disposal of medical records must be in accord with OSHA's standard covering access to records. These employee medical records must be confidential and must include the following information:

Employee's name and social security number.

Hepatitis B vaccination status, including dates.

Results of any examinations, medical testing and follow-up procedures.

Copy of the health care professional's written opinion.

Copy of the information provided to the health care professional.

Training records shall be maintained for a period of three years and must include the dates, contents of the training program or summary, trainer's name and qualifications, names and job titles of all persons attending the sessions.

## EMERGENCY PROCEDURES - MEDICAL SERVICES

### Contractor's Responsibilities

Prior to commencement of work, provisions must be made for prompt medical attention in case of serious injury. Each contractor shall have a minimum of one First Aid/CPR trained individual on the project and inform Gilbane of their name.

Ensure that adequate first aid supplies shall be easily accessible when required.

Provide proper equipment for prompt transportation of the injured person to a physician or hospital, or a communication system for contacting necessary ambulance service.

R000336



University Hospitals Safety Plan

Telephone numbers and addresses of the physicians, hospital and ambulance shall be conspicuously posted.

Contractor shall complete and provide to Gilbane an "Employer's First Report of Injury" within 24 hours of any/all incidents involving work activities associated with the project. Contractors are advised to maintain their own OSHA 300 Log as an OSHA requirement.

Contractor shall ensure that each of its lower-tier contractors meet these medical requirements.

If the injured employee is released by the doctor for light or restricted work duty, the Contractor shall make available restricted duty work for the injured employee.

Each occupational illness or injury shall be reported immediately by Contractor's employee to Contractor's first aid attendant and Gilbane.

Contractor's first aid attendant or other competent person shall treat the injured employee as often as necessary to ensure complete recovery, or until a decision is made to seek medical treatment.

Contractor must provide for the prompt transportation of the injured person to a hospital or other emergency facility.

A representative of the Contractor shall drive the injured employee to the medical facility and remain at the facility until the employee is ready to return.  Contractor's representative shall carry necessary forms; i.e., authorization slips, return to work notices to the medical facility

If it is necessary for the Contractor's first aid attendant to accompany the injured employee, provisions must be made by Contractor to have another employee, properly trained and certified in first aid, available to render same during the absence of the regular first aid attendant.

If the employee is able to return to the project site the same day, he/she must return with a statement from the doctor stating same and containing such information as date, employee's name, date of return to regular or restricted duty, date he/she is to return to doctor, diagnosis, signature and address of doctor.  If the injured employee is unable to return to the project site the same day, the employee who transported him/her should bring this information back to the project site and report it to Gilbane.

If it is necessary to call the outside medical facility, this call should be made by Gilbane Project Manager while the injured employee is being transported.

Medical cases requiring ambulance services would be such cases as severe head injuries, amputations, heart attacks, severe bleeding, stopped breathing, etc.  Should ambulance service be necessary, the following procedures should be taken immediately:

Contact Contractor first aid attendant or nearest employee properly trained and certified in first aid.

While first aid is being administered, contact Gilbane immediately.

## EMERGENCY PROCEDURES - ALARMS, FIRE, BOMB, WEATHER, ENVIRONMENTAL, PUBLIC DEMONSTRATION

In order that necessary emergency services may be supplied promptly, each contractor and sub-contractor shall post in a conspicuous place a list of emergency telephone numbers along with the type of information to be transmitted for each emergency situation.

All accidents are to be handled by the ranking person present, with whoever is available to assist. The ranking person shall direct someone to notify first-aid personnel, and to call for emergency services as necessary. The Project Superintendent is to be notified as soon as this

R000337



University Hospitals Safety Plan

can be done without delaying assistance to the injured. He will then take appropriate action.

In accidents resulting in injury to personnel, individuals qualified to administer first-aid will assist the injured, will stabilize their condition, and will arrange for transportation to a hospital if further treatment is required.

Except when necessary to avoid further injury, or to prevent additional damage to the work, equipment will not be moved, or the position of items, parts, pieces, controls, etc. will not be changed until photographs have been made and notes taken by the Project Superintendent or the person designated to make the investigation and report. As soon as the Project Superintendent can release the area from this constraint, contractors concerned will clean up and make repairs to return to a normal situation.

Where a specific procedure has not been established, reasonable judgment should be used in determining what course to follow.

**Alarms**

Gilbane shall be notified of all emergencies and notify the appropriate emergency service of the incident and initiate appropriate action.

Fire alarms within the area of new construction will consist of three short blasts on an air horn or other suitable alarm located at the means of egress, stairway, ladder, or building entry. Telephone notification of the fire department will be initiated immediately after sounding the air horn alarm. Telephones are available in the project site office. Radio contact with the project site office and Gilbane shall be used to inform all concerned regarding the fire.

A continuous long blast on the air horn may be used to summon first aid assistance in the event of an accident.

**Fire**

The following procedures are established in the event of a fire. "RACE"

|   |   |
|---|---|
| R | Rescue... anyone in immediate danger. |
| A | Alarm... activate pull station; go to an internal University Hospitals phone and dial 5555 |
| C | Contain... close doors and windows, isolate the fire. |
| E | Extinguish... use correct extinguisher. |

**Accident Involving Serious Injury or Death**

The following procedures are established in the event of an accident involving serious injury or death to employees or members of the general public.

Individuals qualified to administer first-aid will assist the injured, will stabilize their condition, and will arrange for transportation to the hospital emergency room if further treatment is required. Dial 4357 on an internal University Hospital phone to request medical assistance for injuries.

Gilbane is to be notified immediately. Immediate notification (within 8 hours) of the local OSHA office is required in the event of a fatality or serious injuries, which may lead to a fatality.

All non-essential personnel shall be removed and/or kept back from the area.

Rescue personnel shall be provided assistance as requested.

No comments shall be made. All inquiries shall be referred to the Project Manager.

No on-site photographs are to be taken without the specific approval of the Project Manager and the Project Superintendent.

R000338



University Hospitals Safety Plan

Gilbane shall make a full investigation and file an Accident/Injury Report within twenty-four (24) hours of the occurrence.

Within the immediate area of the accident scene, nothing is to be disturbed nor removed after proper evacuation of the injured personnel. Except when necessary to avoid further injury, equipment will not be moved, or the position of items, parts, pieces, controls, etc. will not be changed until photographs have been made and notes taken by the Project Superintendent or other person designated to make the investigation and report.

As soon as Gilbane can release the area from the above constraint, contractors concerned will clean up and make repairs to return to a normal situation.

**Property Damage Accidents**

The following procedures are established in the event of accident involving property damage.

Gilbane is to be notified as soon as this can be done without delaying efforts to prevent further damage. He will then take appropriate action and direct other personnel to assist as necessary.

Efforts shall be taken to protect against further damage where possible.

All non-essential personnel shall be removed and/or kept back from the area.

No comments shall be made. All inquiries shall be referred Gilbane.

No on-site photographs are to be taken without the specific approval of Gilbane

Gilbane shall make a full investigation and file an Accident/Injury Report within twenty-four (24) hours of the occurrence.

Within the immediate area of the accident scene, nothing is to be disturbed nor removed after proper evacuation of the injured personnel. Except when necessary to avoid further injury, equipment will not be moved, or the position of items, parts, pieces, controls, etc. will not be changed until photographs have been made and notes taken by Gilbane.

As soon as Gilbane can release the area from the above constraint, contractors concerned will clean up and make repairs to return to a normal situation.

**Severe Weather**

The following procedures are intended to prepare the project site in the event of severe weather conditions. Since severe weather may be reasonably anticipated to occur during the duration of the project, yet without significant advance warning, all work activities and project site conditions must be planned with a concern for emergency preparations.

Each contractor, at the time of mobilization, shall deliver to Gilbane a complete list of the contractor's supervisors with the complete after hours telephone numbers. The list shall be kept current and shall be updated accordingly.

Each contractor shall insure that his field trailers and his sub-tier contractors' field trailers are anchored in at least three locations.

Upon notification of a Severe Weather Watch by the U. S. Weather Bureau, the following actions are to be initiated.

Each contractor having on-site generators which are fuel-powered are requested to notify Gilbane of the numbers and wattage. Generators may be needed to provide temporary power for rescue or clean-up activities.

All materials shall be secured to prevent them from becoming air borne during high winds. Particular attention needs to be given to picking up scrap materials and hauling or covering

R000339



University Hospitals Safety Plan

trash containers.

Crawler and mobile cranes shall have booms lowered at the end of the shift. Cranes not capable of lowering booms shall be permitted to weathervane or free swing. Check to assure that swinging booms will not contact other objects such as power lines, structures, etc.

Sufficient flashlights, batteries, and bulbs shall be provided to assigned emergency response personnel. A supply of fresh batteries shall be maintained at the project for use in an emergency response.

**Other Major Catastrophe**

Examples of other major catastrophes include:

Major fire.

Collapse of large portions of structures or large sections of scaffolds.

Heavy damage by wind or floods.

University Hospitals's security or local authorities will be provided with an emergency call list to summon Gilbane's and the contractor's personnel to the site in the event of a major catastrophe outside working hours, on Saturdays or Sundays, etc.  The Gilbane Project Superintendent or his best-qualified alternate will cooperate fully with the directives of the hospital staff or local emergency authorities in the event of a major catastrophe. He will take any or all of the following actions as appropriate.

Initiate fire fighting, tie down building, etc.

Call for assistance from outside:  fire trucks, ambulances, electricians, life flight helicopters, Civil Defense Support, police.

Stop work.

Call for site evacuation, to clear site access roads.

Issue instructions to supervisors and to others as necessary.

Set up security control at the disaster area.

Set up communications center in site trailers:  radio/telephone.

Call in operators for heavy equipment such as front loaders, cranes, etc.

Other actions considered necessary in the particular situation.

**Bomb Threat**

When a bomb threat is received or if a suspicious article is found, Gilbane will take the following actions.

Work shall be stopped immediately and the project and office shall be evacuated of all personnel. A count will be made to assure that all are present.

Local police, fire or bomb disposal authorities shall be notified. A search of the premises will be made as directed by appropriate authorities.

If a suspicious article is found, DO NOT TOUCH IT, notify the appropriate authorities.

Do not allow anyone except authorized personnel to re-enter the area.

If necessary to stop or detour traffic away from the affected area, local police or flagmen shall be utilized.

No comments shall be made. All inquiries shall be referred to Gilbane.

No on-site photographs are to be taken without the specific approval of Gilbane

R000340



University Hospitals Safety Plan

Gilbane shall make a full investigation and file a report within twenty-four (24) hours of the occurrence.

If repeated threats occur within a short period of time, Gilbane, will evaluate the situation and take appropriate action. This action may include shutting down the project site for that day.

**Environmental Spill**

In the event of a spill of environmentally damaging materials, immediate response is required to prevent or minimize the impact this event will have upon the environment and the public welfare. All personnel shall continue to observe standard precautions for handling the materials as detailed in the manufacturer's product Material Safety Data Sheet (MSDS), including the use of personal protective equipment. Where conditions warrant, the contractor shall have emergency spill containment supplies available for immediate use. The following general procedures apply to the immediate response which must be initiated:

Immediately, all personnel in the immediate area of the release shall be alerted to the hazardous material and the nature of the immediate danger to themselves and the environment. As soon as possible, Gilbane shall be notified and requested to initiate emergency containment and clean up procedures.

The Local Fire Department shall be notified to mobilize their hazardous materials response units and shall be given the necessary information regarding the materials, which were released.

If safe to do so, every effort shall be made to contain the materials within berms, by absorbent materials, or through other appropriate means, until proper handling and disposal personnel may be mobilized at the site. Particular attention needs to be taken to avoid contamination of surface water, storm sewers, sanitary sewers, ground, plants and animals.

All non-essential personnel shall be removed and kept back from the area.

No comments shall be made. All inquiries shall be referred to the Project Manager.

No on-site photographs are to be taken without the specific approval of the Project Manager and the Project Superintendent.

Gilbane shall make a full investigation and file an Accident/Injury Report within twenty-four (24) hours of the occurrence.

Within the immediate area of the accident scene, nothing is to be disturbed nor removed after proper evacuation of the injured personnel. Except when necessary to avoid further injury, equipment will not be moved, or the position of items, parts, pieces, controls, etc. will not be changed until photographs have been made and notes taken by the Project Superintendent or other person designated to make the investigation and report.

Purchasing shall be notified to initiate the response of available environmental remediation contractors who are under standby contract.

As soon as the environmental remediation contractor has cleared the site, the Project Superintendent will release the area for contractors concerned to clean up and make necessary repairs to return to a normal situation.

**Public Demonstrations**

When a public demonstration is expected or occurs, Gilbane will take the following actions.

Work on the project site shall continue where not encumbered by the public demonstration; however work in the immediate area shall be stopped and all project employees shall be evacuated. A count will be made to assure that all are present.

R000341



University Hospitals Safety Plan

Local police shall be notified, and all employees shall cooperate fully with the law enforcement authorities.

Do not allow anyone except authorized personnel to enter the project site. All visitor passes are revoked and all visitors shall be escorted from the project site.

If necessary to stop or detour traffic away from the affected area, local police or flagmen shall be utilized.

No comments shall be made. All inquiries shall be referred to the Project Manager.

No on-site photographs are to be taken without the specific approval of Gilbane.

Gilbane shall make a full investigation and file a report within twenty-four (24) hours of the occurrence.

If repeated public demonstrations occur within a short period of time, Gilbane will evaluate the situation and take appropriate action. This action may include shutting down the project site for that day or obtaining a judicial restraining order.

## ENVIRONMENTAL - ASBESTOS

Occupational Safety and Health Administration (OSHA) regulations have been promulgated to protect workers from exposure to airborne asbestos fibers. Under the Asbestos Control and Licensing Act, a contractor must be licensed by the Department of Labor and the State in which the work is being performed in order to remove asbestos.

**Notification** - Before starting asbestos removal work, the United States Environmental Protection Agency (USEPA) and the Local Department of Environmental Management must be notified in writing by the contractor and appropriate permits must be on file. Gilbane and/or its agent will verify this information by way of contract requirements.

**Training** - Employees of the contractor must be appropriately trained and licensed prior to the removal of any asbestos contaminated material. Any contractor's employees who may be exposed to Asbestos must be trained in the recognition of hazards and appropriate controls.

**Posting** - The asbestos material removal area shall be cordoned-off to discourage entry. Appropriately worded caution signs must be posted at all approaches to the area at such interval to allow individuals to take any necessary protective steps before entering the removal area.

**Asbestos Handling** - The encapsulation, removal and/or disposal of ACM shall be performed by a Contractor licensed to do such work in which the work is being performed and in accordance with all applicable Federal, State and Local Regulations per approved abatement plans.

**Work Practices** - Asbestos containing materials shall be worked in a wet state sufficient to prevent the emission of airborne fibers in excess of the permissible exposure limits. Work areas are to be adequately protected, through appropriate type enclosures, so as to ensure that no asbestos contaminated material will be permitted to leave the controlled area.

**Personal Protective Equipment** - In instances where re-usable clothing is used, the following precautions must be followed:

Contaminated clothes must be appropriately bagged and labeled. Notification and transportation to authorized laundries and haulers.

R000342



University Hospitals Safety Plan

All employees working in asbestos removal areas shall wear appropriate personal protective equipment.

**Cleanup** - There shall be no dry sweeping of asbestos material.  Use floor coverings to prevent debris from falling to lower floors and to speed up house-keeping.

Labeling and Waste Disposal - Appropriately worded labels must be affixed to all materials, waste, debris, etc., containing asbestos friable materials.  Asbestos waste and/or asbestos contaminated material must be collected and discarded in sealed, labeled, impervious containers by contractor.

The following label content is acceptable to both the EPA and OSHA:

> **CAUTION**
>
> **CONTAINS ASBESTOS FIBERS**
>
> **AVOID CREATING DUST**
>
> **BREATHING ASBESTOS DUST MAY**
>
> **CAUSE SERIOUS BODILY HARM**

Gilbane shall be provided with copies of all air monitoring reports and certified disposal receipts prior to final payment.

## ENVIRONMENTAL – LEAD

### Lead Painted Components

Lead based paint can possibly be identified on numerous surfaces throughout these facilities. In keeping with the requirements of the Occupational Safety & Health Administration's (OSHA's) Lead Exposure in the Construction Industry Standard (29 CFR 1926.62), every painted surface shall be considered a potential lead hazard.

A potential source of lead emission is the disturbing of painted surfaces of structures and components within these facilities. Typical activities that would significantly disturb a painted surface include the following:

Removal of all or part of the paint by hand or power tools

Removal of all or part of the paint by blast cleaning

Removal of all or part of the paint by other means such as the use of chemical strippers or a heat gun

Structural work to the surface such as welding, burning, cutting, or drilling

Manual demolition of buildings, portions of buildings, or the building components.

The primary consideration when specifying work methods shall be the requirement to protect workers from exposure to lead above the Permissible Exposure Limit (PEL).   Further considerations when specifying work methods shall be the effort to reduce the release of lead into the air, water and soil, and to reduce to a minimum the generation of debris.

At all times when activities which disturb paint are in process, the Site competent person for lead shall have unrestricted access to the work area for inspection, and shall have the authority to stop work when the control measures being utilized are not as specified in this section or the OSHA Standard, if the control measures are not adequately controlling exposures or if other hazards are identified which require work to be stopped.

All air monitoring conducted by the Site competent person for lead or other qualified

R000343



University Hospitals Safety Plan

representative shall be performed in accordance with the OSHA Standard.

Detailed and accurate records of all monitoring and other relevant data used in conducting employee exposure assessments shall be kept and maintained in accordance with the OSHA Standard.

Signs shall be posted in each work area where work on painted surfaces disturbs the paint in such a way so as to expose personnel to lead contaminated dust, debris, or lead fumes.  At minimum they shall read:

**WARNING**

**LEAD WORK AREA**

**POISON**

**NO SMOKING OR EATING**

All worker protection requirements will, at minimum, meet the current OSHA Standard.  These requirements include but are not limited to:

Signage, Barriers & Access

Exposure Monitoring

Respiratory Protection

Medical Surveillance & Records

Education & Training

Decontamination & Clearance

All work involving lead removal or re-coating shall be conducted in a manner that minimizes the release of lead and lead containing materials into the air, water, and soil.

All lead containing hazardous wastes that are generated shall be contained, collected, segregated, labeled and held at a location

Designated or approved by University Hospitals or Gilbane Building Co. pending the appropriate disposition.

Contractor shall provide for proper disposal of waste, including EPA identification number, notification, certification, manifest, etc.

All waste containers must be leak proof and capable of being securely covered.

All waste containers shall be clearly labeled with weather resistant labels using indelible ink to identify the type of waste they contain.

## ENVIRONMENTAL - ON-SITE HAZARDS

Material that is designated as a hazardous substance requires special attention by the Contractor and workers to minimize the exposure.  A plan addressing the proper handling, storage and disposal of hazardous material must be developed. Gilbane and University Hospitals, must be immediately notified of any hazardous material leak or spill.  Any Contractor-caused oil spills must be reported immediately to Gilbane.

## ENVIRONMENTAL - SILICA

Contractors shall submit their silica protection program for review by Gilbane prior to the pre-construction conference.  As a minimum the contractor's silica protection program shall comply with OSHA regulations and shall address the following items:

R000344



University Hospitals Safety Plan

Statement of the contractor's commitment to prevent silicosis and to comply with OSHA's standards.

Description of air monitoring to determine the silica levels generated by tasks to provide a basis for:

    Selecting engineering controls,

    Selecting respiratory protection,

    Selecting work practices to reduce dust, and

    Determining if a medical surveillance program is necessary.

Description of engineering controls which are proposed for the project to eliminate or reduce the amount of silica in the air and the build-up of dust on equipment and surfaces.

Description of less hazardous materials than crystalline silica which are proposed for abrasive blasting and automatic blast cleaning machines or tools to be utilized.

Description of high-efficiency particulate air filter vacuums to be used by employees and work practices to vacuum, hose down, or wet clean work areas and equipment.

Description of warning sips and other barriers proposed to identify work areas where respirable silica may be present and to limit access to only authorized employees.

Description of personal protective equipment and clothing to be provided to employees and changing facilities if necessitated by the level of silica dust exposure.

Certification of training provided to employees about health effects of silica exposure, engineering controls and work practices that reduce dust, the importance of maintenance and good housekeeping, as well as the proper type and fitting of respirators; and include a statement that the employee is or is not enrolled in a medical surveillance program.

## ENVIRONMENTAL - POWERED EQUIPMENT INSIDE ENCLOSED STRUCTURES

If internal combustion engines are used on powered equipment in enclosed areas, the contractor is responsible for monitoring the quality of breathing air for harmful contaminants and adequate oxygen and is responsible for providing adequate ventilation.

## EXCAVATION

The contractor must designate a competent person trained in soil classification and the recognition of trenching and excavation hazards. This person must be on-site when excavating or trenching is being done.

Appropriate documentation to meet the OSHA trenching and excavation standards is to be maintained on site.

Where protective systems as defined in 29 CFR 1926.650-652 are designed by a licensed Professional Engineer, who is not a regular Gilbane employee, the resulting design documents must be reviewed by Gilbane prior to the commencement of the work to assure that the documents set forth the accurate and complete assumptions (as set forth in the current, applicable contract specifications) upon which the design is based.

Prior to opening any excavation or trench an excavation permit from Gilbane is required. Contractor shall notify necessary personnel to determine whether under-ground installations; i.e. sewer, telephone, fuel, electric lines, etc., may be encountered and where they are located. Excavation permits shall be required on a daily basis while the excavation is open.

Trenches 4 feet and over in depth or presenting a hazard to the worker shall be shored or walls

R000345



University Hospitals Safety Plan

cut back to protect employees from cave-in.

All trenches and excavations shall be properly barricaded to prevent persons from walking into them.

When an excavation will remain open longer than one work shift, a barrier sufficient to protect people from falling into the excavation or erected at a minimum of 6-feet from the excavation in order to warn of the fall hazard must be erected and maintained for the time duration that the excavation remains open.

Excavation contractors will provide a spill kit for use on site in the event of a hazardous material spill.

Drilled caissons will have fall protection provided both during and upon completion of the drilling by use of personal fall protection, guardrails or use of casing extending a minimum of 42 inches above the ground.

## EYE AND FACE PROTECTION

Appropriate eye protection meeting the requirements of ANSI Z87 (most recent version) with side shields are required to be worn in a manner to protect the eyes while in construction areas at all times.

In addition, approved eye and face protection is required as follows:

Goggles, welding hoods and shields, or face shields will be required to be properly worn at all times when in the area of operations, such as when welding, burning, grinding, chipping, chemical handling, corrosive liquids or molten materials, drilling, sawing, driving nails, power actuated tools, concrete pouring, tampers and gasoline fueled hand operated equipment (i.e. chain saws). This section will also apply to those employees of Contractors who are assisting any worker as an apprentice or helper.

Prescription glasses must meet the requirements of ANSI Z87 (most recent version), or be covered with over-the-glass safety glasses or face shield.

## FIRE PROTECTION

Contractor shall be responsible for fire protection in its work and operational areas, including offices, tool rooms, and storage areas twenty four (24) hours per day, seven days per week through the duration of this Contract.

The contractor, as required by OSHA and the local fire protection code, must provide appropriate fire suppression equipment.

The contractor for all Hot Work Operations will provide a fire watch and at least one fire extinguisher of appropriate size & type.

A minimum 20 pound multi-purpose ABC extinguishers are allowed on the project.

Only safety containers approved by UL and the local Fire Marshall, and properly labeled as to their contents, are to be used for handling and/or storage of flammable liquids in quantities more than one gallon.

All tarpaulins and plastic used for temporary covers shall be of fire resistant manufacture.

## HAND PROTECTION

General requirements. Employers shall select and require employees to use appropriate hand protection when employees' hands are exposed to hazards such as those from skin absorption

R000346



University Hospitals Safety Plan

of harmful substances; severe cuts or lacerations; severe abrasions; punctures; chemical burns; thermal burns; and harmful temperature extremes.

Selection. Employers shall base the selection of the appropriate hand protection on an evaluation of the performance characteristics of the hand protection relative to the task(s) to be performed, conditions present, duration of use, and the hazards and potential hazards identified.

Refer to Appendix B Hand Protection Reference for additional information

## HAZARD COMMUNICATION PROGRAM

The Occupational Safety and Health Act (OSHA) requires that each employee potentially exposed to hazardous chemicals be advised of the potential hazards and how to guard against those hazards. Each contractor whose employees are potentially exposed to hazardous chemicals must develop a list of all such chemicals used on the project; gather material safety data sheets (MSDSs) for those materials; develop a labeling system for all materials; and train all potentially exposed personnel in the hazards and their controls for all listed compounds. These steps are outlined in detail in the following material. Employee training for this requirement will be documented and acknowledged by signatures following each session using the acknowledgment statement found at the end of this section.

### Material Safety Data Sheets (MSDSs)

Every contractor will be responsible for development and maintenance of a list of hazardous chemicals utilized within the project operations and will be further responsible for obtaining and maintaining MSDSs for all such hazardous chemicals. Employees will be allowed access to this information and the specific MSDSs for chemicals utilized in their work areas. All questions relating to the program should be directed to the contractor's superintendent or safety representative. A copy of each MSDS will be delivered to Gilbane prior to work starting involving that substance.

### Employee Information and Training

All new and present employees will be given information regarding the requirements of the Chemical Hazard Communication Program; the hazardous chemicals present in their work place; and the physical and health risks of these chemicals. This requirement may be met through orientation sessions for new employees, and refreshers for all during toolbox talks. The information and training will also include the following elements:

The symptoms of overexposure to the chemicals.

How to determine the hazardous presence or release of a chemical in the work place.

Methods to reduce or prevent the exposure to hazardous chemicals, such as control procedures, work practices, or personal protective equipment.

Procedures to follow in the event of an exposure to hazardous chemicals. The location of the log containing the MSDSs, which apply to their work place and the location of the written Chemical Hazard Communication Program.

How to review MSDSs to obtain the hazard information for the chemical, and how to read the labels, which are required on the chemical containers. When a new hazardous chemical is obtained for use, each employee who could be exposed will be given the information and training as described above, and a copy of the MSDSs for the chemical will be obtained and distributed to those who actually use the chemical in the work place. The MSDSs will be available to all employees during each work shift.

R000347



University Hospitals Safety Plan

Proper disposal procedures of waste materials shall be enforced. Labeling of waste containers and disposal of all hazardous materials by a licensed disposal facility is required.

## Container Labeling

All chemical containers at the site must be clearly labeled as to the contents, the hazards involved, and the name and address of the manufacturer. All secondary containers of hazardous chemicals are to be clearly labeled with the same information as the original container. Each contractor's superintendent or safety representative shall perform the above responsibilities for all their materials.

## Hazardous Non-Routine Tasks and Nearby Work

In the event an employee is assigned to perform, or is assigned to work in an area where a hazardous task, non-routine to their work, the employee will be given the additional information and training related to the hazardous chemicals which may be encountered in the non-routine task. The first-line foreman, contractor superintendent, or contractor safety representative will provide this information and training. The information will include the specific chemical hazards of the task, the controls and protective measures required, the types of personal protective equipment required, how to use the equipment, the nature of other work being performed in or near the non-routine task, and what emergency procedures are involved with the task.

## Demolition

To the best of University Hospitals's knowledge, there is no asbestos, lead, polychlorinated biphenyl (PCB), or hazardous materials anywhere in the designated work areas. AIA-A201 Subparagraph 10.1.2 applies: Contractor shall stop the Work if material reasonably believed to be asbestos, lead, polychlorinated biphenyl (PCB), or hazardous materials is encountered in the Work area.

## Chemicals in Unlabeled Pipes, Vessels and Containers

To ensure that employees who work on unlabeled pipes, vessels or containers have been informed as to the hazardous materials contained within, the following policy has been established:  Prior to starting work on unlabeled pipes, vessels or containers, employees are to contact their foreman for the following information:

Type of chemical in the pipe, vessel or container.

Potential hazards.

Safety precautions which should be taken.

## Audit and Review

It will be the responsibility of each contractor's superintendent and safety representative to review the entire Hazard Communication Program, and to revise and update the material contained herein to reflect all changes in the purchase, use, storage, and handling of hazardous chemicals at the project site. It will be the further responsibility of the superintendent and safety representative to periodically audit that procedures in the use of the hazardous chemicals meet the requirements as set forth in the MSDS's.

## HAZARD ANALYSIS

Prior to beginning work, each contractor shall prepare a hazard analysis that defines the activities to be performed and identifies the sequence of the work, the specific hazards, and the methods to be used to eliminate or minimize each hazard. The hazard analysis shall be

R000348



submitted prior to, and will be reviewed during the pre-construction meeting by Gilbane, and the contractor's supervisors and safety representative. The hazard analysis shall be written in a form acceptable to Gilbane.

Hazard Analysis shall be done when the scope of the work or conditions change.

Each Contractor Foreman will inform their work crew of the Hazard Analysis for their work activity each day prior to start of work or when conditions change.

Each contractor shall submit for review by Gilbane a site specific safety program which addresses all the elements of this safety plan as they will be implemented by the contractor, its contractors, vendors and suppliers. The hazard analysis will be included as an appendix to the contractor's site-specific safety program.

See Appendix B Sample Hazard Analysis

## HOUSEKEEPING

On a daily basis, all debris and scrap material shall be removed from the work area.

Debris and other loose materials shall not be allowed to accumulate in stairwells.

Containers shall be provided for the collection and separation of waste, trash, oily and used rags and other refuse. Metal (dumpster type) containers must be used and emptied promptly.

Garbage and other waste shall be disposed of at frequent or more regular intervals in a manner approved by Gilbane.

Contractor shall notify Gilbane of any hazardous waste it will generate during performance of the Work. Contractor has the direct responsibility of maintaining proper storage of these wastes while on site and will verify to Gilbane in writing that the wastes have been disposed of in a legal manner. A copy of the haulers manifest must be provided to Gilbane.

Contractor shall not pour, bury, burn, nor in any way dispose of a chemical on the work project site.

Contractor shall clear all combustible debris to a solid waste disposal project site properly licensed under the laws of the State having jurisdiction. NO OPEN BURNING OF DEBRIS, OR RUBBISH WILL BE PERMITTED ANYWHERE ON THE PROJECT SITE.

Materials and supplies shall be stored in locations, which will not block access-ways, and arranged to permit easy cleaning of the area. In areas where equipment might drip oil or cause other damage to the floor surface, a protective cover of heavy gauge, flame resistant, oil proof sheeting shall be provided between the equipment and the floor surface sheeting so that no oil or grease contacts the concrete. This requirement is applicable to both finished and unfinished floors.

All hoses, cables, extension cords, and similar materials shall be located, arranged and grouped so that they will not block any access-way and will permit easy cleaning and maintenance.

## INCENTIVES AND AWARDS

Safety awareness and recognition campaigns during construction will include the posting of banners, posters and signs emphasizing safety awareness, the proper use of safety equipment and safe work practices.

## INFECTION CONTROL

R000349



University Hospitals Safety Plan

## INFECTION CONTROL MEASURES FOR USE DURING MAINTENANCE, CONSTRUCTION, AND RENOVATION AT UNIVERSITY HOSPITALS LOCATIONS

### GENERAL INFORMATION

The level of risk in any given area is determined by University Hospitals in conjunction with  Industrial Hygiene professionals, and may be modified with changes in patient population.  University Hospitals will complete an Infection Control Risk Assessment (ICRA) before work begins.

All contractors will be required to comply with infection control measures.

The infection control measures to be taken for any given project will be determined on the basis of the guidelines of the ICRA.

Prior to the start of work University Hospitals will confirm to Gilbane that areas under construction are free of any hazardous materials or medical wastes.

### Gilbane Responsibilities

Gilbane and responsible contractors will review blueprints and be involved in pre-construction planning meetings for patient care areas at hospital and outpatient facilities. This involvement is to provide input into project planning to identify infection control issues in the planned space and, to help implement and monitor measures to control infection risk generated by construction.

Gilbane will assist University Hospitals and Architect in pre-construction planning

Gilbane will monitor the implementation of infection control measures and document any nonconforming conditions.

Gilbane will implement a work permit system whereby Gilbane will walk the site with contractor personnel to determine that all appropriate controls are in place according to the ICRA.

Gilbane will coordinate with University Hospitals, to identify conditions that may change, which may alter the Infection Control Risk Assessment.

Gilbane will monitor the project's infection control measures, including the infection control measures of the contractors.

Gilbane will Contact University Hospitals's Infection Control Representative upon completion of each phase of the project for final assessment, before occupancy.

Gilbane will notify University Hospitals of any known breaches of the infection control requirements and implement corrective actions with the Trade Contractors.

Gilbane will report all sewage spills to University Hospitals and coordinate the clean-up.

### Contractor Responsibilities

All project employees will comply with the infection control measures, including bloodborne pathogen training.

R000350



University Hospitals Safety Plan

All project employees will be required to attend a project orientation, which includes infection control requirements, prior to start of work.

All workers exposed to sewage or bodily fluids must report the exposure immediately to their supervisor. Their employer should offer any workers, who may have been exposed to sewage as a part of their job, vaccination. Employers must offer vaccine at no additional cost to the worker.

Construction workers with communicable infections or exposure to communicable infections, such as chickenpox or tuberculosis, must have the permission of their occupational health provider to work.

Each Contractor will identify a person responsible for monitoring their employees' compliance with the ICRA. The person must be present onsite during all working hours of their personnel.

### Guidelines for Orientation to Infection Control
### (All to view video on working in a University Hospitals Facility)

- Review of color coded floor plan of areas to be worked showing moderate and high risk areas as developed by University Hospitals's ICRA.
- Review Project-specific ICRA including Classes of Work and associated precautions.
- Facility access restrictions and security measures.
- Worker circulation routes.
- Working around the building exterior
- General work practices on controlling dust, odor, vibration and noise.
- Required use of Personal Protective Equipment (provided by employer) – only in containment and patient areas.
- Cautions relating to existing MEP equipment.
- Access into enclosed spaces (above ceilings, into chases, behind walls and as otherwise determined by Gilbane.
- Barrier requirements and monitoring.
- Exiting a containment area, both in emergency and routine cases.
- Reporting an emergency.
- Removal of equipment, tools or trash/debris from a containment area.
- Cleaning requirements, techniques and frequency.

Attendance is to be documented with a dated, signed sheet showing the attendees employer and the full name of the attendee both printed and with signature. This is to be stored with the Gilbane safety file.

### INSPECTION AND AUDITING
### Purpose and Scope

To establish a basic inspection/audit program for the elimination of unsafe practices by employees and to establish a hazard free work environment for all employees on the project.

R000351



University Hospitals Safety Plan

## Objectives

To reaffirm the Trade Contractor's basic responsibility for the actions of the employees as originally assigned under the General Provision of the Occupational Safety and Health Act of 1970 (revised).  The exercise of these responsibilities by all project trade contractors will be the effective deterrent to accidents arising from unsafe practices and physical conditions, that will materially enhance the construction efficiency of this project.

## Procedures

Control will be achieved only when each trade contractor fulfills their contractual and statutory responsibilities and applies all practical steps to maintain safe and healthful work practices and conditions.

## Project Controls

Continued monitoring/audit of the performance of the Contractor and their supervision under this section will be made by Gilbane. Contractors will be notified of any unsafe practices observed. The Contractor's safety supervisor, the Project Safety representative and the Construction Manager's field staff shall utilize the "Construction Safety Survey".

## Supervisory Control

### Contractor

Each Contractor will be responsible for conducting continuous daily surveys of their operations to insure they are aware of the probable sources of potential injury or loss due to unsafe acts of procedures.

### Planning

Contractors must extensively plan the procedures to be followed for each operation using Hazard Analysis procedures and submit such plans to Gilbane.

Personnel chosen to perform any such planned operation shall be thoroughly briefed in all aspects of the procedure, including emergency actions to be taken in the event of a mishap.

### Inspections

In addition to inspections conducted by Gilbane, Insurance Representatives, and each Contractor, construction activities are subject to periodic inspection by OSHA Compliance Officers.

***Each Contractor is required to notify Gilbane in writing prior to starting work if they, by their Company policy, will require a warrant for OSHA to inspect their work.  Gilbane does not require a warrant.***

Contractors shall forward copies of any and all inspection reports and/or citations received by the Contractor from OSHA to Gilbane.  All information will remain confidential.

In the event a OSHA Compliance Officer visits the site, he/she will be directed to the Gilbane office.  The appropriate Contractors will then be notified so that an Opening Conference may be conducted.  Gilbane will organize an inspection party, consisting of both employer and employee representatives.

### Notification of Hazards

Each Contractor shall notify Gilbane verbally or in writing of the existence of any hazardous conditions, property, or equipment at the work site, which are not under the

Page 42 of 67

R000352



University Hospitals Safety Plan

Contractor's control. However, it is the Contractor's responsibility to take all necessary precautions against injury until corrected by the responsible party.

**Equipment and Facilities**

All Contractors operating equipment and facilities used shall be, inspected, and maintained as directed by this manual; as dictated by the applicable Federal and State safety and health regulations. In the event of conflict, the more stringent requirement will take precedence.

## INTERIM LIFE SAFETY MATTERS FOR OCCUPIED FACILITIES

### Specific Measures

Whenever construction affects the facility's ability to accommodate occupants (either because of disruption of services, interruption of normal operations, or when hazards are present), it will become necessary to implement interim life safety measures, as follows:

Ensure that all exits are clear. This includes areas directly affected as well as all other exits.

Ensure that there is free access to emergency services, that vehicles, material, etc. are not blocking the access route.

Disabling of fire protection systems. A small disaster could escalate if the fire protection system is not functional. Care should be given to provide an alternate system while the primary system is off-line. This includes scheduled maintenance, upgrade, repairs, or adding of coverage resulting in disabling system, and disabling system to allow maintenance or repairs to be completed on other systems (e.g. hot work).

Fire alarm, detection, and suppression systems must not be impaired. A temporary (but equivalent) system shall be used if the system is impaired. These temporary systems must be tested monthly.

Temporary construction partitions shall be smoke tight and noncombustible. Adequate signage shall discourage casual observers from opening or entering the partitions.

Additional (double) fire-fighting equipment must be provided, as well as personnel trained in its use.

Smoking is prohibited on campus, in and adjacent to all construction areas. Strict enforcement must occur.

Construction site shall be kept clean and orderly. This includes material piles, debris, platforms, and break areas.

Hazard surveillance of sites shall be increased and documented. Attention is to be given to evacuation routes, construction areas, storage, office/lunch areas, and fuel storage.

Whenever the safeties of adjacent areas are compromised because of construction, staff shall be informed. Alternate exit routes shall be identified.

Facility-wide education programs are conducted explaining interim life safety matters and current life safety deficiencies.

The construction site must be restricted from all but authorized staff. Adequate signage shall be provided.

Alternate access must be provided for public and emergency traffic whenever disruption occurs.

Policy and procedures must ensure that roads and pathways are clear of mud, debris, materials, etc.

Proper notification must be made to local authorities (fire, police, other) whenever life safety is



University Hospitals Safety Plan

diminished.

Governing body shall be kept apprised of status of life safety during project.

Construction workers must be made aware of egress routes.

Construction workers' egress routes must be inspected daily to ensure no obstacles.

Effective storage, housekeeping, and debris-removal policies and procedures must be in place to reduce collection of combustibles in construction areas.

Whenever fire zones are altered, University Hospitals's staff will be informed in regard to new or different life safety measures regarding their changed compartmentation and fire safety.

## LINE BREAK

Policy - Any entry into an operating Process System under installation, testing, or operating conditions is subject to the procedures for "line breaking".

All employees are to be informed of the inherent dangers of working on operating process systems.

Entries can be made only with approval of University Hospitals and Gilbane.

Added hazard potential exists when cooling occurs, vacuums, which may be holding liquids in pockets often break without warning and liquid is released to run to the lowest point. Plugs (particularly solidified process materials) can move and release materials after the first connection has been broken.

University Hospitals and Gilbane must agree on the location of first breaks

All systems must be considered as having the potential to discharge contained energy/material from open ends of lines or broken flanges at any time even after the line has been drained and vented.

Cautions

No Contractor may enter an operating piping system or equipment until the requirements of this procedure are met. Systems activated for testing purposes fall under this procedure.

Under no circumstances will any line/system be violated other than via the lock and tag procedure.

## LOCKOUT/TAGOUT PROCEDURES

The contractor must adhere and strictly follow either the Project Lockout and Tagout requirements, University Hospitals's requirements or the contractors own requirements, whichever is the most stringent.

No employee is permitted to work on any energized circuit. All circuit disconnects must be locked in the open position or otherwise appropriately identified with affixed tags stating "DANGER - DO NOT ENERGIZE" or other equivalent wording prior to working on the system or equipment.

### Lockout Devices

Only individually keyed padlocks shall be used. Padlocks are to be painted per the craft color code for easier detection and craft identification.

A lockout device of the standard scissor type that will allow the placing of more than one padlock is required, when more than one individual is working on a circuit or mechanical process.

R000354



University Hospitals Safety Plan

A piece of chain or cable may be necessary to complete a lockout on some valves or controls and shall be used wherever needed.

## Danger Tags

'Danger Tags' are not 'Danger Signs', and shall not be used where a sign is needed.

Two standardized Danger Tags shall be used on this project. They are described as follows:

"DANGER - DO NOT USE": This tag must be attached to each padlock on a lockout.

"UNSAFE - DO NOT USE": This tag does not require an attachment to a padlock, but may be used if needed. This tag shall be used to identify tools, equipment, vehicles, etc.

## Procedure

If device, valve, switch, or piece of equipment is locked out, a "Danger Tag" shall be attached.

**No device, valve, switch or piece of equipment shall be operated with a "Danger Tag" and/or lockout attached regardless of circumstances! ! !**

Systems consisting of electrical components will be checked, locked and tagged first by electrical craft employee working on the circuit. The electrical craft will be the first lock on, and the last lock off.

Where placing of lock is not feasible, the circuit conductor will be disconnected from the breaker and tagged out.

The panel cover must be of the type that will cover all breakers when closed and must be equipped with a hasp in order to secure a lock to prevent the panel door from being opened.

If panel cover is of a type that cannot be locked closed, a cover must be secured over the panel cover and be locked closed and tagged while any work is being performed on any of those circuits.

If the above cannot be accomplished, each circuit will be tagged out as prescribed and an electrician will stand by the panel board to prevent breakers from being tampered with. This physical presence will continue daily until the work is complete.

All "Danger Tags" must be dated and signed. Also on tag, must be the intended work and equipment for which tag has been placed.

If employees of more than one craft or crew are to work on a system, circuit, machinery, or component, the supervisor from that craft shall place his individual lock and tag; and verify that the system, circuit, machinery or component being tagged, is indeed the system that is to be worked on.

Only the person that placed the lock and tag shall remove it without special authorization from the Project Manager, Construction Manager or Craft Superintendent.

Padlocks, Lockout Devices and "Danger Tags" shall be made available as specified above.

Padlocks shall be color coded for craft identification and shall only be used by that craft for lockout purposes, i.e. valves, switches, electrical components, etc.

Padlocks shall be issued from the contractor responsible where a sign in/out log will be maintained. Locks and tags shall be issued to the foremen or supervisor responsible for the craft performing the work. The contractor of each craft discipline will be responsible for assuring all padlocks are personally identified, that will be used for lock and tag purposes. The Contractor Superintendent(s) will be responsible for ordering their own craft's padlock.  A master key will also be provided.

R000355



University Hospitals Safety Plan

Any employee(s) or person(s) found to have removed another's lock and/or tag will be subject to disciplinary action up to and including dismissal from the project.

## Special Situations

When due to the nature of work, a supervisor who has employees assigned to work on systems that are between construction and University Hospitals turnover that is to be locked and tagged out in order to perform work, the below shall be applied:

Prior to the electrical foreman de-energizing the system, the foreman will ascertain whether system or device has been turned over and accepted by the University Hospitals; If system is signed off, the University Hospitals shall assume responsibility for de-energizing system and becoming the tagging authority.

Contractor Electrical foreman/craft journeyman places lock and tag and tries to engage the equipment.

The electrical journeyman or lead man will meter the tagged equipment to verify that it is de-energized.

## Operating Facilities and Equipment

All systems covered under this section whether electrical, mechanical or others are considered those systems where no future construction activity is warranted.

## Electrically Operated Systems

University Hospitals representative or designee de-energizes system demonstrating accuracy to construction electrical supervisor, then locks and tags.

Construction electrical foreman/journeyman ascertains that fuses, breakers or throws have been removed, when applicable; tags, locks and tries system.

Electrical foreman/journeyman, meters the side of the system to be worked on to verify it is de-energized and safe.

Upon completion of work, the journeyman removes their lock/tag and advises the construction electrical supervisor.

University Hospitals representative or designee clears system, removes lock and tag and re-energizes if necessary.

## Other Systems

Plant engineer or designee de-energizes system and makes system safe.

University Hospitals mechanics or designee(s) makes first break in flanges, places blanks, blinds or valves, and demonstrates that the system is empty and decontaminated.

Construction (University Hospitals) Coordinator or designee verifies that the system is de-energized and tagged.

Construction Craft supervisor locks, tags and tries system, surrenders the key to the journeyman who will then perform the assigned task.

Upon completion of work, the journeyman will return the key to the assigned supervisor and tag and lock are removed.

Construction (University Hospitals) Coordinator or designee assures that system is clear, and then removes lock and tag.

University Hospitals mechanics or designee(s) re-energize system.

## Construction

R000356



University Hospitals Safety Plan

All systems under this section whether electrical, mechanical or others, are considered those systems that are still in the construction phase.

Equipment or circuits that are de-energized shall be maintained inoperative at their main power source and shall have locks and tags attached to prevent accidental turn on.

A staff member shall be designated from the electrical department (Superintendent or General Foreman), to assume the responsibility, for the removal of locks and tags, and activation of power from the main switchgear through end line component.

## MEETING - PRE-CONSTRUCTION

The Contractor, before starting work at the project site, shall attend a pre-construction "award" meeting with Gilbane to understand the project conditions and safety requirements. A project site tour shall be made to confirm the Contractor's awareness of potential safety hazards. The contractor to assure a safe work place shall provide appropriate methods, equipment, devices and material. The Contractor shall provide or develop his own project specific safety program and submit it to Gilbane for review prior to starting work at the project site. Such review shall not relieve the Contractor of responsibility for safety, nor shall such reviews be construed as limiting in any manner. It is the Contractor's obligation to undertake any action, which may be required to establish and maintain safe working conditions at the project site.

## MEETINGS

A project start safety conference will be held with the superintendent(s), safety coordinator and Foremen of each new Contractor prior to coming on the site. Gilbane will issue the project start package information and he will issue special instructions to the Contractors in support of the Project Safety Plan when needed. Gilbane will conduct regularly scheduled meetings with the Supervisors of new Contractors coming on the site and explain safety goals, contents of this manual and otherwise provide site orientation, safety activities and information. All Supervisors will be required to attend this orientation after coming on the site.

Contractor meetings will be held as necessary and as directed by Gilbane. All Contractors actually working on the Project will have a representative at the safety meeting to maintain all safety requirements for their trade. Gilbane will conduct safety Meetings on a regularly scheduled basis. Minutes of the meeting will be a topic of all scheduling and progress meetings.

All Contractors are required to hold <u>weekly</u> 10-15 minutes **"Tool Box" safety meetings** for all employees. Topics related to work assigned, and current safety problems will be discussed. Monthly meetings for supervisory and clerical employees will be held. Gilbane will monitor these "Tool Box" meetings through personal attendance or by reviewing a copy of the meeting report.

Prior to starting any major operation, which would involve locking/tagging procedures, a meeting must be set up involving Gilbane, and every Contractor Superintendent and every Contractor Safety representative affected by the work. Specific procedures must be adopted and reviewed by all concerned with the operation prior to commencement of the work.

## MASONRY

In addition to the requirements contained in OSHA 29 CFR 1926. 706, the following is required:

R000357



University Hospitals Safety Plan

A person, appointed by the Masonry Contractor, who meets the OSHA definition of Qualified Person, will prepare a Hazard Analysis. The Hazard analysis will be reviewed with the Gilbane Project Safety Manager and Gilbane Project Superintendent prior to start of work.

The Mason's qualified person shall approve all changes in the Hazard Analysis.

A copy of the Hazard Analysis shall be maintained at the project site showing all approved changes with a copy provided to Gilbane.

The implementation of the Hazard Analysis shall be by a person appointed by the Masonry contractor who meets the OSHA definition of Competent.

The Hazard Analysis shall be reviewed with each person working on the masonry wall each day prior to starting work.

A safe means of access to the level being worked shall be maintained.

There shall be protection provided to prevent tools and material from striking any person below the work/storage level.

A tag line shall be used to control all loads.

When loads are being hoisted, all personnel are to be prevented from walking under the load.

No one shall be permitted to ride a load under any circumstances.

A measuring device to accurately determine wind speed shall be provided by the masonry contractor with observations made available to Gilbane upon request.

**Masonry Wall Bracing**

The masonry contractor shall provide to Gilbane a design, prepared by a Professional Engineer, meeting the requirements of OSHA 29 CFR 1926.706 (b) and the Standard Practice for Bracing Masonry Walls under Construction as developed by the Council for Masonry Wall Bracing.

No one shall be permitted within the limited access zone of an unbraced or braced wall subjected to winds of more than 35 mph (20 mph if during the initial period of construction).

A DANGER sign shall be placed on every unsupported masonry wall that is more than 6 feet in height, braced or unbraced, and 50 feet or less in length. The sign shall be placed at each end of the wall and at intervals of not more than 100 feet along each side of the wall. The sign shall contain the words *DANGER* and *THIS UNSUPPORTED WALL IS UNSTABLE IN WINDY CONDITIONS.*

**Fall Protection (See Elevated Work - Fall Protection)**

All employees engaged in masonry work, including overhand laying or any other activity that exposes them to a fall of 6 feet or greater shall be provided with and use fall protection. This protection shall be either a personal fall arrest system consisting of a full-body harness, double, shock-absorbing lanyard, and anchorage or a safety net or a guardrail. "Controlled Access Zones" are not permitted.

Fall protection requirements shall be rigorously enforced with any observed violation cause for removal from the project.

Body belts are not permitted as part of a fall restraint system. Only full body harnesses will be



University Hospitals Safety Plan

used as part of a personal fall arrest system.

## Perimeter Protection

A guardrail system will be constructed in accordance with OSHA 29 CFR 1926.500. Or alternative fall protection consisting of safety nets or personal fall arrest equipment provided.

## MOTOR VEHICLES AND EQUIPMENT

All equipment must be inspected daily before use by Contractor's operator. Contractor must also make documented and complete inspections at 30-day intervals with proper documentation maintained at the project site by Contractor and copies shall be made available to Gilbane upon request.

Defective equipment shall be repaired or removed from service immediately.

All Contractors' operators of construction equipment should be properly licensed and certified by a competent person.  Copies of the certifications shall be maintained on project site by Contractor and made available to Gilbane upon request.

Vehicles used to transport employees shall have seats firmly secured and adequate for the number of employees to be carried and all passengers shall be properly seated with seat belt used.  Standing/kneeling on the back of moving vehicles is prohibited.

Locations for storage of all fuels, lubricants, starting fluids, etc., shall be reviewed by Gilbane prior to use by Contractor for storage and shall conform to the requirements of the NFPA as well as the local Fire Marshal.

Where required, contractors shall provide equipment diapers to protect from environmental spills.

Drivers of motor vehicles shall have a valid state drivers license (CDL when applicable) and be instructed to exercise judgment as well as observe posted speed limits.

All contractors' means of ingress and egress shall be adequately marked and kept clear of stored material, debris and equipment.

Pedestrians always have right-of-way over motorized traffic.

Horns shall be sounded at blind corners, when passing, and/or for warning.

Established hand signals or turn signals are to be used.

Reckless driving or other non-observance of these instructions will be cause for withdrawal of driving privileges on the project.

Any ATV's used on the project shall be "four"- wheeled, not three-wheeled.

All vehicles permitted access to the site must display an appropriate vehicle identification badge from the rear view mirror or other conspicuous location at all times while on the project.

Seat belts shall be worn by all employees operating motor vehicles and any equipment with rollover protection structures during performance of work.

Properly trained and equipped flag persons shall be used whenever construction traffic accesses or exits from public highways as well as when construction traffic and deliveries interfere with the planned flow of traffic on public highways.

R000359



University Hospitals Safety Plan

---

## OSHA REQUIRED TRAINING

Instruction and training of employees is a requirement of OSHA and will be enforced on this project.

Training of contractor personnel is the responsibility of the contractor.

All contractor personnel must attend the Gilbane New Employee Orientation prior to their starting work on their first day on the project.

## OSHA - INSPECTION

It is Gilbane policy to allow OSHA to conduct an inspection of the project (subject to review by Gilbane Corporate Legal if necessary). If a contractor wishes to assert their rights under the U.S. Constitution regarding inspection by OSHA, then the contractor must so notify OSHA prior to the start of an inspection.

Gilbane will accompany the OSHA inspection party at all times and will make arrangements for the necessary meetings between OSHA, contractors and organized labor representatives (if any). Gilbane does not assume liability or responsibility for the presence of any alleged hazards or their correction.

Contractors will inform Gilbane of the issuance of any OSHA citations and provide a copy when requested.

## PRECAST/PRESTRESSED CONCRETE

Fall Protection for all employees engaged in work with a fall exposure of 6 feet or greater above a lower level shall be either a guardrail system, a safety net system or personal fall arrest system. The use of "Safety Monitoring" and "Warning Line System" and "Controlled Access Zones" are not permitted. Refer to the Section "Elevated Work Fall Protection" for additional requirements.


A pre-construction meeting between Gilbane, the Fabricator and the Erector must be held to discuss the following topics:

- Sequence of erection;
- Schedule of delivery by load list;
- Crane capacities;
- Crane lift plan with calculations based on load and crane location;
- Anchor bolt certification;
- Review of the structural plans and details;
- Stabilization plans for the structure during all phases of erection;
- Temporary bracing and guying procedures and equipment for deck members, columns and wall panels.

The Erector is to provide Gilbane the following:

Written erection plan prepared by a Company Officer or Professional Engineer indicating complete details of all phases of erection that shall include at least the following:

- Crane lift plans with load calculation based on the cranes to be used and various setup locations,

R000360



University Hospitals Safety Plan

- Written stabilization plans for all phases including the use of temporary guying and bracing for columns and wall panels,
- Written documentation of temporary connection details for use until permanent connections are completed including capabilities of workers doing the installation, types of welds or adequacy of bolted connections.
- Listing of competent persons for fall protection, crane operation and erection along with phone numbers for emergency contact.
- Fall protection plan in accordance with Gilbane Safety Plan including Leading Edge protection both during installation and after. Sequencing breaks and end of workday protective measures will also be detailed. Interior floor hole protection must be provided per OSHA Subpart M greater than 2 inches in the least dimension.
- Custody of Guardrail cables following completion of precast erection. Erector to present a plan detailing how the cables will be safely removed utilizing Personal Fall Arrest Systems; or safety nets.
- Silica protection of workers during cutting of concrete.
- Hazard Analysis of all operations, presented to all workers prior to each shift on hazards specific to the day's operation.
- Proof of training for all erection crewmembers.
- Delivery locations for trailers including adequate ground preparation and plan for unloading.
- Wind loading considerations including when operations will be suspended due to high winds.

Any proposed field modifications to the approved Erection Plan shall be approved by a Company Officer or the Professional Engineer of Record, added to the plan, which shall be available at the jobsite. A copy must be submitted to Gilbane prior to any change.

Lifting inserts, which are embedded or otherwise attached to precast concrete members, shall be capable of supporting at lest four times the maximum intended load applied or transmitted to them, and shall be used in accordance with the manufacturer's recommendations.

Lifting hardware shall be capable of supporting at least five times the maximum intended load applied or transmitted to the lifting hardware.

Adjustment of precast members, after initial placement, which requires the lifting of the members in any manner, shall not be made unless wire rope safety tiebacks are used or the members are attached to the crane load line.

Chains are not permitted to be used as slings. Chain "come-along" are permitted with proof of required inspections and certification.

R000361



University Hospitals Safety Plan

---

## PROJECT - CODE OF SAFE PRACTICES

Each individual working on this project will be required to attend a safety orientation meeting at the start of their assignment. At the conclusion of the meeting, each will be required to sign a Code of Safe Practices as follows, indicating their agreement to follow that Code while on the Project. This does not relieve the trade contractor of any responsibility to properly orient and train their employees for the specifics of their work.

**Sample Page:  Code of Safe Practices**

Project Name

Employee Name

I agree to abide by the following Code of Safe Practices while on this project.

1. I will work in a safe manner, protecting others, and myself and will report observed hazards to my supervisor.  If not addressed, I will further report these hazards to the Gilbane Superintendent.
2. I will dress appropriately for the project, wearing a long or short-sleeved shirt, long pants, and work boots with ankle protection, reinforced toes, and substantial soles.
3. I will use personal protective equipment as required by my trade, and will wear hard hat and safety glasses at all times.
4. I will abide by the six-foot fall protection rules, including use of harnesses where required.
5. I will park only in designated areas and observe a ten-mile per hour speed limit on site.
6. I will not smoke or use tobacco products of any type on site, except in designated areas.
7. I will eat only in designated areas and dispose of trash in proper containers.
8. I will not use any intoxicants or other controlled substances on the project.
9. I will report all injuries and accidents involving persons or property.
10. I will not bring any weapons, including knives with blades over 4 inches, onto the site.
11. I will conduct myself in a professional manner and not engage in any violence, horseplay, practical jokes, or other behavior obnoxious to the general public.  I will not harass anyone else on site or any member of the public, sexually or otherwise. I will not bring onsite or write or draw any sexually explicit materials.
12. I will not use any headset-type radios or other music players or personal televisions on site.
13. I will comply with the security procedures established throughout the project, for entrance to the site.

Signed _____

---

## PROJECT - SAFETY RULES

All personnel on this project, including the employees of Contractor, will be required to comply with these rules. Contractor shall ensure and indicate that all its employees have read these rules and understood its contents. The employee must sign a declaration, which shall then be

R000362



University Hospitals Safety Plan

retained by Contractor with the employee's personnel file. In addition, Contractor shall comply with the following:

Long or short sleeve shirts shall be worn at all times. All shirts shall be tucked in trousers at all times. All shirts shall be hemmed at neck, sleeve and tail. "Muscle Shirts" are prohibited.

Long pants are required. "Shorts" are prohibited.

A well-constructed boot/shoe that provides ankle protection with a substantial, flexible sole shall be worn. Exposure to hazard dictates whether or not a protective toe guard will be required. Sandals, tennis shoes, or any other street type shoes (even if equipped with ANSI toe protection), will not be permitted.

Loose fitting clothes or dangling jewelry shall not be worn around moving machinery, grinding operations, welding, or other hazardous operations.

Hair, which could come in contact with, or be caught in machinery, shall be protected by a hardhat or hair net, as appropriate.

Approved hard hats meeting specifications contained in the most current addition of the American National Standards Institute (ANSI), Z89.1 and/or Z89.2 are required. "Cowboy-type" hard hats are not allowed. Baseball caps and other soft headwear is not allowed under the Hard Hat suspension.

All contractors' means of ingress and egress shall be adequately marked and kept clear of stored material, debris and equipment.

No firearms are allowed on the project site.

Practical jokes, horseplay, scuffling, wrestling and/or fighting are prohibited and may be grounds for immediate dismissal.

Reflective vests or clothing shall be worn by all personnel exposed to equipment during the site work and excavation phases of the project or when deemed necessary by Gilbane.

Stilts may only be used where allowed by local regulation and then only where the floor is clean and free of debris and obstructions, there are no uncovered floor holes, where there are no pipe- stub-ups and all guardrails are raised to provide adequate fall protection.

Drinking and/or possession of intoxicants on University Hospitals's property are forbidden. The use of narcotics, unless authorized by a physician, and the Project Manager/Superintendent notified, is forbidden. Violation(s) of the above will result in immediate dismissal.

## PROTECTION OF THE PUBLIC

### Access to the Site

No work shall be performed in any area occupied by the public unless specifically reviewed and permitted by Gilbane. In that the project interfaces with the public, precautions to be taken include, but are not limited to:

Each Contractor shall take such necessary action as is needed to protect and maintain public use of sidewalks, entrances to buildings, lobbies, corridors, aisles, doors, exits and vehicular roadways. The Contractor shall protect the public with appropriate sidewalk sheds, canopies, catch platforms, fences, guardrails, barricades, shields, and adequate visibility as required by laws and regulations of governing authorities. Such

R000363



University Hospitals Safety Plan

protection shall guard against flying materials, falling or moving materials and equipment, hot or poisonous materials, flammable or toxic liquids and gases, open flames, energized electric circuits or other harmful exposures. Guardrails shall be made of rigid materials complying with the requirements for standard guardrails as defined by OSHA and the Project Safety Plan. Temporary sidewalks, ramps or stairs shall be provided with guardrails on both sides whenever permanent sidewalks, ramps or stairs are obstructed by the work. Gilbane may authorize barricades, secured against accidental displacement, meeting the requirements of local authorities, where fences, sheds, walkways and/or guardrails are impractical. During the period when any barricade, fence, shed, walkway, or guardrail is removed for the purpose of work, a watchman shall be placed at all openings.

Appropriate warnings, signs and instructional safety signs shall be conspicuously posted where necessary. In addition, a signalman shall control the moving of motorized equipment in areas where the public might be endangered. Warning lights, including lantern, torches, flares and electric lights, meeting the requirements of governing authorities shall be provided and maintained from dusk to sunrise along guardrails, barricades, temporary sidewalks and at every obstruction to the public. These warning signs and lights shall be placed at both ends of such protection or obstruction and not over 20 feet apart alongside of such protection or obstructions.

With respect to operations being performed on public roadways, all DOT and/or municipality requirements towards public safety will be strictly observed.

Access to the site is limited to the entrance designated for construction traffic as indicated on the site plans issued with the construction documents. At no time is Contractor personnel or vehicles to obstruct traffic on public streets or Owner entry driveways. All material deliveries shall be scheduled in advance with the Project Superintendent and shall be completed within the time segment allocated for the specific delivery.

A temporary six-feet high fence, in compliance with laws and regulations of governing authorities, shall be provided and maintained around the perimeter of operations on the project site to control access to the work by employees, to protect the public, and to restrict access by unauthorized individuals.

The above shall be implemented only where allowed by the governing authority. Where University Hospitals of the property specifically prohibits such protective devices, rules and regulations of the governing authority shall apply.

## Authorized Visitors

All visitors to the site are required to register with Gilbane upon arrival. Each Contractor will be expected to regulate their visitors accordingly. All visitor passes expire upon departure from the site and are to be surrendered to the gate security guard.

## Parking

Parking shall be in designated areas only. All vehicles delivering materials to the Project shall be authorized to do so by Gilbane. Unauthorized vehicles may be removed at the direction of Gilbane and all towing charges will be the responsibility of the vehicle Owner.

**Fire hydrants and all designated fire lanes shall remain clear at all times for the use of emergency vehicles.**

R000364



University Hospitals Safety Plan

## Employee Identification

Where required, all project site employees will be issued an identification badge and hardhat sticker upon completion of their initial safety orientation and after having passed their alcohol and drug test. All persons without a hardhat identification sticker shall report to Gilbane's office for verification of employment status, attendance at an orientation session, or issuance of a single day visitor pass. This identification badge will remain the property of Gilbane and University Hospitals. The identification badge shall be maintained in good condition and on the person to whom it is issued. The identification badge shall be returned to Gilbane or University Hospitals when employment on the Project is terminated or when requested by Gilbane, or other authorized and designated person. All lost or stolen identification cards shall be immediately reported to Gilbane or University Hospitals.

## Tours

It is of the utmost importance that a high degree of protection be afforded all persons touring the project site. The following guidelines shall be complied with by personnel who are responsible for the organization, direction and safe conduct of the tours:

All group tours will be cleared through University Hospitals's representative and Gilbane, allowing for maximum notice.

All tours will be coordinated by Gilbane to accommodate the Project schedule, to make necessary preparations, and to assure safety precautions are observed.

Gilbane will review the following items with the person requesting the tour:

**Number of visitors.**

Individual tour groups in non-hazardous areas should be limited to no more that 10 persons per tour guide (i.e. a tour group of 20 will require at least two tour guides).

**Clothing**

Tour groups will be required to wear appropriate clothing (i.e. slack and low-heeled shoes).

**Children**

Children under the age of 12 will not be permitted to accompany tours. An adult must accompany each child age 12 to 15. Only those 18 years of age and older are permitted to work on the project.

**Protective equipment**

Hard hats, boots, raincoats, eye protection, etc., will be supplied as required.

**Release and Hold Harmless Agreement**

Each visitor will be required to sign this form prior to the start of the tour. In the case of children, an adult must sign for them, preferably a parent.

Immediately prior to entering the project site, all visitors shall be briefed about the need for careful and orderly conduct, including mention of any special hazards, which may be encountered.

Technical and official visitor tours will be conducted in accordance with the above safety precautions. Since technical tours are often conducted through areas of more hazardous work, it is recommended that the number of people on such tours be proportionate to the degree of hazard involved.

## SANITATION

R000365



University Hospitals Safety Plan

## Housekeeping

The site, work areas, and all premises occupied by Gilbane's and contractor's personnel will be maintained in a clean, healthy and sanitary condition.

Work areas, passageways and stairs, in and around buildings and structures, shall be kept clear of debris. Construction materials shall be stored in an orderly manner. Storage areas and walkways on the site shall be maintained free of dangerous depressions, obstructions, and debris. Construction equipment shall be stored or placed in an orderly manner.

Good housekeeping on the project is mandatory and every employee must do his part daily to minimize dust and to clean up his work area to keep the project clean for safety and efficiency. Controls shall be observed which keep dirt from being tracked into areas outside the workspace. Immediate cleanup is required when dust, dirt or debris may affect University Hospitals's operations.

Eating within the construction project shall be confined to areas designated by Gilbane for such purposes. Employees shall properly dispose of all lunch refuse and drink containers in trash receptacles

Failure to maintain adequate housekeeping and to perform daily clean-up will result in the following actions:

Written Notice:  Upon receipt, the contractor shall take immediate action to perform housekeeping and clean up.

If having been given sufficient notice, the contractor fails to clean up; the work will be performed by others, and the errant contractor backcharged for all related costs.

Daily and final clean up must be performed in accordance with contract documents.

## Facilities

The locations of lunch areas and employee toilet facilities will be designated by Gilbane and approved by University Hospitals.

## Refuse and Garbage

Each contractor will provide an adequate number of covered garbage containers. The site will be cleaned and garbage and refuse will be collected at least daily and removed from the building.

## Potable Water

Each contractor shall provide potable water at the work site and test it at least weekly if delivery is from other than municipal supplies.

Sanitary facilities shall be provided for personal hygiene.

## SIGNS, SIGNALS, BARRICADES AND LIGHTS (MOTOR VEHICLE EXPOSURE)

Signs, signals and barricades shall be visible at all times where a hazard exists and will be in compliance with ANSI D6.1 (most recent version), Uniform Manual of Traffic Control or regulations promulgated by the local authority.

## SCAFFOLD

The Contractor's designated Competent Person shall inspect all scaffolds prior to each work shift with written documentation provided to Gilbane on a daily basis. All scaffolds shall bear a tag, signed and dated by the contractor's competent person, denoting that the scaffold has been

R000366



University Hospitals Safety Plan

inspected and is safe to use prior to any employee utilizing that scaffold that day.

Any contractor using scaffolding shall provide to Gilbane the name of their Competent Person along with the content of the Competent Person's training program and proof of Scaffold User Training for all employees who may work on scaffolding.

Ladder Jack scaffold are not permitted on Gilbane projects.

Scaffolds with a width less than 60 inches must have guardrails (top, mid and toe) installed when the work platform is in excess of 48 inches above the floor or lower work area. Scaffolds with a height greater than 60 inches must have exterior outriggers installed to increase the base width of the scaffold below a ratio of 4 to 1.

Scaffold cross bracing is not permitted to be used as a substitute for guardrails. Swing gates will be provided at all ladder or stair access points. Where material is being landed on a scaffold, the outrigger extension will not be used to support the material unless it is deemed adequate by the manufacturer and a factor of safety of 4 is provided.

All non-mobile scaffold frames shall have base plates installed.

All mobile scaffolds will have wheels locked when in use and stationary.

Nominal grade lumber is not allowed as scaffold planking.

All individuals who are in scissor lifts shall wear a full body harness and be tied off by a lanyard to a manufacturer's approved anchorage point within the scissor lift. Standing on guardrails is not allowed. Only approved anchorages shall be used for fall arrest anchorage points.

A mast climbing elevating work platform that may be adjustable by manual or powered means must meet the requirements of ANSI Standard ANSI/SIA A92.9-1993, American National Standard for Mast- Climbing Work Platforms.

## STEEL ERECTION

### Erection Plan

An erection plan will be prepared by the Steel Erector's Qualified Person and reviewed with the Gilbane Project Safety Manager and/or Gilbane Project Superintendent prior to start of work. Refer to OSHA 1926, Subpart R, Appendix A.

The erection contractor's qualified person shall approve all changes in the safety erection plan.

A copy of the erection plan shall be maintained at the project site showing all approved changes with a copy provided to Gilbane.

The implementation of the erection plan shall be under the supervision of a competent person.

A safe means of access to the level being worked shall be maintained. Climbing and sliding on columns or diagonals, is not allowed.

Containers, such as buckets or bags, shall be provided for storing or carrying bolts or rivets. When bolts, driftpins, or rivet heads are being removed, a means shall be provided to prevent accidental displacement.  Tools shall be secured in such a manner to prevent their falling.

Fall protection provisions, such as lifeline attachments, dynamic fall restraints and other such devices shall be considered during shop drawing preparation, shall be incorporated in fabricated pieces, and shall have safety lines or devices attached prior to erection wherever possible.

A tag line shall be used to control all loads.

For the protection of other crafts on the project, signs shall be posted in the erection area by the erection contractor reading, "*Danger Men Working Overhead*" and only ironworkers allowed in

R000367



University Hospitals Safety Plan

this area. This will include shakeout areas, erection areas and the load travel path from the storage area to the erection area.

When loads are being hoisted, all personnel are to be prevented from walking under the load.

No one shall be permitted to ride a load under any circumstances.

Crane personnel platforms will not be used for any purpose without the written approval of Gilbane.

Material shall not be hoisted to a structure unless it is ready to be put into place and secured.

Bundles of metal decking or small material shall be so secured as to prevent their falling out from the rigging.

Christmas treeing (multiple lifts) is not allowed unless exception approved by Gilbane Regional Safety Manager.

### Fall Protection  (See Elevated Work - Fall Protection)

All workers engaged in steel erection activities including connecting, bolting-up, decking, welding or any other activity that exposes them to a fall of 6 feet or greater shall be provided with and use fall protection. This fall protection shall be either a personal fall arrest system consisting of a full-body harness, double, shock-absorbing lanyard, and anchorage or a safety net or a guardrail. Nether "Controlled Decking Zones" nor "Safety-monitor systems" are permitted. Metal deck is not considered a form of fall protection.

Fall protection requirements shall be rigorously enforced during steel erection with any observed violation cause for removal from the project.

Body belts are not permitted as part of a fall restraint system. Only full body harnesses will be used as part of a personal fall protection system.

### Perimeter Protection

A guardrail system of a minimum of two (2) 3/8-inch diameter new wire rope cables shall be erected at approximately 42-inches from the floor deck and at the intermediate point immediately following the erection of beams and columns that are connected to provided adequate strength.  All sequence breaks will require a two (2)-cable assembly.

All connections will be with a minimum of two wire rope clamps. Guardrails will not be used as a horizontal lifeline as part of a personal fall arrest system unless designed by a Registered Professional Engineer and installed under the supervision of the steel erector's competent person. A minimum of three (3) wire rope clips shall be used at all connections. All connections will be loop-to-loop style.

Turnbuckles will be installed at suitable intervals to maintain the tightness of the wire rope but in no instance less than one per perimeter side.

### THIRD PARTY INSPECTIONS

In addition to visits and safety inspections by its own corporate or insurance representatives, Contractor is advised that authorized third parties may inspect the Project from time to time. Among others so authorized are representatives of University Hospitals and/or its agent, insurance companies and OSHA. Upon their proper identification and clearance through

R000368



University Hospitals Safety Plan

security, they are entitled to access and courteous consideration. Gilbane must be made aware of their presence upon arrival, and in any case as soon as possible, of the purpose and results of such visits which relate to safety.

## TEMPORARY HEAT

No open flame heaters are allowed.

## TOOL BOX TRAINING

Instruction and training of employees is an OSHA requirement and, as such, will be required on this project. Examples of such required training to be provided by Contractor are:

Newly employed, promoted and/or transferred personnel shall be verbally instructed in the safety practices required by their work assignments.

All work assignments must include specific attention to safety. "Follow-up" monitoring is required in order to prevent accidents.

OSHA requires that employees performing specific non-routine tasks or operating specific equipment be trained in its usage.

Training of contractor personnel is the responsibility of the contractor.

Conduct Tool Box safety meetings for all employees at least once a week.

Maintain an attendance record by having employees sign the reverse side of the Toolbox Safety Meeting Report, or equivalent form.

Complete the Report and submit it to the Gilbane Office within 24 hours after each meeting.

File all toolbox meeting reports and summaries so that they are available for review at any time during project operations or for a period of five years following termination of the project.

It is the responsibility of Trade Contractor supervision to explain the hazards involved in an assignment to all employees, either individually or in a group before they actually begin an assigned task.

This task may only require a few words, but in many cases it will require the actual demonstration of how the project can be done safely and the pointing out of the hazards that may be or will be encountered in any task.

## WELDING, CUTTING AND BURNING – HOT-WORK

### Electric Arc Welding

All hot work shall require a permit as issued by the Facilities Department of University Hospitals. Permits shall be issued and closed out on a daily basis. A suitable, approved fire extinguisher shall be ready for instant use in any location where welding is done. Screens, shields, or other safeguards should be provided for the protection of men or materials, below or otherwise exposed to sparks, slab, falling objects, or the direct rays of the arc.

A dedicated fire watch shall be present at all welding operations and remain for at least 1 hour after the hot work has halted.

The welder shall wear approved eye and head protection. Men assisting the welder shall also wear protective glasses, head protection and protective clothing. Adequate exhaust ventilation shall be maintained at all welding and cutting work areas.

Electric welding equipment, including cables, shall meet the requirements of the National Electric Code. All arc welding and cutting cables shall be of the completely insulated flexible

R000369



University Hospitals Safety Plan

type capable of handling the maximum current requirements of the work. Cables in need of repair shall not be used. The frames of all arc welding and cutting machines shall be grounded either through a third wire in the cable connecting the circuit connector or through a separate wire which is grounded at the source of the current. All ground connections shall be inspected to insure that they are mechanically strong and electrically adequate for the required current. Welding practices shall comply with all applicable regulations.

## Gas Welding or Cutting

When gas cylinders are stored, moved, or transported, the valve protection cap shall be in place. When cylinders are hoisted, they shall be secured in an approved cage or basket. The valve cap shall never be used for hoisting. All cylinders shall be stored, transported, and used in an upright position. If the cylinder is not equipped with a valve wheel, a key shall be kept on the valve stem while in use.

At the end of each work day or if work is suspended for a substantial period of time, compressed gas cylinder valves must be closed, regulators removed and properly stored.

Cylinders containing oxygen or acetylene or other fuel gas shall not be taken into confined spaces.

Cylinders containing oxygen or acetylene or other fuel gas shall be stored in designated areas outside the structure as approved by Gilbane.

No one shall use a cylinder's contents for purposes other than those intended by the supplier.

All hose used for carrying acetylene, oxygen or other fuel gas shall be inspected at the beginning of each working shift. Defective hose shall be removed from service.

Oxygen cylinders and fittings shall be kept away from oil and grease. Oxygen shall not be directed at oily surfaces, greasy clothes or hands.

Regulators, gauges, backflow check valves, and torches shall be kept in proper working order.

An approved fire extinguisher shall be readily available.

Flash arrestors are required on the oxygen and acetylene hoses, at the regulators.

Appropriate personal protective equipment, such as burning glasses, shields, and/or gloves shall be used. Adequate exhaust ventilation shall be maintained at all welding and cutting work areas.

Work permits shall be obtained daily, prior to any burning or cutting operations on the site.

## WORK PERMIT PROCEDURES

### General Procedures

A copy of this section of the Project Safety Plan will be issued to all Contractors, and will serve as notice by Gilbane that a work permit is necessary before starting any hot work or entering any confined spaces.

The work permit shall be obtained from Gilbane before starting each day's work. The procedures for initiating a work permit are listed on the permit application appropriate to the type of work.

### Hot Work

Hot work is defined as a process or procedure, which could result in a fire if not properly controlled. Common types of hot work are welding, burning, cutting, brazing, soldering.

R000370



University Hospitals Safety Plan

Hot work will usually be permitted only during normal working hours. Permits will be issued the day before work is to be accomplished, and the work area will be inspected to verify that adequate control has been established. A copy of the permit will be available at the point of work. An adequate number of fire extinguishers will be available within 50-feet of the point of work for which a permit is issued. The Contractor will take the necessary precautions when welding or burning above walls to assure that protection is maintained on both sides of the wall and that areas below are protected on multilevel buildings.

**Confined Space**

When work in confined spaces is scheduled, such as a caisson, boiler, deep excavations, etc., consideration must be given to two major known and recognized hazards:

The possibility of fire or explosion, flammable gases, fumes, vehicle fumes, vapors, or dusts.

The possibility of injury to the worker (or loss of consciousness) as a result of inhalation or absorption through the skin of toxic materials or from oxygen deficiency.

For work in a confined space, the responsibility for recognition and advance notification is the Contractor's. The Project Superintendent and the Project Safety Coordinator will be notified and will evaluate the situation, issuing a work permit in those cases for which he considers it necessary. The Contractor will be responsible for providing equipment and special instructions for the worker, such as ventilating units, respirators, safety belts and life lines, etc., and for conformance to all applicable OSHA standards.

It is required that the "buddy system be used and that an observer will tend all workers in a confined space. Rescue procedures should be agreed upon beforehand.

**Guard Rail Opening**

The Project Superintendent and the Regional Safety Manager may approve work, which requires the opening of guardrails or the removal of holes covers to be performed, in advance. Particular attention shall be given to the alternate means of fall protection, which will be required to safely perform the work and protect other workers in the vicinity of the fall exposure. Specific plans for providing alternate fall protection shall be described in the request for the work permit.

**Off-Hours Work**

The Project Superintendent and the Project Safety Coordinator shall approve work, which is required to be performed outside normal working hours established at the site, in advance. Any work occurring within the existing Owner facility shall be at the convenience of University Hospitals, and shall comply with all conditions imposed by the contract specifications and the work permit issued by the Project Safety Coordinator or other persons identified by University Hospitals.

# OWNER REQUIREMENTS

Refer to the attached Owner Requirements for additional provisions, which must be followed.

R000371



University Hospitals Safety Plan

## APPENDIX A TABLE OF FINES

| Violation | First Offense | Second Offense |
|---|---|---|
| Assured Grounding Program violation | $200 | $400 |
| Clothing not adequate | $50 | $100 |
| Confined Space violation | $200 / removal | N/A |
| Electrical Cord defective | $100 | $200 |
| Electrical cords not protected on floor or not raised | $50 | $100 |
| Equipment violation | $50 | $100 |
| Eye Protection Missing | $50 | $100 |
| Failure to protect public | $50 | $100 |
| Fall Protection not present | $100 | $200 |
| Fire Extinguisher missing | $100 | $200 |
| Fire Watch missing | $100 | $200 |
| Food Consumption | $100 | $200 |
| Footwear not adequate | $50 | $100 |
| Gas Cylinders stored incorrectly/not identified | $50 | $100 |
| General Duty Violation | $100 | $200 |
| Guard Rail removal | $100 | $200 |
| Hard Hat Missing | $50 | $100 |
| Hearing Protection missing | $50 | $100 |
| Hot Work Permit missing | $100 | $200 |
| Housekeeping poor | $50 | $100 |
| Ladder defective | $100 | $200 |
| Ladder not secured | $50 | $100 |
| Lockout violation | $200 | $400 |
| Material storage improper | $50 | $100 |
| MSDS missing | $100 | $200 |

R000372



University Hospitals Safety Plan

| | | |
|---|---|---|
| Open Hole | $200 | $400 |
| Orientation not attended | $100 | $200 |
| Power Tool defective | $100 | $200 |
| Scaffold Violation | $100 | $200 |
| Smoking in non-designated area | $50 | $100 |
| Standing on top of Ladder | $100 | $200 |
| Tool Box Meeting not held | $100 | $200 |
| Traffic citation | $50 | $100 |
| Trench/Excavation Permit missing | $200 | $400 |
| Trenching violations | $200 | $400 |
| Uncertified Lifting Device | $100 | $200 |
| Urinating/Defecating in building | $200 /removal | N/A |
| Written Haz Com Program missing | $100 | $200 |

R000373



University Hospitals Safety Plan

# APPENDIX B
# HAND PROTECTION REFERENCE

## PURPOSE

To aid in the prevention of hand and finger injuries when performing construction operations.

## OBJECTIVE

♦ To ensure hand protection is used in situations where there are known hazards present.

♦ Identify specific areas which historically have caused injuries.

♦ Establish mandatory guidelines for the use of hand protection.

## SCOPE

This procedure identifies specific situations which require the use of hand protection, but is not meant to be all inclusive.   Other situations not identified in this document should be identified/reviewed during pre-task planning.  Gloves should be worn for hand protection in any situation where exposure to hazards exist.

## Procedure

♦ **Mandatory Hand Protection While Working**

- **When metal materials with sharp edges are being handled such as:**
❖ Handling or working around sheet metal siding, roofing, etc.
❖ Metal unistrut materials and all thread rods
❖ Handling or working around tie-wire
❖ Handling metal floor grating
❖ Handling wire rope during rigging operations
❖ Handling or working around metal studs
❖ Handling of metal duct work

- **Cutting operations involving hand-held, non power-operated cutters:**
❖ Using hand-held tubing cutters for cutting metal and hard plastic-type piping
❖ Using hack saws for cutting metal
❖ Using cross-cut saws for wood cutting

R000374



University Hospitals Safety Plan

- **Handling of wood materials:**
- ❖ Placing plywood sheeting on floors, scaffolds, etc.
- ❖ Unloading and loading wood of any type
- ❖ Moving and transfer of wood

- **Concrete operations where hands are exposed:**
- ❖ Power and hand troweling operations
- ❖ During the cleaning of chutes used for delivery of concrete
- ❖ During concrete removal operations

- **During the use of utility knives or exacto knives:**
- ❖ Cutting sheet rock
- ❖ Trimming wire sheathing or other stripping operations
- ❖ Cutting insulation
- ❖ Trimming temporary plastic walls
- ❖ Cutting/scoring paper, vinyl tiles, etc.

- **Sharpening knives, saws and blades**

- **While pulling wire in or around electrical panels**

- **While performing Energized Electrical Work (EEW) operations**

- **During use of impact-type tools:**
- ❖ Using impact hammers to chip concrete
- ❖ Using jackhammers on concrete and similar operations
- ❖ Using fence post drivers for driving posts and/or stakes
- ❖ Using power-actuated power tools

- **During welding operations**

- **While operating a grinder:**
- ❖ The grinding helper shall also utilize gloves to prevent impalement by flying debris

- **Working on or near materials affected by extreme temperatures:**
- ❖ Mechanics working on or around hot parts
- ❖ Workers performing operations around refrigerant or argon lines

R000375



University Hospitals Safety Plan

- **Handling hazardous materials which require the use of hand protection to avoid skin contact, as indicated on the material Safety Data Sheet (MSDS) for the material, to include but not limited to:**

❖ Paints, solvents, adhesives, caustics or corrosives

❖ Petroleum products such as gasoline, diesel, hydraulic fluids and used motor oil

- Working with glass materials where the edges are exposed and present a hazard

- Personnel involved in the removal and handling of trash

- Protective gloves may be worn for hand protection in the Clean Rooms when hands are exposed to hazards described by this procedure.  Clean Room Protocol should be contacted to review glove selection for work performed within the Clean Room

Different exposures require the use of different types of gloves.  Evaluate each situation to ensure which is the appropriate type of hand protection. (See chart below)

| OPERATION | GLOVE TYPE |
|---|---|
| Energized Electrical Work (EEW) | Electrically insulated-rated rubber gloves with leather protectors |
| Welding operations | Gauntlet-type leather welding gloves |
| Grinding Operations | Tight-fitting leather gloves |
| Exposure to sharp edges & metal burrs (handling ductwork, metal studs) | Cut-resistant gloves (Kevlar® or tight-fitting leather) |
| Utility knives, hacksaws, & cross-cut saws | Cut-resistant gloves (Kevlar®) |
| Concrete work | Rubber or leather gloves |
| Exposure to petroleum products | Chemical-resistant gloves per the MSDS requirements & manufacturers requirements (Neoprene, PVC, Nitrile or Rubber) * |
| Exposure to hazardous materials such as solvents, | Chemical-resistant gloves per the MSDS requirements & manufacturers requirements (Neoprene, PVC, Nitrile or Rubber) * |

R000376



University Hospitals Safety Plan

| OPERATION | GLOVE TYPE |
|---|---|
| paints, adhesives, etc. | |
| Working around machinery | Tight-fitting leather gloves should be utilized when hand protection is necessary around rotating equipment to prevent entanglement of gloves/hands in machinery<br><br>Kevlar® heat resistant gloves and sleeves.<br><br>Tight-fitting leather gloves. |
| Proximity & exposure to excessive heat, or hot piping and equipment. | Tight-fitting leather gloves. |
| Using saws – portaband, and reciprocating. | Cut-resistant gloves - Kevlar® |
| Handling wire rope/rigging. | Tight-fitting leather gloves |
| Handling glass | |
| Handling wood | |

## GLOVES *

Neoprene – Protects from acids, caustics, oils, greases and many solvents

PVA – protects from aromatics, ketones and chlorinated solvents (Xylene, Trichloroethylene)

Butyl – protects against common organic acids and caustics, alcohols, esters, acetone and ketones

PVC – protects against chemicals, oil and greases, acids and petroleum hydrocarbons

Nitrile – protects against greases, oils, acids and solvents

**Attachment E**

The WC Policy

R000378

**Attachment E**

# Workers' Compensation Policy

# Incident Reporting

## DEFINITIONS

I.  Incident:

Any occurrence which is not consistent with the routine operation of the hospital.

II.  Occupational injury:

Any injury, whether caused by external accidental means or accidental in character and result, received in the course of, and arising out of, the injured worker's employment.

III.  Occupational illness/disease:

An illness/disease contracted within the course of employment after a verified exposure in the workplace.

## POLICY

I.  The First Report of Injury/ Incident Report (FROI/EIR) identifies and documents the facts of an incident at the time of the incident or as soon as possible thereafter.

II.  Failure to complete a FROI/EIR in a timely manner may jeopardize entitlement to benefits under Workers' Compensation.

## PROCEDURE

I.  Incidents and occupational illness/disease with or without personal injury will be reported immediately, by the injured worker, to his/her supervisor. A FROI/EIR must be completed by the injured person. The supervisor must complete the Supervisor Incident Report.

II.  The FROI/EIR should be completed by the injured person before he/she is sent to UH Corporate Health for treatment and a post incident drug/alcohol screen.

III.  If emergency treatment is necessary, the injured worker may be treated prior to completion of the FROI/EIR at UH emergency facilities.

IV.  In all cases, the FROI/EIR and the Supervisor Incident Report will be completed as soon as possible after the incident occurred, but no longer than 24 hours after the incident, and faxed to the UH Workers' Compensation Services Department (WCSD) at 216.767.8277.

R000379

V.    The FROI/EIR will be completed in full and include details such as what injured worker was doing, what tools/equipment were being used, what body part was affected, the cause of the incident and who was present.

VI.   The supervisor will complete the Supervisor Incident Report within 24 hours of becoming aware of the incident. The supervisor will complete the form and include the cause of the incident and any action taken to prevent the incident/injury from occurring in the future. The completed form will be faxed to the UH WCSD.

VII.  If further investigation is deemed necessary (including the need for photographs), the supervisor will be contacted by the WCSD, Protective Services/Security and/or the safety officer for the UH entity.

VIII. If there are witnesses to the incident the supervisor will take a statement within 24 hours of becoming aware of the incident. The witness statement(s) will be attached to the Supervisor Incident Report and faxed to the WCSD.

IX.   Questions regarding an injured worker's eligibility for Workers' Compensation benefits may be directed to the WCSD.

X.    Incidents related to an environmental hazard must be reported immediately to the UH entity safety officer and/or Protective Services/Security by the supervisor.

XI.   If an injured worker misses more than seven calendar days (not work days) due to an occupational injury, the injured worker must notify the WCSD of all time missed from work as a result of the incident and whether the injured worker has returned to his/her regular duties.

R000380